RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN HUNEAULT,<br><br>Defendant. | Case No. 5:25-cv-04685-VKD<br><br>**DECLARATION OF RANDALL S. NEWMAN IN SUPPORT OF *EX PARTE* APPLICATION FOR PRESERVATION ORDER** |

# DECLARATION OF RANDALL S. NEWMAN

I, Randall S. Newman, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and am the attorney for Plaintiff Christopher J. Cordova ("Plaintiff"). Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and if called as a witness could competently testify thereto. I submit this Declaration in Support of Plaintiff's Application for an *ex parte* preservation order to prevent further spoliation of digital evidence pending discovery directed to Defendant Jonathan Huneault ("Defendant") and third-party YouTube (Google LLC).

2. Plaintiff commenced this action against Defendant Jonathan Huneault also known as Frauditor Troll on June 3, 2025 (ECF No. 1) asserting a claim of copyright infringement arising from Defendant's unauthorized use of Plaintiff's original YouTube video. That video was reproduced and monetized on Defendant's YouTube channel https://www.youtube.com/@frauditortroll (the "Frauditor Troll Channel") without permission (the "Infringing Video").

3. Plaintiff's video is registered with the U.S. Copyright Office (the "Registered Video"). A copy of the registration certificate for the Registered Video is attached hereto as **Exhibit A**.

4. On June 6, 2025, I sent an email to Defendant notifying him of this action and requesting that he waive service of summons. A copy of that email is attached hereto as **Exhibit B**.

5. I believed Defendant would accept the waiver of service, as he had previously submitted multiple counter-notices under the DMCA stating that he had retained counsel to defend his alleged "fair use" of Plaintiff's videos in court. A copy of one such counter-notice is attached hereto as **Exhibit C**.[1]

---

[1] The counter-notice attached as **Exhibit B** does not pertain to the specific video at issue in this lawsuit, but to a subsequent video uploaded by Defendant. It is provided solely to demonstrate that

2
**DECLARATION OF RANDALL S. NEWMAN ISO PLAINTIFF'S EX PARTE APPLICATION**

6. At the time the Complaint was filed, Defendant's Frauditor Troll Channel contained approximately 1,990 videos. A copy of statistics from Defendant's channel, obtained from Socialblade.com, is attached hereto as **Exhibit D**.

7. On June 6, 2025, the same day Defendant received my email regarding this lawsuit, he deleted approximately 28 videos from the Frauditor Troll Channel. (*See* **Exhibit D**).

8. Defendant subsequently continued removing videos from his channel, including the Infringing Video at issue in this lawsuit. (*See* **Exhibit D** and URL https://youtu.be/I-J8sdKZ504?si=s9kES3XTGpURZ1A3.)

9. Attached hereto as **Exhibit E** is a screenshot of the above URL, showing that the Infringing Video was removed by Defendant after the Complaint was filed and after he received notice of this lawsuit.

10. On June 13, 2025, I sent a follow-up email to Defendant regarding the waiver of service. A copy of that email is attached hereto as **Exhibit F**.

11. Defendant deleted 27 videos on June 13 and 7 more on June 14. (*See* **Exhibit D**).

12. Thereafter, Defendant deleted approximately 141 videos on June 16; 19 videos on June 17; 1,197 videos on June 18; 287 videos on June 19; and 2 videos on June 21. (*See* **Exhibit D**).

13. In total, Defendant has deleted more than 1,700 videos from his YouTube channel, close to 90% of the channel's portfolio.

14. A screenshot of the Frauditor Troll Channel as of the date of this filing is attached hereto as **Exhibit G**.

15. As of the date of this filing, only 286 videos remain on the Frauditor Troll Channel. (*See* **Exhibits D and G**).

---

Defendant has previously acknowledged retaining counsel to defend his alleged fair use of Plaintiff's videos. Plaintiff does not suggest that this particular counter-notice refers to the Registered Video.

