RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JONATHAN HUNEAULT,<br><br>　　　　Defendant. | Case No. 5:25-cv-04685-VKD<br><br>**SUPPLEMENTAL DECLARATION OF RANDALL S. NEWMAN IN SUPPORT OF**<br>***EX PARTE* APPLICATION FOR PRESERVATION ORDER** |

**SUPPLEMENTAL DECLARATION OF RANDALL S. NEWMAN ISO PLAINTIFF'S EX PARTE APPLICATION**

# SUPPLEMENTAL DECLARATION OF RANDALL S. NEWMAN

I, Randall S. Newman, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and am the attorney for Plaintiff Christopher J. Cordova ("Plaintiff"). Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and if called as a witness could competently testify thereto. I submit this Supplemental Declaration in Support of Plaintiff's Application for an *ex parte* Preservation Order, which seeks to prevent further spoliation of digital evidence pending discovery directed to Defendant Jonathan Huneault ("Defendant") and third-party YouTube (Google LLC).

2. On June 23, 2025, I sent an email to Defendant at the email address previously used for DMCA correspondence, attaching a copy of the *Ex Parte* Application for a Preservation Order and supporting materials. (ECF Nos. 8, 8-1).

3. A true and correct copy of that email is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of June, 2025, in Bangkok, Thailand.

s/ Randall S. Newman
Randall S. Newman

| | |
|---|---|
| **From:** | rsn@randallnewman.net |
| **To:** | FrauditorTroll@gmail.com |
| **Subject:** | Cordova v. Huneault - Ex Parte Filing Notification - Northern District of California Case No. 25-cv-04685-VKD |
| **Date:** | Monday, June 23, 2025 2:40:22 PM |
| **Attachments:** | 8.pdf<br>8-1.pdf |

Dear Mr. Huneault:

Attached please find a copy of the *Ex Parte* Application for a Preservation Order filed in the matter of *Cordova v. Huneault*, Case No. 25-cv-04685-VKD, currently pending in the United States District Court for the Northern District of California.

The application seeks a court order directing both you and YouTube (Google LLC) to preserve all content and associated data related to the "Frauditor Troll" YouTube channel, including, but not limited to, any deleted (or privatized) videos, comments, and metadata as of June 6, 2025—the date on which you were first notified of this action.

Although this is an *ex parte* filing, I am providing you with notice as a professional courtesy.

If you have retained counsel (as you asserted in your DMCA counter-notices), please have them contact me directly.


Randall S. Newman, Esq.
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735

rsn@randallnewman.net