RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA, | Case No. 25-cv-04685-VKD |
| Plaintiff, | **HON. VIRGINIA K. DEMARCHI** |
| vs. | <u>**DISCOVERY MATTER**</u> |
| JONATHAN HUNEAULT, | **DECLARATION OF RANDALL S. NEWMAN IN SUPPORT OF *EX-PARTE* APPLICATION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |
| Defendant. | |

**DECLARATION OF RANDALL S. NEWMAN ISO PLAINTIFF'S EX PARTE APPLICATION**

## DECLARATION OF RANDALL S. NEWMAN

1

2   I, Randall S. Newman, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon

3   direct personal knowledge that the following is true and correct:

4       1.      I am an attorney duly licensed to practice before this Court and am the attorney

5   for Plaintiff Christopher J. Cordova also known as Denver Metro Audits ("Plaintiff").

6   Unless otherwise stated, I have first-hand personal knowledge of the facts stated herein and

7   if called as a witness could competently testify thereto.

8       2.      Plaintiff commenced this action against Defendant Jonathan Huneault d/b/a

9   https://www.youtube.com/@frauditortroll ("Huneault").

10      3.      Plaintiff named Huneault as the Defendant in good faith based upon the

11  information provided in a DMCA counter-notice, which identified him as the purported

12  operator of the YouTube channel "Frauditor Troll." Although Huneault provided a

13      4.      On June 6, 2025, June 12, 2025, and June 23, 2025, I sent emails to

14  FrauditorTroll@gmail.com, each attaching a copy of the Complaint and requesting that

15  Defendant execute a waiver of service pursuant to Rule 4(d). A true and correct copy of

16  those emails are attached hereto as **Exhibit A**.

17      5.      These emails were not returned as undeliverable, but Huneault failed to

18  respond to any of them.

19      6.      On July 1, 2025, I retained Supreme Judicial Services, Inc., a professional

20  process server based in Rockville Centre, New York, to serve Huneault (the "Process

21  Server").

22      7.      The Process Server attempted service on July 1, 2025, but was unsuccessful.

23  A true and correct copy of the Process Server's Affirmation of Due Diligence is attached

24  hereto as **Exhibit B**.

25      8.      As reflected in the Affirmation of Due Diligence, the Process Server reported:

26  "I WAS UNABLE TO LOCATE THE DEFENDANT IN THE BUILDING WITHOUT A

27  SUITE NUMBER."

28

9. Attached as **Exhibit C** is a screenshot from a July 5, 2025 video posted to the FT Channel. That post says, in part, "[c]heck out my anti-nuisance streamer channel @15minutesofshame".

10. Attached as **Exhibit D** is a screenshot from the 15 Minutes of Shame YouTube channel, which lists its location as Canada.

11. Plaintiff has registered the copyrighted video at issue with the U.S. Copyright Office. A true and correct copy of the registration certificate is attached hereto as **Exhibit E**.

12. The proposed subpoena to Google, LLC d/b/a YouTube is attached hereto as **Exhibit F**. It seeks only limited identifying information about the Frauditor Troll YouTube channel, such as subscriber names, addresses, email addresses, associated IP addresses, and monetization details, necessary to identify the FT Channel owner.

13. Attached as **Exhibit G** is a true and correct copy of a counter-notice Defendant sent to YouTube on or about June 6, 2023 regarding the Plaintiff's Registered Video and Defendant's Infringing Video.

14. Attached as **Exhibit H** are true and correct copies of other DMCA takedown notices submitted to YouTube by Hunealt that also show a 99 Wall Street address with no suite number. These videos *are not currently* the subject of this copyright infringement.

15. This discovery is essential to identify the proper party Defendant, amend the Complaint if necessary, effect service, and proceed with the prosecution of this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of July, 2025, in Bangkok, Thailand.


