RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN HUNEAULT,<br><br>Defendant. | Case No. 25-cv-04685-VKD<br><br>HON. VIRGINIA K. DeMARCHI<br><br>**STATUS REPORT AND REQUEST TO VACATE CASE MANAGEMENT DEADLINES** |

Plaintiff Christopher J. Cordova ("Plaintiff") respectfully submits this Status Report pursuant to the Court's June 4, 2025 Order Setting Initial Case Management Conference & ADR Deadlines (ECF No. 4) and requests that the Court vacate the current case management deadlines in light of developments bearing on identification and service.

### Status of Identification and Service

This action concerns online copyright infringement committed via the anonymous YouTube channel titled "Frauditor Troll." On July 16, 2025, the Court granted Plaintiff's request to serve a subpoena on Google LLC ("Google") prior to the Rule 26(f) conference to obtain account and subscriber information for the Frauditor Troll channel (ECF No. 12). Compliance with that subpoena is due on August 25, 2025. However, based on Google's responses in other matters pending before this Court, Plaintiff does not expect timely or complete production[1]. This anticipated delay further underscored why the current case management deadlines should be vacated. Until Google produces subscriber and ownership records, including a physical address, Plaintiff cannot confirm the defendant's legal identity, effect service, or conduct a Rule 26(f) conference.

On August 7, 2025, the individual operating the Frauditor Troll channel appeared in a publicly posted video (since removed), revealed his face for the first time, identified himself as "Jonathan," and stated that he resides in Canada. Plaintiff has not yet confirmed whether that individual is the legal owner of the channel or otherwise the party responsible for the infringing uploads.

Previously, a DMCA counter-notification associated with the accused content listed the name "Jonathan Huneault," identified as the Defendant, and listed his address at 99 Wall Street, New York, New York 10005 with no suite number. In the August 7, 2025 face reveal, "Jonathan" all but admitted that he never resided at 99 Wall Street.

---

[1] Plaintiff anticipates having to file a Motion to Compel compliance with the Google subpoena based on responses Google has made to 17 U.S.C. § 512(h) subpoenas pending before this court using nearly identical language to the subpoena approved in the Court's July 16, 2025 Order (ECF No. 12). *See, e.g.*, *In Re Subpoena to Google* 25-mc-80179-VKD, 25-mc-80190-VDK. In those cases, Google claimed it need only produce the subscriber's email address, rather than the full account information requested.

### Rule 4(m) and Foreign Service

Because it appears that service will be made outside the United States, Rule 4(m)'s 90-day period does not apply. See Fed. R. Civ. P. 4(m) (excluding service in a foreign country). Depending on whether the Frauditor Troll channel is owned by Huneault or an entity, Plaintiff anticipates requesting leave to serve the defendant by email under Rule 4(f)(3) once Google provides the necessary contact information. In the meantime, good cause exists to vacate the current case management deadlines because the delay in service is due to Defendant's refusal to accept service of the complaint and third-party compliance, not inaction by Plaintiff.

### Request for Relief

Plaintiff respectfully requests that the Court:

1. Vacate the deadlines set in the June 4, 2025 Order Setting Initial Case Management Conference & ADR Deadlines (ECF No. 4), including the August 12, 2025 ADR and Rule 26(f) deadlines, the August 26, 2025 initial disclosures and joint case management statement deadlines, and the September 2, 2025 Initial Case Management Conference; and

2. Reset case management deadlines to a date approximately 60 days after Plaintiff files proof of service under Rule 4(f) or, in the alternative, set a status conference 60 days from now if subpoena compliance remains outstanding.

Dated: August 10, 2025

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Christopher J. Cordova*