

EXHIBIT 1-001

026


**@GamingClipzYT** 1 day ago
Not gunna lie. Mocking someone's faith or religion is pretty damn low.
No wonder you get along so well with auditors.

👍 5  👎    Reply

• 5 replies

**@TheDMCALawyer** 1 day ago
Awww, cry harder 😢😢

👍 1  👎  Reply

**@KFARR** 23 hours ago (edited)
@TheDMCALawyer does this make DMA fair use for when he claimed he was near enlightenment because he kept repeating numbers over and over again?

Or when he cried about being a civil rights activist ?...
Read more

👍 2  👎  Reply

**@TheDMCALawyer** 23 hours ago
@KFARR I have no idea what you are talking about but I do find it funny that D'Arcy said he saw electronic Jesus in his backyard yet he can't read YouTube's ToS. 😂😂😂

Have to admit that short is hilarious.

👍 1  👎  Reply

**@KFARR** 23 hours ago (edited)
@TheDMCALawyer I think it's a bit funnier that Christopher has said a bunch of mentally questionable things in the past..

I'm planning a charity event if Christopher wants in

👍 2  👎  Reply

**@TheDMCALawyer** 22 hours ago
@KFARR Charity event? Only if electronic Jesus is gonna show up.

👍 2  👎  Reply

EXHIBIT 1-002

027



EXHIBIT 1-003



**Replies**

 @TheDMCALawyer • 2 days ago

@pauljcohen2007 Hey, it's Mort Goldman. Could you sound any more Jewy bro? 🇮🇱

Open the YouTube mobile app to add comments and replies.

EXHIBIT 1-004

029