030



**The DMCA Lawyer** 4 hours ago (edited)

If you think deleting evidence is going to save you... think again.
@TrollMediaGroup went from 858 videos to 64 in just three days.

No takedown notice.
No lawsuit.
Not even a warning.

Just a "frivolous lawsuit" that will get laughed out of Court. 3,000+ troll videos have been deleted in the past 2 weeks...

But, but, but...it's Fair Use....

The Trolls are scared...
Who is next? Hint, a new lawsuit is dropping this weekend.

Deleting the evidence won't erase the intent let's check the WayBack Machine...
We see you.
And so will the Court.

#SpoliationSeason
#DigitalPaperShredder
#TMGmeltdown
#FairUseMyAss
#YouTubeLawIsReal

@DenverMetroAudits
@TrollMediaGroup
@FirstAmendmentProtectionAgency (Email Me)
@siberiantiger1925 (Email me)
@jcnewsnow5601 (Email me)
@AuditingAmerica (Email me)
Show less

**EXHIBIT 2-001**

031


**@EyesOnTheState** 1 hour ago
these updates bring so much joy to my day :}
👍 2  👎  ❤️  Reply
∧  © • 1 reply

© **@TheDMCALawyer** 1 hour ago
Email me if you want in on the action.
👍 2  👎  Reply

**EXHIBIT 2-002**



EXHIBIT 2-003                                                         032



EXHIBIT 2-004

033

3 days ago

**@EvelynG-b1v**
Get em buddy!! I'm curious, did that ambulance chaser hunt down these new clients?

👍 9  👎  ♡  Reply

⌃ 13 replies

    N  **@nyyankeesfan9865** 3 days ago
    I saw a comment of his asking for certain "auditors" to contact him

    👍 2  👎  ♡  Reply

    **@DrDaveFrauditorTerminator** 3 days ago
    @TheDMCALawyer But did you contact them first, especially DMA?

    👍 5  👎  ♡  Reply

    **@andreichukanov4180** 3 days ago
    @TheDMCALawyer It means you were already watching frauditor videos and support them 😜 making you a lenslicker on top of being an ambulance chaser or in this case, a sociopathic mental patient chaser

    👍 1  👎  ♡  Reply

    **@EvelynG-b1v** 3 days ago
    Yes it's relevant. Did you cross over any ethical or legal rules in contacting them? Inquiring minds need to know.

    👍 2  👎  ♡  Reply

**EXHIBIT 2-005**

034

035



EXHIBIT 2-006