**The DMCA Lawyer** 7 days ago

🚨 Ex Parte Application Filed. Evidence Vanishing. Court Notified.

On June 3, we filed a copyright infringement lawsuit in Cordova v. Huneault.
On June 6, Mr. Huneault was notified.

Since then?
1,700+ videos deleted.
Over 62 million views wiped.

Today, we filed an Ex Parte Application for Preservation Order in federal court. Why? Because this is spoliation in real time.

If you think deleting your entire channel protects you, think again.

Stay tuned.
👉 @TheDMCALawyer
#Copyright #FairUse #FederalCourt #AntiAuditorCleanup
@DenverMetroAudits
@TrollMediaGroup
Show less

   3

**036**

**EXHIBIT 3-001**



## I Filed a New Lawsuit and an Ex Parte Motion... Then Missed the Live w/ DMA

The DMCA Lawyer
256 subscribers

354 views  5 days ago
Yeah... so here's what happened.
I filed a federal lawsuit against Destination 2Truth and I filed an ex parte preservation motion against Frauditor Troll.
...more

037

**EXHIBIT 3-002**



EXHIBIT 3-003



EXHIBIT 3-004



**The DMCA Lawyer** 9 days ago (edited)

==Wow!!==

==Frauditor Troll deleted the video @DenverMetroAudits alleges was infringing—AND more than 1,700 other videos.==

==If the lawsuit was so "frivolous"...==
==If the video was clearly fair use...==

Why delete it?
🤨 💻 🎭

@DenverMetroAudits
Show less



This video isn't publicly available

👍 7  👎  ↪  💬 15



**EXHIBIT 3-005**

**040**

**The DMCA Lawyer** · 7 days ago

🔥 Destination 2Truth Gets Sued! + Trolls have Deleted Thousands of Videos!! Live Legal Breakdown w/ DMA.

@DenverMetroAudits



**Another Lawsuit Filed! Frauditor Troll Deleted 1,700 Videos! ...**
Denver Metro Audits ✓ · 6.3K views · Streamed 5 days ago  **15 VPH**  **0.3x**

Another lawsuit has been filed - and Frauditor Troll is trying to cover his tracks. In this livestream, my lawyer and I break down the details of a brand new copyright infringement...

 7     4

**041**

**EXHIBIT 3-006**

Denver Metro Audits · 9 days ago

🎯 **FRAUDITOR TROLL: You can run, but you can't hide.**
👀 Premiering at 2:00eastern— don't miss it.
👉 Subscribe to @TheDMCALawyer
I'll see 👀 you in the chat ‼️ 🫁 💯 💪



**The Waiver of Service Email: Frauditor Troll's Deadline Is…**
The DMCA Lawyer · 676 views · 9 days ago    1 VPH

🚨 We Gave Frauditor Troll 30 Days — The Clock Is Ticking ⏳ In this video, DMA and I break down the email exchange where I formally offered Frauditor Troll a waiver of service…

19:03

 28        

**042**

**EXHIBIT 3-007**

**The DMCA Lawyer** 2 weeks ago (edited)

🚨 Coming Soon: A deep dive into Cordova v. Huneault—a newly filed case in the Northern District of California (Case No. 25-cv-04685-VKD).

If you follow the world of First Amendment audits and online commentary, you'll recognize the parties: Christopher Cordova (aka Denver Metro Audits) vs. Jonathan Huneault (better known as Frauditor Troll).

Yes... I'm the lawyer representing DMA.
Yes... this is going to be interesting.

Stay tuned.
Show less

👍 17  👎   ↪   💬 8

**EXHIBIT 3-008**

043



Screenshot of YouTube video showing a court filing. The filing text reads:

> 20  (Id. ¶ 8 Exs. D, E and URL https://youtu.be/58sdhz2504?si=s9kES3XTGpURZ1A3.)
> 21  On June 13, 2025, Plaintiff sent a follow-up email to Defendant regarding the waiver
> 22  of service. (Id. ¶ 10, Ex. F). Defendant deleted 27 videos on June 13 and 7 more on June
> 23  14. (Id. ¶ 11, Ex. D). Thereafter, Defendant deleted approximately 141 videos on June 16;
> 24  19 videos on June 17; 1,197 videos on June 18; 287 videos on June 19; and 2 videos on
> 25  June 21. (Id. ¶ 12, Ex. D). In total, Defendant has deleted more than 1,700 videos from the
> 26  Frauditor Troll Channel, close to 90% of the channel's portfolio. ((Id. ¶ 13-14, Exs. D and
> 27  G). As of the date of this filing, only 286 videos remain on the Frauditor Troll Channel.
> 28  (Id. ¶ 15, Exs. D and G).
>
> 4
> *Ex Parte* Application for Preservation Order
>
> Case 5:25-cv-04685-VKD    Document 8    Filed 06/21/25    Page 5 of 8

Video title: **Another Lawsuit Filed! Frauditor Troll Deleted 1,700 Videos! — Live Legal Update w/ My Lawyer**

Denver Metro Audits — 234K subscribers

439 likes · 57 dislikes · Share

6.3K views  Streamed 5 days ago  #CopyrightStrike #DenverMetroAudits #FrauditorTroll

Another lawsuit has been filed - and Frauditor Troll is trying to cover his tracks.

In this livestream, my lawyer and I break down the details of a brand new copyright infringement lawsuit against another troll channel 'Destination 2Truth' using my registered content without permission ...more

044

EXHIBIT 3-009

**The DMCA Lawyer** 6 days ago

🎥 Going LIVE with DMA this afternoon (U.S. time) 🎬 🔥

We're breaking down the new lawsuit and our ex parte motion for a preservation order—the one that's got the Trolls scrambling to delete videos faster than you can say "Fair Use Act of 2007 (which doesn...

Read more



**Another Lawsuit Filed! Frauditor Troll Deleted 1,700 Videos! ...**
Denver Metro Audits • 6.3K views • Streamed 5 days ago  15 VPH  0.3x  Remix

Another lawsuit has been filed - and Frauditor Troll is trying to cover his tracks. In this livestream, my lawyer and I break down the details of a brand new copyright infringement...

 7  

**045**

**EXHIBIT 3-010**

The DMCA Lawyer  9 days ago (edited)

📉 BREAKING: Frauditor Troll's Channel in Freefall!

For those who called our lawsuit "frivolous," we invite you to check Social Blade.

In just 14 days, Frauditor Troll has:

🔥 Deleted (or privatized) more than 1,500 videos (including the video that is the subject of the lawsuit);

📉 Lost over 6.2 million views;

💣 Nuked 1,194 videos in one day (June 18).

And all of this started on June 6, 2025, the day he got an email asking him to waive service of DMA's lawsuit.

Show less

 29   12

**EXHIBIT 3-011**

046

**The DMCA Lawyer**, 10 days ago (edited)
New Client. An Auditor. A new Copyright Application Filed Today. A new Lawsuit coming soon.

Who's the auditor?
Who's the anti-auditor?
Who's about to get a DMCA notice?
Who's about to file a counter-notice and accidently agree to jurisdiction?

Stay tuned for another episode of The Tables Have Turned—starring me, @TheDMCALawyer.


@FrauditorMania
@1aAuditsExpose
@FirstAmendmentShenanigan-vw7kp
@KFARR
@TrollMediaGroup
@UncleanHands1
@BlackHartKnight
@drdaveprofessor
@frauditorram


Show less

 15     4

**EXHIBIT 3-012**

**047**