

EXHIBIT 4-001    048



EXHIBIT 4-002
049



**The DMCA Lawyer** 2 hours ago

🎯 I've been getting a lot of negative feedback lately about all the copyright strikes that took down the 1a Audits Exposé channel and has some other troll channels worried if they are next.

I understand that people are upset and emotions are high.

So I wanted to take a moment to respond thoughtfully and professionally...

👇 Please see my official statement below: 👇

#DMCAJustice #FairUseThis #TrollTears #TheDMCALawyer

@FrauditorMania #YouSoDumb
@DenverMetroAudits
@Liberty_Troll
Show less

**WHEN THE DMCA LAWYER SHUTS DOWN YOUR CHANNEL**

EXHIBIT 4-003

050



> That part's actually true. I do this for fun, Dave. I will sue you for fun.

che the Racist Beer Professor FINALLY Learns Fair Use!!! 🍺 🤡 📚 🔥 🎬

EXHIBIT 4-004    051



**@TheDMCALawyer** • 6 days ago

What's your next flex, Patrick, you can eat more hot dogs than me?

Reply    3 replies ⌃    2

**@PeterCoventry-zb2zw** • 6 days ago

I watched that on TV this year! I thought it would be funnier than it was.

Reply

**@nyyankeesfan9865** ▶ • 6 days ago

==You got upset that Patrick gave his opinion on DMA's case against FT and you proceeded to put out videos on Patrick including insulting one that insulted his religion. This video is deserved and you are the most unprofessional attorney I've ever seen==

Reply    6

**@TheDMCALawyer** • 6 days ago

==@nyyankeesfan9865 You finally admitted that I'm the most unprofessional. #winning==

Reply    1

**EXHIBIT 4-005**