

EXHIBIT 5-001

053