

EXHIBIT 6-001



**EXHIBIT 6-002**



EXHIBIT 6-003                                                                056

