



# Help Us Sue The Exposer for DMCA Violations

TheDMCA Lawyer is organizing this fundraiser.

Donation protected

Help Us Raise $405 to Sue "The Exposer"
Hi everyone,
We're in a very difficult situation.

058

EXHIBIT 7-001

After filing 17 copyright strikes against the YouTube channel known as 1A Audits Exposé, the operator did what all brave truth-tellers do: he ran, hid behind an anonymous shell, and started filing questionable DMCA counter-notices—possibly with help from a licensed attorney who never watched the videos.

Read more

 Show your support for this GoFundMe

Donate    Share

## Donations (4)

Melissa Bowman
$10 · 29 d

Randall Newman
$5 · 29 d

Become an early supporter
Your donation matters

## Organizer


TheDMCA Lawyer
Organizer
New York, NY

Contact

## Words of support

Please donate to share words of support.

059

EXHIBIT 7-002



Created July 15th, 2025 · Other

Report fundraiser

**$75 USD raised**
$350 goal · 4 donations

21%

Share

Donate now

- patrick darcy
  **$5** · 5 mins
- Edward Rinn
  **$50** · 28 d
- Jill Maremont
  **$10** · 29 d
- Melissa Bowman
  **$10** · 29 d
- Randall Newman
  **$5** · 29 d
- Become an early supporter
  Your donation matters