



## Randall S. Newman

Litigation Attorney | Partner-Level | Expertise in Class Actions, Mass Torts & Copyright Litigation | Leader in High-Stakes Complex Cases

- Randall S. Newman, P.C.



- New York University School of Law

New York, New York, United States · **Contact info**

335 connections

Message    Follow   More

## About

My name is Randall.

Experienced Attorney with over 20 years of expertise in Arbitration, Class Actions, Civil Litigation, Appeals, and Commercial Litigation, delivering exceptional …see more

**061**

EXHIBIT 8-001

and "We Shall Overcome."
• Appointed as lead counsel in multiple antitrust lawsuits against Apple, Inc., including a landmark case resulting in the U.S. Supreme Court decision in Apple Inc. v. Pepper (2019).
• Directed and resolved class action cases addressing PACE loans, FLSA violations, and deceptive trade practices, securing favorable outcomes for clients.
• Provided training and mentorship to associates, driving expertise in consumer class actions.
• Crafted and presented appellate briefs and oral arguments in federal and state courts, achieving impactful legal precedents.

◆ Strategic Partnerships, Litigation and +6 skills

**Owner**
Randall S. Newman, P.C. · Self-employed
2003 - 2016 · 13 yrs

In my previous role as an Owner, I:

• Advocated for high-profile clients, including actors from A Christmas Story and Office Space, in right of publicity disputes, achieving favorable outcomes.
• Pioneered one of the nation's earliest legal cases addressing the ownership and control of social media accounts, such as Twitter and Facebook, in business contexts.
• Successfully handled complex tax litigation against the Internal Revenue Service and the New York Department of Taxation, achieving resolutions that minimized client liabilities.
• Focused extensively on representing clients in consumer protection cases, strongly emphasizing false advertising claims and related legal issues.

◆ Team Management, Corporations and +6 skills

Show all 6 experiences →

**Education**


New York University School of Law
Master of Laws - LLM, Taxation
Dec 1997

**062**

EXHIBIT 8-002