

Okay today. We're going to talk about how copyright owners can use a simple tool called a 512 H subp knot to identify Anonymous fringers on platforms like YouTube. So, if you're a Creator and you believe? Footage is being taken by other creators and not being used within the guidelines of fair use, and the Creator is anonymous.

You can use this tool to basically unmask them. It's called a 512 egg supplement, so let's take a look at section 512h. By the way I'm sick and I'm cold. So, if I sound even worse than usual? Ah, don't fuck yourself. On the 512h, as it says any, a copyright owner or person authorized to act on the owner's behalf.

That would be me May request the clerk of any United States district Seattle City, any United States District Court. That means any District Court anywhere in the country to issue a subpoena to service provider, which is YouTube for identification of election printer in accordance with this subsection. Notice how it says a copyright number, Justin say.

The register copyright owner, so you don't have to have a registered copyright. To do a 512 page subpoena. So, what's required to be in the subpoena? You have to have a copy of the notification described as hook section c3a. That's a takedown, basically. So, if you file a takedown, you can then file for subpina.

Uh, you need a copy of the proposed subpina. Wish I'll show you in a minute. And then you just sworn declaration. Saying that the purpose of the information that you seek is to identify an infringer, and it will only be used for the purpose of protecting the rights under the copyrights statues, so you can't.

We get using these subpoenas to dox. People repeat you cannot be using the subpoenas to dox people. I will not represent you if that's your intention. You have to. Seek his information so you can then. Determinal or not, you want to file a copyright action for infringement or for 5 to 12 F violation.

Uh, I did not use it to doctor people. So? Content to subdina is just satina form, and attachments will look at that. In that basis for granting. It basically says that the notification satisfies Provisions of c3a, which is the takedown. Uh, the city is a proper form. No big deal and accompanying declaration.

I'll show you what the Declaration looks like. The clerk shall issue the sign that proposed to be here, so this isn't doesn't even go to a judge. The clerk signs a 512a subpoena as long as the forms are proper. That's how easy it is to get one of these subtenas, uh.

Yesterday, we talked about the destination to truthface, where I told you we had to file ex parte motion for leave to get the exact same subpoena that I could get through 512h, but if you start the action first, then you have to ask the court if you do this without asking the court.

Before you find one of the lawsuit, you only need the permission of the judge. All you have to do is file this paperwork, which they make it a real pain in the ass. You have to do the ex parte thing to open cuts to unmask. Anonymous troll. Once you file a lawsuit, okay, anyhow?

Um, then it just says what happens after the service provider YouTube gets a subpoena? It's not that important. Let's take a look at the forms. Okay, now we'll just talk about the actual paperwork you file with the court. So, this is what we filed yesterday in the Roman District of California.

Here's. Our number, contact information, email, phone number. I had it from anybody, uh, here. Caption it's in Ray dmca section 51286. Again, it's a Google. And here you put the person's name John Doe's request clerk for issuance of subpoena to Google or switch to 512 H to identify alleged friendship.

So, second page, you put John Doe here. What's the petitioner? Through his Underside consult record, that is, me. Hereby request the clerk of the court see clerk of the court, not the judge. What the correct with the court issue

2

EXHIBIT 9-003

065

is subpoena to Google? To identify alleged infringer pursuing to the dmca 17 USC Blackwell H.

I see the screen is directed to students player YouTube. They operate website, obviously. And then we say. Course, there's infringe in here. You put the channel right here. Uh, post a video using the contact creators that petitioners. Psychother Declaration. Uh, then you just say that the that the requirements for subpoena in 17 by the type of H, which we just talked about a minute ago, when we looked at the statute, so we submitted a cut number one submitted a copy of the dmca notification.

That's the takedown. Uh, submit the proposed sequina, which we'll take a look at and that a declaration from the copyright holder. That they're only using information to pursue copyright claims. So, again, you cannot use this information to dots people. Uh, that says in sport. Here's what we attach. Tfca notification, which will show you.

Close email. I'll show you that in a second. And the sworn declaration. I'll show you that in a second, and then you just put some language here, and I'm gonna blah, blah, blah, blah, blah, blah, and then you find it. By number, David. Well, why has that wasn't? I think when I did an image action did that.

Hey Pat, uh, here's subpoena looks like. Dmca, Bachel H. Certainly via email. Here's my content information. Put the client's name there and put the case number there. And then here's the attachment what we're asking for. I'll identified information, including names, addresses, telephone numbers, email addresses, IP addresses where the users associated with the following YouTube channel.

Obviously, you've never name of their Channel. Please include all identified information provided by the shadow was established as well as all identified information providing subsequently for billing, administrative, or AdSense from Revenue purposes. So, obviously, if this is a monetized share you try to get information from. It's a lot easier to get good information, and also identifying information include the name address blah blah blah.

3

EXHIBIT 9-004

066

```
For people who posted, uploaded, download or modify the
data the following URL, imagine that's put the channel as a
whole again. So, I imagine that it's going to be a lot of
more laughing information, so I don't really know the
purpose for number two, but why not? Okay, so, now, let's
look at the Declaration.

Okay, this is the Declaration which submit support. 5.8
Satina Declaration of jado. It's important Nebraska by the
way. This is a real one that was filed yesterday. That's
why. I am adaptive case number. That you can find if you
want Insurance something hard, uh, declaration, uh, John
Doe. I'm John Doe declared his Fallout individual right in
the state of wherever operator of the YouTube channel or
the YouTube channel.

It's semitus decoration support on the quest for the dmca
sativa. There's just easy language personal, valid blah,
blah, blah, blah, blah, blah, blah day. I submitted the
takedown and you attached a copy to take them, exhibit one
day, uh. And here, you need to sign a purpose of this is
sought.

Is to obtain the identity of the imagined pleasure and such
information will be only used for the purpose of protecting
my rights and just continuous C-section. 100, ==so again did
not use this information to dock somebody. Did not use this
information to die to somebody.== So, here's a copy we take
down.

I'm sure you've all seen that if you've been on YouTube
long enough. Attach that. Gives you a basis to fly. Once
you have this, this is all you need this. And then that
paperwork, those two documents five of the perk. The fee is
only 52 dollars, uh. But third, will that issue the
subpina, and then you have to pay to serve it on YouTube.

I don't know how much that is. I'll find out this week.
==That is how you get the name and contact information of any
Anonymous troll. Creator who is? Using your copyrighted
footage without your authorization==. So, these trolls, I
think they can hide behind lawyers and other third parties
to file powder notices are in for a rude awakening.
```

4

EXHIBIT 9-005

067

We don't need a partner notice. You can just serve one of these cepdas as soon as we do it, take them. That's all we need. Okay, so quit hiding behind your lawyer. You're wasting your money. We're going to unmask you one way or the other. So, trolls, I hope you like this video.

Stay tuned for more illegal and how you can use the dmca to force your copyrights. I'll teach you about my total. Ah, next. I can tell that have a good one. Yeah, yeah. The dmca always here. Let's play the game. He's got the stuffiness. He's ready to fight, bringing Justice to the.





069



EXHIBIT 9-007

070