**@EnriqueTorres-r7d** 5 days ago

Newman is loser, no proven case that he really wins, yeah right Newman. 😂😂😂

👍 6

Reply

⌃ **4 replies**

 **@EnriqueTorres-r7d** 4 days ago

@TheDMCALawyer here's a tub of butthurt cream. 😂😂😂

👍 2

Reply

 **@EnriqueTorres-r7d** 4 days ago

@TheDMCALawyer as a true lawyer? 😂😂😂

Reply

 **@PPM7ke** 5 days ago

As Dr. Dave says him in Bang kock love him long time.

👍 10

Reply

⌄ **1 reply**

 **@flatderp** 5 days ago

Last time he did 4 videos on you, this time it will be 10!! 😂

👍 21

Reply

⌃  **6 replies**

**084**

# EXHIBIT 11-001

**@hoyaloya** 5 days ago
Great seeing you! Your videos are so damn funny. 😊

👍 10  👎  ♡   Reply

**@flatderp** 4 days ago
@hoyaloya thanks man! He did one video on you now! 9 to go! 😂😂😂

👍  👎  ♡   Reply

**@pauljcohen2007** 2 days ago
@TheDMCALawyer looks like you can't count either. Short video is still a video.

👍  👎  ♡   Reply

**@pauljcohen2007** 2 days ago
@TheDMCALawyer why are you obsessed with anyone being Jewish? I mean aren't 90% of lawyers Jewish? Oh it must be that you are a Jew hater. You should get together with Goat Boy and have a Jew hating party.

Replies

 **@TheDMCALawyer** • 2 days ago

@pauljcohen2007 Hey, it's Mort Goldman. Could you sound any more Jewy bro? 🇮🇱



Open the YouTube mobile app to add comments and replies.