RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JONATHAN HUDON-HUNEAULT,<br>NNEKA OHIRI,<br><br>        Defendants. | Case No. 25-cv-04685-VKD<br><br>**HON. VIRGINIA K. DEMARCHI**<br><br>**DECLARATION OF RANDALL S. NEWMAN IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE** |

1

**DECLARATION OF RANDALL S. NEWMAN ISO PLAINTIFF'S EX PARTE APPLICATION**

## DECLARATION OF RANDALL S. NEWMAN

I, Randall S. Newman, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon direct personal knowledge that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and am the attorney for Plaintiff Christopher J. Cordova ("Plaintiff"). Unless otherwise stated, I have personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2. Plaintiff commenced this action against Defendant Jonathan Hudon-Huneault ("Huneault") in connection with the YouTube channel located at https://www.youtube.com/@frauditortroll (the "Frauditor Troll Channel").

3. Plaintiff named Huneault based on nine DMCA counter-notices (the "Counter-Notices") for videos on the Frauditor Troll Channel that identified him as the channel's owner/operator.

4. On June 6, 2025, June 12, 2025, and June 23, 2025, I emailed the Complaint and a Rule 4(d) waiver request to frauditortroll@gmail.com. None of these emails bounced. I received no response. A true and correct copy of those emails is attached hereto as **Exhibit A**.

5. On July 1, 2025, I retained Supreme Judicial Services, Inc. to attempt personal service on Huneault at 99 Wall Street, New York, New York. The process server attempted service on July 1, 2025, but was unable to locate a suite or Huneault. The Affirmation of Due Diligence is attached as **Exhibit B**.

6. On July 16, 2025, the Court granted Plaintiff's request for early discovery to serve a Rule 45 subpoena on Google. (ECF No. 12).

7. On August 7, 2025, Huneault posted a "face reveal" video to the Frauditor Troll Channel in which he identified himself by name, stated that "my wife calls me Joe," that "we live in Canada right now," and that "me and my wife appreciate every single one of you." That video remains live on the Frauditor Troll Channel at https://www.youtube.com/watch?v=moD1c4FCwO0&t=2s.

8. In addition to the frauditortroll@gmail.com address designated in the Counter-Notices, Defendants maintain and actively use several other email accounts associated with their other YouTube channels "15 Minutes of Shame (@15MinutesofShame)," "Josh Prime (@joshprime)," "Josh Prime Gaming (@joshprimegaming)," and "Josh Prime Streams (@JoshPrimeStreams)." These email addresses include JoshPrimeYT@gmail.com, thenextgengamesyt@gmail.com, and joshprimestreams@gmail.com. In the video posted on August 7, 2025, Huneault admitted: "I have my main body cam channel… my second one… my third channel… and then, of course, there's this one [Frauditor Troll]… I'm going to be streaming on a new channel… it's called Josh Prime Streams." These admissions confirm that Defendants operate multiple channels under different names, all tied to the above email addresses. True and correct examples are attached as **Exhibit C**.

9. On August 18, 2025, Patrick J. D'Arcy ("D'Arcy") filed a Motion for Leave to File Amicus Curiae Brief in this matter. According to the Court's docket, D'Arcy associated himself with Huneault and identified his contact email as pat@patricklaw.net. A true and correct copy of the docket as of August 21, 2025 is attached as **Exhibit D**.

10. On August 25, 2025, Google produced responsive records to Plaintiff's Rule 45 subpoena. Google did not provide a narrative letter or PDF, but instead supplied machine-generated data files in the JavaScript Object Notation (".json") format. I personally reviewed those .json files. A true and correct excerpt is attached as **Exhibit E**.

11. The records reflect that the AdSense account is registered to an individual in Canada, with a default currency CAD and time zone America/Iqaluit. The agreement array shows the account holder accepted: (i) the Canadian "AdSense Online" terms (URL path includes "2018/Canada") on or about January 26, 2022; (ii) the updated AdSense Online terms on or about April 20, 2022; and (iii) an AdSense for YouTube agreement on or about February 14, 2024. These .json records therefore show the account has been operated as a Canadian AdSense/YouTube monetization account since at least January 26, 2022.

