1  RANDALL S. NEWMAN (SBN 190547)
2  Attorney at Law
3  99 Wall St., Suite 3727
   New York, NY 10005
4  212.797.3735
5  rsn@randallnewman.net

6  *Attorney for Plaintiff,*
    *Christoper J. Cordova*
7

8

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11

12  CHRISTOPHER J. CORDOVA,                    Case No. 25-cv-04685-VKD

13            Plaintiff,
                                              **DECLARATION OF SERVICE**
14
          vs.
15

16  JONATHAN HUDON-HUNEAULT,
    NNEKA OHIRI,
17

18           Defendants.

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SERVICE**

1    I, Randall S. Newman, hereby swear and affirm pursuant to 28 U.S.C. § 1746 upon
2  direct personal knowledge that the following is true and correct:

3    1.    I am counsel for Plaintiff Christopher J. Cordova in this action.

4    2.    On September 15, 2025, pursuant to the Court's September 12, 2025 Order
5  Granting in Part Ex Parte Application for Alternative Service (ECF No. 26), I served
6  Defendants Jonathan Hudon-Huneault and Nneka Ohiri (the "Defendants") with the
7  Summons, Complaint and related case documents by transmitting them via email to
8  frauditortroll@gmail.com the address authorized by the Court.

9    3.    The documents transmitted by email were:

10    a.    Summons issued to Jonathan Hudon-Hunealt (EF No. 24);

11    b.    Summons issued to Nneka Ohiri (ECF No. 24);

12    c.    Amended Complaint filed August 30, 2025 (ECF No. 20);

13    d.    Order Granting in Part Ex Parte Application for Alternative Service,
14  dated September 12, 2025 (ECF No. 26);

15    e.    Order Setting Initial Case Management Conference and ADR
16  Deadlines, dated June 4, 2025 (ECF No. 4);

17    f.    Text-only Order dated August 11, 2025, continuing Initial Case
18  Management Conference to November 4, 2025 (ECF No. 14);

19    g.    Magistrate Judge DeMarchi's Standing Order for Civil Cases;

20    h.    Notice of Assignment to Magistrate Judge with Consent/Declination
21  Form.

22    4.    On September 15, 2025, in compliance with the Court's Order, I also sent via
23  USPS Registered Mail[1] a copy of the Summonses and Amended Complaint to Defendants
24  as the following Canadian address:

25

26  [1] The Court's September 12, 225 Order (ECF No. 26) directed that the Summons and Complaint be sent
27  by "certified mail" to Defendants' Canadian address. Because USPS Certified Mail service is available
    only within the United States, I utilized USPS Registered Mail, which is the international service USPA
28  designates as the functional equivalent of Certified Mail, providing tracking, restricted handling, and proof
    of delivery.

**DECLARATION OF SERVICE**

1    Jonathan Hudon-Huneault and Nneka Ohiri

2    125 Stewart Crescent

3    Bradford West Gwillimbury, ON L3Z 0T3

4    Canada

5    A true and correct copy of the USPS Registered Mail receipt and payment receipt

6    are attached hereto as Exhibit A.

7    5.    Service is complete and in full compliance with the Court's September 12,

8    2025 Order.

9    I declare under penalty of perjury under the laws of the United States of America

10   that the foregoing is true and correct.

11   Executed on September 15, 2025 in Pasco County, Florida.

12

13                                    s/ Randall S. Newman
                                      Randall S. Newman
14

15                                    *Attorney for Plaintiff,*
                                      *Christopher J. Cordova*
16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SERVICE**



**Registered No.**

RF827830290US

**Date Stamp**

0563
15

| | |
|---|---|
| Postage $ $6.15 | Extra Services & Fees (continued)) |
| Extra Services & Fees | ☐ Signature Confirmation $_____ |
| ☐ Registered Mail $3.40 | |
| ☐ Return Receipt (hardcopy) $_____ $0.00 | ☐ Signature Confirmation Restricted Delivery $_____ |
| ☐ Return Receipt (electronic) $_____ $0.00 | **Total Postage & Fees** |
| ☐ Restricted Delivery $_____ $0.00 | $ |
| Customer Must Declare Full Value $ $0.00 | Received by 09/15/2025 |

**To Be Completed By Post Office**

Domestic Insurance up to $50,000 is included based upon the **declared value.** International Indemnity is limited. (See Reverse).

## OFFICIAL USE

**To Be Completed By Customer**
**(Please Print)**
**All Entries Must Be in Ballpoint or Typed**

FROM   SAN ANTONIO, FL 33576

TO   Canada

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

*Copy 1 - Customer*
*(See Information on Reverse)*

EXHIBIT A - Page 1 of 2



**UNITED STATES POSTAL SERVICE.**

SAN ANTONIO
12231 MAIN ST
SAN ANTONIO, FL 33576-7204
www.usps.com

09/15/2025                                    10:00 AM

-----------------------------------------

TRACKING NUMBERS
RF827830290US

-----------------------------------------

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



-----------------------------------------

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

-----------------------------------------

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

-----------------------------------------

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail Intl™ Large Envelope (Flat) | 1 | | $6.15 |
| Canada | | | |
| Weight: 0 lb 6.90 oz | | | |
| Registered | | | $23.40 |
| Amount: $0.00 | | | |
| Tracking #: RF827830290US | | | |
| Total | | | $29.55 |

-----------------------------------------

Grand Total:                              $29.55

-----------------------------------------

Credit Card Remit                         $29.55
    Card Name: VISA
    Account #: XXXXXXXXXXXX4174
    Approval #: 905100
    Transaction #: 096
    AID: A0000000031010
    AL: VISA CREDIT                    Chip
    PIN: Not Required

EXHIBIT A - Page 2 of 2