3
**DECLARATION OF RANDALL S. NEWMAN ISO PLAINTIFF'S EX PARTE APPLICATION**

16. Defendant has not responded to either of the emails referenced above.

17. Given Defendant's conduct, including the mass deletion of videos and failure to communicate, it is necessary for the Court to issue a Preservation Order directed to both YouTube (Google LLC) and Defendant, requiring the preservation of all electronic evidence relevant to the Frauditor Troll Channel and this litigation.

18. I did not provide advance notice of this application due to Defendant's conduct and his failure to respond to multiple prior communications. Preservation is warranted to prevent further loss of material evidence relevant to Plaintiff's claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of June, 2025, in Bangkok, Thailand.

s/ Randall S. Newman
Randall S. Newman

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**PA 2-457-989**
**Effective Date of Registration:**
February 06, 2024
**Registration Decision Date:**
March 05, 2024

## Title

**Title of Work:** ANOTHER CHAD EXPOSED!!! Worthless Denver Cops... ASSAULTED!!!

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 16, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Christopher John Cordova
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Year Born:** 1982

## Copyright Claimant

**Copyright Claimant:** Christopher John Cordova
4643 S. Lowell Blvd Unit B, Denver, CO, 80236

## Rights and Permissions

**Organization Name:** Denver Metro Audits
**Name:** Christopher John Cordova
**Email:** denvermetroaudits@gmail.com

## Certification

**Name:** Christopher Cordova
**Date:** February 06, 2024

Page 1 of 2

EXHIBIT A

**rsn@randallnewman.net**

| | |
|---|---|
| **From:** | rsn@randallnewman.net |
| **Sent:** | Friday, June 6, 2025 12:39 PM |
| **To:** | 'FrauditorTroll@gmail.com' |
| **Subject:** | Cordova v. Huneault - Initiating Documents and Waiver of Service Request - NDCA Case No. 25-cv-04685-VKD |
| **Attachments:** | Letter re Initiating Documents and Waiver of Service - Cordova v. Huneault - NDCA - 25-cv-04685.pdf; Cordova v. Huneault - Complaint -  25-cv-04685-VKD.pdf; Cordova v. Huneault - Notice of Lawsuit - 25-cv-04685-VKD.pdf; Cordova v. Huneault - Waiver of the Service of Summons - 25-cv-04685-VKD.pdf; NDCA - ECF Registration Information.pdf; Notice of Assignment to Magistrate Judge with Election Form.pdf; Cordova v. Huneault - Order Setting Initial Conference - 25-cv-04685-VKD.pdf; Magistrate DeMarch i- Standing Order for Settlement Conferences.pdf; Magistrate DeMarchi - Standing Order for Civil Cases.pdf; Magistrate DeMarchi - Standing Order for Pretrial Preparation in Civil Cases.pdf |

Dear Mr. Huneault,

Please see the attached letter and attachments regarding the above-captioned federal lawsuit filed against you in the Northern District of California. Pursuant to Federal Rule of Civil Procedure 4(d) and Local Civil Rule 4-2, I am formally requesting that you executed and return the attached Waiver of the Service of Summons to avoid the need for formal service. Your DMCA counter-notice dated on or about June 6, 2023, expressly stated that you consented to accept service of process. This request is consistent with that representation.

All required initiating documents are attached, including the Complaint, Notice of Lawsuit, partially completed AO 399 waiver form, and the relevant order and standing rules of the Court.

If you are represented by counsel, please forward this email to them immediately. Should you choose not to return the waiver within 30 days, I will seek early discovery or alternative service methods and ask the Court to impose those costs on you under Rule 4(d)(2).