s/ Randall S. Newman
Randall S. Newman

**DECLARATION OF RANDALL S. NEWMAN ISO PLAINTIFF'S EX PARTE APPLICATION**

**rsn@randallnewman.net**

| | |
|---|---|
| **From:** | rsn@randallnewman.net |
| **Sent:** | Friday, June 6, 2025 12:39 PM |
| **To:** | 'FrauditorTroll@gmail.com' |
| **Subject:** | Cordova v. Huneault - Initiating Documents and Waiver of Service Request - NDCA Case No. 25-cv-04685-VKD |
| **Attachments:** | Letter re Initiating Documents and Waiver of Service - Cordova v. Huneault – NDCA - 25-cv-04685.pdf; Cordova v. Huneault - Complaint -  25-cv-04685-VKD.pdf; Cordova v. Huneault - Notice of Lawsuit - 25-cv-04685-VKD.pdf; Cordova v. Huneault – Waiver of the Service of Summons - 25-cv-04685-VKD.pdf; NDCA – ECF Registration Information.pdf; Notice of Assignment to Magistrate Judge with Election Form.pdf; Cordova v. Huneault - Order Setting Initial Conference - 25-cv-04685-VKD.pdf; Magistrate DeMarch i- Standing Order for Settlement Conferences.pdf; Magistrate DeMarchi – Standing Order for Civil Cases.pdf; Magistrate DeMarchi – Standing Order for Pretrial Preparation in Civil Cases.pdf |

Dear Mr. Huneault,

Please see the attached letter and attachments regarding the above-captioned federal lawsuit filed against you in the Northern District of California. Pursuant to Federal Rule of Civil Procedure 4(d) and Local Civil Rule 4-2, I am formally requesting that you executed and return the attached Waiver of the Service of Summons to avoid the need for formal service. Your DMCA counter-notice dated on or about June 6, 2023, expressly stated that you consented to accept service of process. This request is consistent with that representation.

All required initiating documents are attached, including the Complaint, Notice of Lawsuit, partially completed AO 399 waiver form, and the relevant order and standing rules of the Court.

If you are represented by counsel, please forward this email to them immediately. Should you choose not to return the waiver within 30 days, I will seek early discovery or alternative service methods and ask the Court to impose those costs on you under Rule 4(d)(2).

Sincerely,

Randall S. Newman, Esq.
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

Attorney for Plaintiff,
Christopher J. Cordova

EXHIBIT A - Page 1 of 3

**rsn@randallnewman.net**

| | |
|---|---|
| **From:** | rsn@randallnewman.net |
| **Sent:** | Thursday, June 12, 2025 8:01 PM |
| **To:** | 'FrauditorTroll@gmail.com' |
| **Subject:** | Cordova v. Huneault - 25-cv-04685 - Follow-up on Waiver of Summons |
| **Attachments:** | Cordova v. Huneault - Initiating Documents and Waiver of Service Request - NDCA Case No. 25-cv-04685-VKD; Cordova v. Huneault - Notice of Lawsuit - 25-cv-04685-VKD.pdf; Cordova v. Huneault - Waiver of the Service of Summons - 25-cv-04685-VKD.pdf |

Dear Mr. Huneault,

This is a follow-up to my June 6, 2025 email regarding the waiver of service of summons in *Cordova v. Huneault*, Case No. 25-cv-04685, pending in the U.S. District Court for the Northern District of California.

As previously noted, you filed a DMCA counter-notice with YouTube, in which you declared—under penalty of perjury—that you would accept service of process from Mr. Cordova or his agent. In keeping with that representation, I am proceeding in good faith by offering you the opportunity to waive formal service under Federal Rule of Civil Procedure 4(d).

For your convenience, I've reattached the Notice of Lawsuit and Request to Waive Service of Summons (AO 398), as well as a copy of my original email.

To avoid unnecessary costs and delay, I respectfully request that you return the signed waiver at your earliest convenience. If you are represented by counsel, please have them contact me directly regarding this matter.

Sincerely,

Randall S. Newman
rsn@randallnewman.net
(212) 797-3735

Attorney for Plaintiff,
Christopher J. Cordova

**rsn@randallnewman.net**

| | |
|---|---|
| **From:** | rsn@randallnewman.net |
| **Sent:** | Monday, June 23, 2025 2:51 PM |
| **To:** | 'FrauditorTroll@gmail.com' |
| **Subject:** | Cordova v. Huneault (25-cv-04685-VKD) - Second Follow-Up: Waiver of Service |
| **Attachments:** | Cordova v. Huneault - Notice of Lawsuit - 25-cv-04685-VKD.pdf; Cordova v. Huneault - Waiver of the Service of Summons - 25-cv-04685-VKD.pdf; Cordova v. Huneault - Complaint - 25-cv-04685-VKD.pdf |

Dear Mr. Huneault:

This is a second follow-up to my prior emails dated June 6 and June 13, 2025, regarding waiver of service of summons in *Cordova v. Huneault*, Case No. 25-cv-04685-VKD, pending in the United States District Court for the Northern District of California.