12. Google also produced .json billing profile data identifying the account's billing address as 125 Stewart Crescent, Bradford West Gwillimbury, Ontario L3Z 0T3, Canada, contact named listed as Nneka Ohiri, email frauditortroll@gmail.com, and phone +1 416-830-1072. The profile shows entityType = INDIVIDUAL, countryCode = CA, currencyCode = CAD, and lists currentBillableService values including "YouTube_Partner." The billing profile creationTime values show initial profile creation on or about January 26, 2022 and a subsequent profile on or about August 23, 2022.

13. These .json records confirm that Nneka Ohiri is the individual monetizing the Frauditor Troll Channel from Canada. Moreover, the .json records confirm that Defendants have lived in Canada since at least January 2022 when the AdSense billing account was created.

14. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of September, 2025, in Bangkok, Thailand.

<u>s/ Randall S. Newman</u>
Randall S. Newman

**rsn@randallnewman.net**

| | |
|---|---|
| **From:** | rsn@randallnewman.net |
| **Sent:** | Friday, June 6, 2025 12:39 PM |
| **To:** | 'FrauditorTroll@gmail.com' |
| **Subject:** | Cordova v. Huneault - Initiating Documents and Waiver of Service Request - NDCA Case No. 25-cv-04685-VKD |
| **Attachments:** | Letter re Initiating Documents and Waiver of Service - Cordova v. Huneault - NDCA - 25-cv-04685.pdf; Cordova v. Huneault - Complaint -  25-cv-04685-VKD.pdf; Cordova v. Huneault - Notice of Lawsuit - 25-cv-04685-VKD.pdf; Cordova v. Huneault - Waiver of the Service of Summons - 25-cv-04685-VKD.pdf; NDCA - ECF Registration Information.pdf; Notice of Assignment to Magistrate Judge with Election Form.pdf; Cordova v. Huneault - Order Setting Initial Conference - 25-cv-04685-VKD.pdf; Magistrate DeMarch i- Standing Order for Settlement Conferences.pdf; Magistrate DeMarchi - Standing Order for Civil Cases.pdf; Magistrate DeMarchi - Standing Order for Pretrial Preparation in Civil Cases.pdf |

Dear Mr. Huneault,

Please see the attached letter and attachments regarding the above-captioned federal lawsuit filed against you in the Northern District of California. Pursuant to Federal Rule of Civil Procedure 4(d) and Local Civil Rule 4-2, I am formally requesting that you executed and return the attached Waiver of the Service of Summons to avoid the need for formal service. Your DMCA counter-notice dated on or about June 6, 2023, expressly stated that you consented to accept service of process. This request is consistent with that representation.

All required initiating documents are attached, including the Complaint, Notice of Lawsuit, partially completed AO 399 waiver form, and the relevant order and standing rules of the Court.

If you are represented by counsel, please forward this email to them immediately. Should you choose not to return the waiver within 30 days, I will seek early discovery or alternative service methods and ask the Court to impose those costs on you under Rule 4(d)(2).

Sincerely,

Randall S. Newman, Esq.
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

Attorney for Plaintiff,
Christopher J. Cordova

1

**rsn@randallnewman.net**

| | |
|---|---|
| **From:** | rsn@randallnewman.net |
| **Sent:** | Thursday, June 12, 2025 8:01 PM |
| **To:** | 'FrauditorTroll@gmail.com' |
| **Subject:** | Cordova v. Huneault - 25-cv-04685 - Follow-up on Waiver of Summons |
| **Attachments:** | Cordova v. Huneault - Initiating Documents and Waiver of Service Request - NDCA Case No. 25-cv-04685-VKD; Cordova v. Huneault - Notice of Lawsuit - 25-cv-04685-VKD.pdf; Cordova v. Huneault - Waiver of the Service of Summons - 25-cv-04685-VKD.pdf |

Dear Mr. Huneault,

This is a follow-up to my June 6, 2025 email regarding the waiver of service of summons in *Cordova v. Huneault*, Case No. 25-cv-04685, pending in the U.S. District Court for the Northern District of California.

As previously noted, you filed a DMCA counter-notice with YouTube, in which you declared—under penalty of perjury—that you would accept service of process from Mr. Cordova or his agent. In keeping with that representation, I am proceeding in good faith by offering you the opportunity to waive formal service under Federal Rule of Civil Procedure 4(d).

For your convenience, I've reattached the Notice of Lawsuit and Request to Waive Service of Summons (AO 398), as well as a copy of my original email.

To avoid unnecessary costs and delay, I respectfully request that you return the signed waiver at your earliest convenience. If you are represented by counsel, please have them contact me directly regarding this matter.