Sincerely,

Randall S. Newman, Esq.
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

Attorney for Plaintiff,
Christopher J. Cordova

We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

EXHIBIT C - Page 1 of 2

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- ███████████████████████████████

Display name of uploader: Frauditor Troll

I am once again asking you to forward this counter notification to the plaintiff, according to the fair use act of 1976 I am legally allowed to make these types of videos. I am once again asking you to forward my counter notification to the plaintiff so I can have a chance to defend myself in a court of Law. I have a commentary channel where I provide review videos of 1st amendment auditors, I provide commentary, I add memes and sound effects to completely transform the original work into a Fair use video. On my channel I have received 48 copyright strikes and every single one of my videos have been reinstated through the counter notification system. I am willing to defend myself in a court of law. I have already hired an attorney to defend my fair use videos in court and I am asking you to forward my counter notification to the plaintiff so he can decided for himself if he chooses to go that route. I am the original creator of the Fair use videos on my channel and I know that my videos were taken down by mistake because they fall under the Fair use act. Please forward my counter notification so I can defend myself in a court of Law. Thank you, Jonathan Huneault

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Jonathan Huneault

Jonathan Huneault
99 Wall Street
New York, NY 10005
United States

Frauditortroll@gmail.com

(917) 261-3199

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

EXHIBIT C - Page 2 of 2

# SOCIAL BLADE

YouTube    TikTok    Twitch    Facebook    Instagram

**Frauditor Troll**  @frauditortroll

🔄 Refresh stats     ♡ Favorite

**Subscribers**  
68K

**Views**  
9.7M

**Videos**  
286

**Created On**  
Jan 4, 2022

Channel Statistics | Video Statistics | Future Projections | Similar Channels | Live Subscriber Count

**C-**  
Grade

**1,219,039th**  
SB Rank

**2,527th**  
Subscribers Rank

**1,312,252nd**  
Views Rank

**TBD**  
Country Rank

**2,318th**  
Entertainment Rank

**CREATOR STATISTICS**

EXHIBIT D - Page 1 of 6

SOCIAL BLADE

YouTube    TikTok    Twitch    Facebook    Instagram

## -53M
Views for the last 30 days

## $0 - $0
Monthly Estimated Earnings

## $0 - $0
Yearly Estimated Earnings

**Daily Channel Metrics**   Last 30 Days

| Date | | Subscribers | Views | | Videos | | Estimated |
|---|---|---|---|---|---|---|---|
| Fri | 2025-05-23 | +100 | 67.3K | +25,264 | 62,703,799 | -- | 1,990 | $6 - $101 |
| Sat | 2025-05-24 | -- | 67.3K | +10,699 | 62,714,498 | -- | 1,990 | $3 - $43 |
| Sun | 2025-05-25 | -- | 67.3K | +19,087 | 62,733,585 | +1 | 1,991 | $5 - $76 |
| Mon | 2025-05-26 | -- | 67.3K | +28,524 | 62,762,109 | -- | 1,991 | $7 - $114 |
| Tue | 2025-05-27 | -- | 67.3K | +24,339 | 62,786,448 | -- | 1,991 | $6 - $97 |
| Wed | 2025-05-28 | -- | 67.3K | +18,984 | 62,805,432 | -- | 1,991 | $5 - $76 |
| Thu | 2025-05-29 | -- | 67.3K | +7,342 | 62,812,774 | -- | 1,991 | $2 - $29 |
| Fri | 2025-05-30 | +100 | 67.4K | +25,947 | 62,838,721 | -- | 1,991 | $6 - $104 |
| Sat | 2025-05-31 | -- | 67.4K | +15,470 | 62,854,191 | -- | 1,991 | $4 - $62 |
| **Daily Average** | | +10 | | -1,765,800 | | -57 | | $0 - $0 |
| **Weekly Average** | | 0 | | -51,954,472 | | -1,648 | | $0 - $0 |
| **Last 30 Days** | | +300 | | -52,973,990 | | -1,702 | | $0 - $0 |