As previously noted, you declared—under penalty of perjury—in your DMCA counter-notices that you would accept service of process from Mr. Cordova or his agent. In reliance on that representation, I have continued to offer you the opportunity to waive formal service under Federal Rule of Civil Procedure 4(d).

To avoid the expense and potential consequences of formal service, I again request that you complete and return the signed Waiver of the Service of Summons form (AO 399), which remains attached for your convenience. Please be advised that your failure to sign and return the waiver—or to respond at all—may be brought to the Court's attention in connection with a motion for further relief.

If you are represented by counsel, I encourage you to have them contact me directly.


Randall S. Newman, Esq.
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

Attorney for Plaintiff,
Christopher J. Cordova

EXHIBIT A - Page 3 of 3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CHRISTOPHER J CORDOVA

*Plaintiff*

vs

JONATHAN HUNEAULT AKA FRAUDITOR TROLL

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 5:25-CV-04685-VKD
DATE FILED: 06/05/2025
Job #: 603428
Client File#

RANDALL NEWMAN ESQ
99 WALL STREET, SUITE 3727
NEW YORK, NY 10005

CLIENT'S FILE NO.:

**AFFIRMATION OF DUE DILIGENCE**

I, ERIC RIVERA, a process server employed by Supreme Judicial Services Incorporated, with its principal place of business located at 371 Merrick Road Suite 202, Rockville Center, NY 11570, affirms and says that;

That I was instructed to effect service of the SUMMONS IN A CIVIL ACTION, COMPLAINT FOR COPYRIGHT INFRINGEMENT, 17 USC 101 ET SEQ, DECLARATION OF COPYRIGHT INFRINGEMENT, JURY TRIAL DEMANDED according to the C.P.L.R on JONATHAN HUNEAULT AKA FRAUDITOR TROLL at 99 WALL STREET, NEW YORK, NY 10005

In my attempt to effect service on defendant I visited the address stated on the action and was unable with proper due dilligence to serve JONATHAN HUNEAULT AKA FRAUDITOR TROLL

07/01/2025 2:26PM 99 WALL STREET, NEW YORK, NY 10005 THERE IS NO DIRECTORY IN THE LOBBY. I SPOKE WITH THE MAILROOM ON THE PREMISES WHO STATED THEY CANNOT PROVIDE ANY INFORMATION ON ANY TENANTS IN THE BUILDING. THEY WOULD NOT CONFIRM IF THE DEFENDANT IS LOCATED IN THE BUILDING. I WAS UNABLE TO LOCATE THE DEFENDANT IN THE BUILDING WITHOUT A SUITE NUMBER.

I affirm this July 2, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment,that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



ERIC RIVERA
1212873

*Supreme Judicial Services, Inc. 371 Merrick Road - Rockville Centre, N.Y. 11570 Lic# 1092373*

EXHIBIT B - Page 1 of 1

7/12/25, 12:51 PM                        Frauditor FAPA Suffers TERRIBLE INJURY - Quits Frauditing - YouTube



**Frauditor FAPA Suffers TERRIBLE INJURY - Quits Frauditing**

Frauditor Troll
67.5K subscribers

Join    Subscribe                                    👍 1.3K    👎    ↗ Share    ⬇ Download    ⋯

14,175 views  Jul 5, 2025
Frauditor sinks to a new low.

Check out my bodycam react channels:  ▶ / @joshprime
▶ / @thebodycamspot
▶ / @toptierbodycam

Check out my anti-nuisance streamer channel:
▶ /@15minutesofshame

Check out Nicole's True Crime channel:  ▶ / @crimereality-yt

FAPA

Join the anti frauditor subreddit:
🔴 / frauditors

If you wish to support our channel financially here is the link to our PayPal:
https://www.paypal.com/donate/?hosted...

Please do not harass anyone featured in our videos

Thanks for Watching!!!
Please Like and Subscribe!!!