Sincerely,

Randall S. Newman
rsn@randallnewman.net
(212) 797-3735

Attorney for Plaintiff,
Christopher J. Cordova

1

EXHIBIT A - Page 2 of 3

**rsn@randallnewman.net**

| | |
|---|---|
| **From:** | rsn@randallnewman.net |
| **Sent:** | Monday, June 23, 2025 2:51 PM |
| **To:** | 'FrauditorTroll@gmail.com' |
| **Subject:** | Cordova v. Huneault (25-cv-04685-VKD) - Second Follow-Up: Waiver of Service |
| **Attachments:** | Cordova v. Huneault - Notice of Lawsuit - 25-cv-04685-VKD.pdf; Cordova v. Huneault - Waiver of the Service of Summons - 25-cv-04685-VKD.pdf; Cordova v. Huneault - Complaint - 25-cv-04685-VKD.pdf |

Dear Mr. Huneault:

This is a second follow-up to my prior emails dated June 6 and June 13, 2025, regarding waiver of service of summons in *Cordova v. Huneault*, Case No. 25-cv-04685-VKD, pending in the United States District Court for the Northern District of California.

As previously noted, you declared—under penalty of perjury—in your DMCA counter-notices that you would accept service of process from Mr. Cordova or his agent. In reliance on that representation, I have continued to offer you the opportunity to waive formal service under Federal Rule of Civil Procedure 4(d).

To avoid the expense and potential consequences of formal service, I again request that you complete and return the signed Waiver of the Service of Summons form (AO 399), which remains attached for your convenience. Please be advised that your failure to sign and return the waiver—or to respond at all—may be brought to the Court's attention in connection with a motion for further relief.

If you are represented by counsel, I encourage you to have them contact me directly.


Randall S. Newman, Esq.
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

Attorney for Plaintiff,
Christopher J. Cordova

1

**EXHIBIT A - Page 3 of 3**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER J CORDOVA

*Plaintiff*

vs

JONATHAN HUNEAULT AKA FRAUDITOR TROLL

*Defendant*

N
COURT DATE & TIME: AT
INDEX #: 5:25-CV-04685-VKD
DATE FILED: 06/05/2025
Job #: 603428
Client File#

RANDALL NEWMAN ESQ
99 WALL STREET, SUITE 3727
NEW YORK, NY 10005

CLIENT'S FILE NO.:

**AFFIRMATION OF DUE DILIGENCE**

I, ERIC RIVERA, a process server employed by Supreme Judicial Services Incorporated, with its principal place of business located at 371 Merrick Road Suite 202, Rockville Center, NY 11570, affirms and says that;

That I was instructed to effect service of the SUMMONS IN A CIVIL ACTION, COMPLAINT FOR COPYRIGHT INFRINGEMENT, 17 USC 101 ET SEQ, DECLARATION OF COPYRIGHT INFRINGEMENT, JURY TRIAL DEMANDED according to the C.P.L.R on JONATHAN HUNEAULT AKA FRAUDITOR TROLL at 99 WALL STREET, NEW YORK, NY 10005

In my attempt to effect service on defendant I visited the address stated on the action and was unable with proper due dilligence to serve JONATHAN HUNEAULT AKA FRAUDITOR TROLL

07/01/2025 2:26PM 99 WALL STREET, NEW YORK, NY 10005 THERE IS NO DIRECTORY IN THE LOBBY. I SPOKE WITH THE MAILROOM ON THE PREMISES WHO STATED THEY CANNOT PROVIDE ANY INFORMATION ON ANY TENANTS IN THE BUILDING. THEY WOULD NOT CONFIRM IF THE DEFENDANT IS LOCATED IN THE BUILDING. I WAS UNABLE TO LOCATE THE DEFENDANT IN THE BUILDING WITHOUT A SUITE NUMBER.