EXHIBIT D - Page 2 of 6

SOCIAL BLADE

YouTube    TikTok    Twitch    Facebook    Instagram

| Day | Date | | Subs | Subs Δ | Views | Views Δ | Videos | Est. Earnings |
|---|---|---|---|---|---|---|---|---|
| Mon | 2025-06-02 | -- | 67.4K | +17,618 | 62,886,007 | -- | 1,991 | $4 - $70 |
| Tue | 2025-06-03 | -- | 67.4K | +34,371 | 62,920,378 | +1 | 1,992 | $9 - $137 |
| Wed | 2025-06-04 | -- | 67.4K | +20,647 | 62,941,025 | -- | 1,992 | $5 - $83 |
| Thu | 2025-06-05 | -- | 67.4K | +16,899 | 62,957,924 | -- | 1,992 | $4 - $68 |
| Fri | 2025-06-06 | +100 | 67.5K | +18,648 | 62,976,572 | -28 | 1,964 | $5 - $75 |
| Sat | 2025-06-07 | -- | 67.5K | -649,296 | 62,327,276 | -- | 1,964 | $0 - $0 |
| Sun | 2025-06-08 | -- | 67.5K | +17,914 | 62,345,190 | -- | 1,964 | $4 - $72 |
| Mon | 2025-06-09 | -- | 67.5K | -56,019 | 62,289,171 | -1 | 1,963 | $0 - $0 |
| Tue | 2025-06-10 | -- | 67.5K | -85,609 | 62,203,562 | -- | 1,963 | $0 - $0 |
| Wed | 2025-06-11 | -- | 67.5K | -1,017 | 62,202,545 | -- | 1,963 | $0 - $0 |
| Thu | 2025-06-12 | -- | 67.5K | +6,352 | 62,208,897 | -- | 1,963 | $2 - $25 |
| Fri | 2025-06-13 | -- | 67.5K | -560,949 | 61,647,948 | -27 | 1,936 | $0 - $0 |
| Sat | 2025-06-14 | -- | 67.5K | +22,307 | 61,670,255 | -7 | 1,929 | $6 - $89 |
| Sun | 2025-06-15 | -- | 67.5K | -197,158 | 61,473,097 | -- | 1,929 | $0 - $0 |
| Mon | 2025-06-16 | -- | 67.5K | -8,466 | 61,464,631 | -141 | 1,788 | $0 - $0 |
| Tue | 2025-06-17 | -- | 67.5K | -4,780,648 | 56,683,983 | -19 | 1,769 | $0 - $0 |
| Wed | 2025-06-18 | -- | 67.5K | -783,492 | 55,900,491 | -1,194 | 575 | $0 - $0 |
| Thu | 2025-06-19 | -- | 67.5K | -46,209,248 | 9,691,243 | -287 | 288 | $0 - $0 |
| Fri | 2025-06-20 | -- | 67.5K | +2,233 | 9,693,476 | -- | 288 | $1 - $9 |
| Sat | 2025-06-21 | -- | 67.5K | +3,823 | 9,697,299 | -2 | 286 | $1 - $15 |
| **Daily Average** | | +10 | | 1,765,800 | | 57 | | $0 - $0 |

### GAINED SUBSCRIBERS (WEEKLY)



EXHIBIT D - Page 3 of 6



## SOCIAL BLADE

YouTube   TikTok   Twitch   Facebook   Instagram

**RECENT VIDEO**



**FRAUDITOR GETS LAWSUIT DISMISSED!!! MASSIVE FAIL!!**

Uploaded 3 months ago

| Views | Likes | Comments |
|---|---|---|
| 22K | 1.7K | 617 |

Go to Video Statistics

EXHIBIT D - Page 4 of 6



    

SOCIAL BLADE

YouTube    TikTok    Twitch    Facebook    Instagram

| About | More Social Blade | Helpful Pages |
|---|---|---|
| About Us | Social Blade Blog | Connect Your Social Media |
| Terms of Service | Social Blade Business API | Find Influencers - Run Reports |
| Privacy Policy | YouTube EDU | Remove Ads & Get More Features |
| Meet the Team | YouTube Consulting | |
| Press Inquiries | YouTube Money Calculator / Estimated Earnings | Join our Discord |
| Contact Us | | *b8122cf4* |