Frauditors
Police Videos
Police Body Cam

EXHIBIT C - Page 1 of 4

7/12/25, 12:51 PM                    Frauditor FAPA Suffers TERRIBLE INJURY – Quits Frauditing – YouTube



EXHIBIT C - Page 2 of 4

7/12/25, 12:51 PM                    Frauditor FAPA Suffers TERRIBLE INJURY - Quits Frauditing - YouTube



≡  ▶ Premium ᵀᴴ

1:08:31

**F.U.M. Friday brought to You by PARSON SHIELD Presents: Dr. Parson**
ReallyCoolNews
438 views • Streamed 4 hours ago

3:14

**I'm DMA - Louis V (Official Video)**
Village Gang
73K views • 2 years ago

LIVE

**Webcam Saint-Malo**
Ville de Saint-Malo
3.4K watching

5:50

**Craig Hendry: Government is Problem with Society, Not Me**
ReallyCoolNews
249 views • 6 hours ago
New

4:10

**End of Week Mystery 1A Audits Exposé Goes Dark**
ReallyCoolNews
198 views • 15 hours ago
New

13:44

**IRL Streamers Get ARRESTED For BURGLARY LIVE..**
Atozy ✓
426K views • 1 day ago
New

4:06

**Crystal F x John ODMGDIA x I'M DMA - Industriegebiet (Official Music Video) ...**
Village Gang
151K views • 3 years ago

29:06

**Firearm Testimony Blocked by Oregon Appellate Court - A Call to Action - June 25, 2025 (S5E94)**
John M. Collins at Critical Victories
4.6K views • 2 weeks ago

18:01

**Sheriff Shoots Judge: The Motive Nobody Wants To Talk About | #LetcherCounty #SheriffStines**
R&M Productions
70K views • 1 day ago
New

9:51

**He Made $500,000 from Faceless YouTube Channels in 90 Days**
vidIQ ✓
1.2M views • 1 year ago

Show more

**481 Comments**    ⇅ Sort by

Ⓒ  Add a comment...

https://www.youtube.com/watch?v=JSMHjwUSwJY                    3/4

EXHIBIT C - Page 3 of 4



≡    ▶ Premium ᵀᴴ

191    👎    ❤    Reply

⌄ 23 replies

@pauljcohen2007 7 days ago
FAPA was stress testing his foot.
101    👎    ❤    Reply

⌄  • 10 replies

@mikearst2940 7 days ago
I'm going to guess that he got the foot injury after kicking the wall when his mom told him it was high time he started buying his own Hot Pockets.
49    👎    Reply

⌄ 5 replies

@65cj55 7 days ago
He should of got a adult to help him lift it..
62    👎    Reply
.ly

@thayer0486 7 days ago
Sympathy and loss are suddenly farthest from my mind !!!! It was a Big, Beautiful, Plate indeed !!!!
18    👎    Reply

@Chloe-nh6oj 7 days ago
I was quite surprised to find that FAPA has a major loss arising from a post office audit.  Following his arrest, he filed the typical federal civil rights lawsuit. The federal magistrate roasted him by explaining why the police has full authority to trespass him and make the arrested after he failed to leave.  Only in one of the footnotes did I see that the plaintiff in that lawsuit went by the channel name FAPA.  It was comedy gold!
36    👎    Reply

⌄ 23 replies

@Laura-g7e7c 7 days ago
When is his court date for using the pepper spray on the elderly man ?  Could this have something to do with it?
55    👎    Reply

⌄ 13 replies

@kevin982 6 days ago
My son dropped a dart board on his foot once. The pain was intense but, he was 8 at the time and it was my fault because I left on a chair. Those dart boards are real heavy, especially falling on to a young person's toes.
3    👎    Reply

⌄ 1 reply

@syndillucian 2 days ago
Well maybe his foot got broken some other way that would be even MORE embarrassing?  Like he tangled with someone who REALLY objected to his behavior/attitude?
2    👎    Reply

@PMWINKLE 5 days ago
i dont believe a thing that liar says
1    👎    Reply

@alicialawhun91 7 days ago
He's full of crap. I'm a nursing assistant and have had residents that weigh over 200lbs accidentally step on my foot. And I've ran over my toe before with a hoyer lift while we've had a resident in it being transferred and didn't crush my toe. It hurt like hell but I didn't go to the hospital or miss work.
19    👎    Reply

⌄ 8 replies

EXHIBIT C - Page 4 of 4





EXHIBIT D - Page 2 of 3



EXHIBIT D - Page 3 of 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-457-989

**Effective Date of Registration:**
February 06, 2024
**Registration Decision Date:**
March 05, 2024

---

## Title
        **Title of Work:**  ANOTHER CHAD EXPOSED!!! Worthless Denver Cops... ASSAULTED!!!

## Completion/Publication
        **Year of Completion:**  2022
    **Date of 1st Publication:**  March 16, 2022
  **Nation of 1st Publication:**  United States