I affirm this July 2, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment,that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



_____
ERIC RIVERA
1212873

*Supreme Judicial Services, Inc. 371 Merrick Road - Rockville Centre, N.Y. 11570 Lic# 1092373*

EXHIBIT B - Page 1 of 1



EXHIBIT C - Page 1 of 4



EXHIBIT C - Page 2 of 4



EXHIBIT C - Page 3 of 4



EXHIBIT C - Page 4 of 4

ADRMOP,AO279

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:25-cv-04685-VKD

| | |
|---|---|
| Cordova v. Huneault | Date Filed: 06/03/2025 |
| Assigned to: Magistrate Judge Virginia K. DeMarchi | Jury Demand: Plaintiff |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

Christopher J. Cordova    represented by    **Randall Scott Newman**
Randall S. Newman, Esq.
99 Wall St.
Suite 3727
New York, NY 10005
212-797-3735
Email: rsn@randallnewman.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Jonathan Huneault

**Amicus**

**Patrick Joseph D'Arcy**    represented by    **Patrick J D'Arcy**
*Jonathan Huneault*                                                                  Patrick J. D'Arcy, Aplc
*TERMINATED: 08/19/2025*                                                1 Park Plaza, Suite 380
Irvine, CA 92614-3524
949-988-7640
Fax: 949-988-7641
Email: pat@patricklaw.net
*TERMINATED: 08/19/2025*
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2025 | 1 | COMPLAINT against Jonathan Huneault. Filed by Christopher J. Cordova. (Newman, Randall) (Filed on 6/3/2025) (Entered: 06/03/2025) |
| 06/03/2025 | 2 | Proposed Summons. (Newman, Randall) (Filed on 6/3/2025) (Entered: 06/03/2025) |
| 06/04/2025 | 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 8/26/2025. Initial Case Management Conference set for 9/2/2025 01:30 PM in San Jose, - Videoconference Only. (kam2, COURT STAFF) (Filed on 6/4/2025) (Entered: 06/05/2025)** |
| 06/05/2025 | 3 | Case assigned to Magistrate Judge Virginia K. DeMarchi. |

| | | |
|---|---|---|
| | | Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 6/20/2025. (ark, COURT STAFF) (Filed on 6/5/2025) (Entered: 06/05/2025) |
| 06/05/2025 | 5 | Summons Issued as to Jonathan Huneault. (kam2, COURT STAFF) (Filed on 6/5/2025) (Entered: 06/05/2025) |
| 06/05/2025 | | [Electronic filing error](). For Copyright (820) Nature of Suit, Please File Applicable Form AO120 or AO121. Re: 1 Complaint filed by Christopher J. Cordova (kam2, COURT STAFF) (Filed on 6/5/2025) (Entered: 06/05/2025) |
| 06/05/2025 | 6 | REPORT on the filing or determination of an action regarding *Another Chad Exposed (PA002457989)* (cc: form mailed to register). (Newman, Randall) (Filed on 6/5/2025) (Entered: 06/05/2025) |
| 06/16/2025 | 7 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Christopher J. Cordova.. (Newman, Randall) (Filed on 6/16/2025) (Entered: 06/16/2025) |
| 06/21/2025 | 8 | Ex Parte Application *for Preservation Order Directed to Defendant Jonathan Huneault and Third-Party YouTube (Google LLC)* filed by Christopher J. Cordova. (Attachments: # 1 Declaration Declaration of Randall S. Newman in Support of Ex Parte Application for Preservation Order)(Newman, Randall) (Filed on 6/21/2025) (Entered: 06/21/2025) |
| 06/23/2025 | 9 | Declaration of Randall S. Newman in Support of 8 Ex Parte Application *for Preservation Order Directed to Defendant Jonathan Huneault and Third-Party YouTube (Google LLC)* filed byChristopher J. Cordova. (Related document(s) 8 ) (Newman, Randall) (Filed on 6/23/2025) (Entered: 06/23/2025) |
| 06/23/2025 | 10 | **ORDER re 8 Ex Parte Application for Preservation Order. Signed by Magistrate Judge Virginia K. DeMarchi on 6/23/2025. (vkdlc1, COURT STAFF) (Filed on 6/23/2025) (Entered: 06/23/2025)** |
| 07/12/2025 | 11 | Ex Parte Application *for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference* filed by Christopher J. Cordova. (Attachments: # 1 Declaration of Randall S. Newman)(Newman, Randall) (Filed on 7/12/2025) (Entered: 07/12/2025) |
| 07/16/2025 | 12 | **ORDER re 11 Ex Parte Application for Leave to Serve Third-Party Subpoena. Signed by Magistrate Judge Virginia K. DeMarchi on 7/16/2025. (vkdlc1, COURT STAFF) (Filed on 7/16/2025) (Entered: 07/16/2025)** |
| 08/10/2025 | 13 | STATUS REPORT *AND REQUEST TO VACATE CASE MANAGEMENT DEADLINES* by Christopher J. Cordova. (Newman, Randall) (Filed on 8/10/2025) (Entered: 08/10/2025) |
| 08/11/2025 | 14 | **TEXT-ONLY ORDER. In view of plaintiff's status update 13 , the Court continues the initial case management conference to November 4, 2025 at 1:30 p.m. via Zoom video conference. Parties shall exchange initial disclosures and file a joint case management statement no later than October 28, 2025. The deadlines to file an ADR certification and to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) are continued 60 days. Ordered by Magistrate Judge Virginia K. DeMarchi on 8/11/2025.** *(This is a text-only entry generated by the court. There is no document* |