EXHIBIT D - Page 6 of 6

    



## Video unavailable

This video has been removed by the uploader

GO TO HOME

EXHIBIT E

**rsn@randallnewman.net**

| | |
|---|---|
| **From:** | rsn@randallnewman.net |
| **Sent:** | Thursday, June 12, 2025 8:01 PM |
| **To:** | 'FrauditorTroll@gmail.com' |
| **Subject:** | Cordova v. Huneault - 25-cv-04685 - Follow-up on Waiver of Summons |
| **Attachments:** | Cordova v. Huneault - Initiating Documents and Waiver of Service Request - NDCA Case No. 25-cv-04685-VKD; Cordova v. Huneault - Notice of Lawsuit - 25-cv-04685-VKD.pdf; Cordova v. Huneault - Waiver of the Service of Summons - 25-cv-04685-VKD.pdf |

Dear Mr. Huneault,

This is a follow-up to my June 6, 2025 email regarding the waiver of service of summons in *Cordova v. Huneault*, Case No. 25-cv-04685, pending in the U.S. District Court for the Northern District of California.

As previously noted, you filed a DMCA counter-notice with YouTube, in which you declared—under penalty of perjury—that you would accept service of process from Mr. Cordova or his agent. In keeping with that representation, I am proceeding in good faith by offering you the opportunity to waive formal service under Federal Rule of Civil Procedure 4(d).

For your convenience, I've reattached the Notice of Lawsuit and Request to Waive Service of Summons (AO 398), as well as a copy of my original email.

To avoid unnecessary costs and delay, I respectfully request that you return the signed waiver at your earliest convenience. If you are represented by counsel, please have them contact me directly regarding this matter.

Sincerely,

Randall S. Newman
rsn@randallnewman.net
(212) 797-3735

Attorney for Plaintiff,
Christopher J. Cordova

1
EXHIBIT F



# Frauditor Troll

@frauditortroll · 67.5K subscribers · 286 videos

Let's get to 100 000 Subscribers! ...more

paypal.com/donate/?hosted_button_id=EH57TSQYEEKCC and 6 more links

Subscribe                                    Join

ideos    Playlists    Posts

bers!         

  

CTED + FRAUDITOR  |  NEW ANTI-FRAUDITOR LAW WILL COMPLETELY DESTROY THEM!!!  |  FRAUDITOR GETS ARRESTED FOR BATTERY  |  Frauditor Sergeant
                    38K views • 2 months ago                                          21K views • 1 month ago        26K views

    

FRAUDITOR ARRESTED AFTER CASING OUT BANK  |  FRAUDITOR GETS HANDCUFFED, IDENTIFIED...  |  FRAUDITOR AUDITING AMERICA GETS DENIED AN...  |  FRAUDITOR SLAMMED TO THE GROUND DURING EPIC...  |  FRAUDIT BIRDBRA
10K views • 6 days ago  |  14K views • 7 days ago  |  21K views • 2 weeks ago  |  27K views • 1 month ago  |  22K views

EXHIBIT G - Page 1 of 2



# Frauditor Troll

@frauditortroll · 67.5K subscribers · 286 videos

Let's get to 100 000 Subscribers!

paypal.com/donate/?hosted_button_id=EH57TSQYEEKCC and 6 more links

| Josh Prime 2 | Josh Prime Unfiltered | Josh Prime Gaming | Simple Delicious Desserts |
| 92.8K subscribers | 30.2K subscribers | 7.02K subscribers | 1.36K subscribers |
| Subscribe | Subscribe | Subscribe | Subscribe |

EXHIBIT G - Page 2 of 2