## Author
    •      **Author:**  Christopher John Cordova
    **Author Created:**  entire motion picture
      **Citizen of:**  United States
      **Year Born:**  1982

## Copyright Claimant
  **Copyright Claimant:**  Christopher John Cordova
                   4643 S. Lowell Blvd Unit B, Denver, CO, 80236

## Rights and Permissions
  **Organization Name:**  Denver Metro Audits
         **Name:**  Christopher John Cordova
        **Email:**  denvermetroaudits@gmail.com

## Certification
        **Name:**  Christopher Cordova
          **Date:**  February 06, 2024

EXHIBIT E

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

| | ) | |
|---|---|---|
| _____Plaintiff_____ | ) | |
| v. | ) | Civil Action No.  25-cv-04685-VKD |
| IN RE: DMCA SECTION 512(h) | ) | |
| SUBPOENA TO GOOGLE, LLC D/B/A YOUTUBE | ) | |
| _____Defendant_____ | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:        GOOGLE, LLC D/B/A YOUTUBE
C/O CORPORATION SERVICE CO., 2710 GATEWAY OAKS DR., SUITE 150N, SACRAMENTO, CA 95833
*(Name of person to whom this subpoena is directed)*

✔ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

SEE ATTACHMENT A

| Place: VIA EMAIL ONLY: RSN@RANDALLNEWMAN.NET | Date and Time: |
|---|---|
| | |

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

|            *CLERK OF COURT* | |
|---|---|
| | OR |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Christopher J. Cordova _____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT F - Page 1 of 2

**ATTACHMENT A**

**DOCUMENTS TO BE PRODUCED UNDER SUBPOENA**

1.     All identifying information, including the name(s), address(es), telephone number(s), email address(es), and IP address(es) for the user(s) associated with the following YouTube channel: **https://www.youtube.com/@FrauditorTroll**. Please include all identifying information provided when this channel was established, as well as all identifying information provided subsequently for billing, administrative or AdSense revenue purposes.

2.     All identifying information, including the name(s), address(es), telephone number(s), email address(es), social media profile data, and IP address(es), for the users who posted, uploaded, downloaded or modified the data at the following URL: https://youtu.be/I-J8sdKZ504?si=s9kES3XTGpURZ1A3.

---

Attachment A to Subpoena to Google, LLC d/b/a YouTube for Production of Documents



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=I-J8sdKZ504

Display name of uploader: Frauditor Troll

Hello and thank you for your time, I am once again asking you to forward my counter notification to the plaintiff so I can have a chance to defend myself in a court of Law. I have a commentary channel where I provide review videos of 1st amendment auditors, I provide commentary, I add memes and sound effects to completely transform the original work into a Fair use video. On my channel I have received 35 copyright strikes and every single one of my videos have been reinstated through the counter notification system. I am willing to defend myself in a court of law. I have already hired an attorney to defend my fair use videos in court and I am asking you to forward my counter notification to the plaintiff so he can decided for himself if he chooses to go that route. I am the original creator of the Fair use videos on my channel and I know that my videos were taken down by mistake because they fall under the Fair use act. Please forward my counter notification so I can defend myself in a court of Law. Thank you, Jonathan Huneault

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Jonathan Huneault

Jonathan Huneault
99 Wall Street
NY, 10005
United States

Frauditortroll@gmail.com

(917) 261-3199

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

EXHIBIT G - Page 2 of 2



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=eVe4eoOzPvc

Display name of uploader: Frauditor Troll

Hello and thank you for your time, I am once again asking you to forward my counter notification to the plaintiff so I can have a chance to defend myself in a court of Law. My videos are Fair Use and I am ready to defend myself in a court of law, you must forward this counter notification as it is my legal right to defend myself against this DMCA. I have a commentary channel where I provide review videos of 1st amendment auditors, I provide commentary, I add memes and sound effects to completely transform the original work into a Fair use video. On this channel I have received over 35 copyright strikes and every single video has been reinstated through the counter notification system. I am willing to defend myself in a court of law. I have already hired an attorney to defend my fair use videos in court and I am asking you to forward my counter notification to the plaintiff so he can decided for himself if he chooses to go that route. I am the original creator of the Fair use videos on my channel and I know that my videos were taken down by mistake because they fall under the Fair use act. Please forward my counter notification so I can defend myself in a court of Law. Thank you, Jonathan Huneault