| | | |
|---|---|---|
| | | *associated with this entry.)* (vkdlc1, COURT STAFF) (Filed on 8/11/2025) (Entered: 08/11/2025) |
| 08/12/2025 | 15 | Certificate of Interested Entities by Christopher J. Cordova (Newman, Randall) (Filed on 8/12/2025) (Entered: 08/12/2025) |
| 08/18/2025 | 16 | MOTION to File Amicus Curiae Brief filed by Patrick Joseph D'Arcy. Motion Hearing set for 9/23/2025 10:00 AM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi. Responses due by 9/2/2025. Replies due by 9/9/2025. (Attachments: # 1 Exhibit Ex 1 Religion.pdf, # 2 Exhibit Ex 2 Electronic Solicitation.pdf, # 3 Exhibit Ex 3 Pretrial Publicity.pdf, # 4 Exhibit Ex 4 Taunting of Defendant.pdf, # 5 Exhibit Ex 5 Cordova Doxxing.pdf, # 6 Exhibit Ex 6 Pictures Fraud Mania.pdf, # 7 Exhibit Ex 7 Newman Fundraiser.pdf, # 8 Exhibit Ex 8 Newman LinkedIn.pdf, # 9 Exhibit Ex 9 Subpoenas.pdf, # 10 Exhibit Ex 10 Improper Jury Contact.pdf, # 11 Exhibit Ex 11 Religious p2.pdf)(D'Arcy, Patrick) (Filed on 8/18/2025) (Entered: 08/18/2025) |
| 08/19/2025 | 17 | Ex Parte Application re 16 MOTION to File Amicus Curiae Brief *to Strike Non-Party Filing or For Extension of Time to Respond to Patrick J. D'Arcy's Motion for Leave to File Amicus Curiae Brief* filed by Christopher J. Cordova. (Newman, Randall) (Filed on 8/19/2025) (Entered: 08/19/2025) |
| 08/19/2025 | 18 | OPPOSITION/RESPONSE (re 17 Ex Parte Application re 16 MOTION to File Amicus Curiae Brief *to Strike Non-Party Filing or For Extension of Time to Respond to Patrick J. D'Arcy's Motion for Leave to File Amicus Curiae Brief* ) *Opposition to Ex Parte Application* filed byPatrick Joseph D'Arcy. (D'Arcy, Patrick) (Filed on 8/19/2025) (Entered: 08/19/2025) |
| 08/19/2025 | 19 | **ORDER denying 16 Motion to File Amicus Curiae Brief. Signed by Magistrate Judge Virginia K. DeMarchi on 8/19/2025.** (vkdlc1, COURT STAFF) (Filed on 8/19/2025) (Entered: 08/19/2025) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/21/2025 19:56:44 | | | |
| **PACER Login:** | rsnewman67 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:25-cv-04685-VKD |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

EXHIBIT D - Page 3 of 3

EXHIBIT E
EXCERPT FROM GOOGLE SUBPOENA PRODUCTION

**Excerpted Google AdSense Billing Profile
(produced Aug. 25, 2025 in .json format).**

```
{
  "billingAddress": {
    "address1": "125 Stewart Crescent",
    "city": "Bradford West Gwillimbury",
    "state": "ON",
    "zip": "L3Z 0T3",
    "contactName": "Nneka Ohiri",
    "email": "frauditortroll@gmail.com",
    "phone": "+1 416-830-1072",
    "countryCode": "CA"
  },
  "billingProfileStatus": "MONETIZABLE_CURRENT",
  "entityType": "INDIVIDUAL",
  "countryCode": "CA",
  "currencyCode": "CAD",
  "currentBillableService": ["ADSENSE", "YOUTUBE_PARTNER"]
}
```