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Jonathan Huneault

Jonathan Huneault
99 Wall Street
New York, NY 10005
United States

frauditortroll@gmail.com

(917) 261-3199

EXHIBIT H - Page 1 of 10

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=WO4jjYFpSsQ

Display name of uploader: Frauditor Troll

Hello and thank you for your time, I am once again asking you to forward my counter notification to the plaintiff so I can have a chance to defend myself in a court of Law. I have a commentary channel where I provide review videos of 1st amendment auditors, I provide commentary, I add memes and sound effects to completely transform the original work into a Fair use video. On this channel I have received over 35 copyright strikes and every single video has been reinstated through the counter notification system. I am willing to defend myself in a court of law. I have already hired an attorney to defend my fair use videos in court and I am asking you to forward my counter notification to the plaintiff so he can decided for himself if he chooses to go that route. I am the original creator of the Fair use videos on my channel and I know that my videos were taken down by mistake because they fall under the Fair use act. Please forward my counter notification so I can defend myself in a court of Law. Thank you, Jonathan Huneault

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Jonathan Huneault

Jonathan Huneault
99 Wall Street
New York, NY 10005
United States

frauditortroll@gmail.com

(917) 261-3199

Help Center • Email Options

EXHIBIT H - Page 3 of 10

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=_xAB_dhJSr8

Display name of uploader: Frauditor Troll

Hello and thank you for your time, I am once again asking you to forward my counter notification to the plaintiff so I can have a chance to defend myself in a court of Law. I have a commentary channel where I provide review videos of 1st amendment auditors, I provide commentary, I add memes and sound effects to completely transform the original work into a Fair use video. On this channel I have received over 35 copyright strikes and every single video has been reinstated through the counter notification system. I am willing to defend myself in a court of law. I have already hired an attorney to defend my fair use videos in court and I am asking you to forward my counter notification to the plaintiff so he can decided for himself if he chooses to go that route. I am the original creator of the Fair use videos on my channel and I know that my videos were taken down by mistake because they fall under the Fair use act. Please forward my counter notification so I can defend myself in a court of Law. Thank you, Jonathan Huneault

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Jonathan Huneault

Jonathan Huneault
99 Wall Street
New York, NY 10005
United States

frauditortroll@gmail.com

(917) 261-3199

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=4OK8icQxroQ

Display name of uploader: Frauditor Troll

Hello and thank you for your time, I am once again asking you to forward my counter notification to the plaintiff so I can have a chance to defend myself in a court of Law. I have a commentary channel where I provide review videos of 1st amendment auditors, I provide commentary, I add memes and sound effects to completely transform the original work into a Fair use video. On this channel I have received over 35 copyright strikes and every single video has been reinstated through the counter notification system. I am willing to defend myself in a court of law. I have already hired an attorney to defend my fair use videos in court and I am asking you to forward my counter notification to the plaintiff so he can decided for himself if he chooses to go that route. I am the original creator of the Fair use videos on my channel and I know that my videos were taken down by mistake because they fall under the Fair use act. Please forward my counter notification so I can defend myself in a court of Law. Thank you, Jonathan Huneault

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Jonathan Huneault

Jonathan Huneault
99 Wall Street
New York, NY 10005
United States

frauditortroll@gmail.com

(917) 261-3199

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email**. Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=xcFmoMTsdFs

Display name of uploader: Frauditor Troll

Hello and thank you for your time, I am once again asking you to forward my counter notification to the plaintiff so I can have a chance to defend myself in a court of Law. I have a commentary channel where I provide review videos of 1st amendment auditors, I provide commentary, I add memes and sound effects to completely transform the original work into a Fair use video. On this channel I have received over 35 copyright strikes and every single video has been reinstated through the counter notification system. I am willing to defend myself in a court of law. I have already hired an attorney to defend my fair use videos in court and I am asking you to forward my counter notification to the plaintiff so he can decided for himself if he chooses to go that route. I am the original creator of the Fair use videos on my channel and I know that my videos were taken down by mistake because they fall under the Fair use act. Please forward my counter notification so I can defend myself in a court of Law. Thank you, Jonathan Huneault

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Jonathan Huneault

Jonathan Huneault
99 Wall Street
New York, NY 10005
United States

frauditortroll@gmail.com

(917) 261-3199

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066