EXHIBIT "A"

# Channels your audience watches

Last 28 days



**1stAmendmentShenanigans**
3.6K subscribers



**Van Balion**
237.0K subscribers



**Dr. Dave Frauditor Terminator**
4.6K subscribers



**The John Ligato Show**
17.3K subscribers




**BlackHartKnight**
15.9K subscribers



ence watches

Last 28 days

 Lucid's Lair
11.2K subscribers

 KFARR Reacts
17.9K subscribers

 NCR News Network
8.4K subscribers

 Frauditor Sheriff Ba
1.2K subscribers

 Ragical the Unhallow
86.8K subscribers

 dge 314

 wed Knight

Channels your audie

# Channels your audience watches

Last 28 days

 OldSquishyGardener's Court Watch
204.0K subscribers

 Lord Pelie
2.5K subscribers

 Law Talk With Mike
275.0K subscribers

 Spice & GFAZ Show!
5.1K subscribers

 Dr. Dave Debunker of Frauditors!
222.0K subscribers

EXHIBIT "B"



**Frauditor Troll** 22 hours ago

## Why do you watch my videos?

843 votes

I watch your videos to see you roast frauditors — 22%

to see you expose the frauditor's lies and criminal behavior — 63%

I watch your video so I dont have to watch the frauditor's video — 9%

Other reason (Explain in comments) — 6%

 131    73

EXHIBIT "C"

...

**Frauditor Troll** 4 hours ago

If the videos exposing frauditors by the anti-frauditor community were not an option, would you watch the frauditors channel?

379 votes

No. I would never watch them.                    90%

Yes, I would watch them.                          10%

52




EXHIBIT "D"























FULL VIDEO: 'Southern Charm'
Star Kathryn Dennis Has …

Share

All    From Denver Metro Audits    Bodycam vide…

Show chat replay

See similar thumbnails ↗

ANOTHER CHAD EXPOSED!!!
Worthless Denver Cops……

Last Updated 03/16/2022

66.6K    Total views ∨    ● This video

10/25
66,629 views

24 hours    1st 7 days    1st 28 days    All

7.9%    4.6x    0.1

Engagement    Outlier    VPH

Views    Overview    AI Coach ∨

EXHIBIT "E"



Innovation, Science and
Economic Development Canada
Corporations Canada

Innovation, Sciences et
Développement économique Canada
Corporations Canada

# Certificate of Incorporation

**Canada Business Corporations Act**

# Certificat de constitution

**Loi canadienne sur les sociétés par actions**

14693663 Canada Inc.
_____
Corporate name / Dénomination sociale

1469366-3
_____
Corporation number / Numéro de société

I HEREBY CERTIFY that the above-named
corporation, the articles of incorporation of which
are attached, is incorporated under the *Canada
Business Corporations Act.*

JE CERTIFIE que la société susmentionnée, dont
les statuts constitutifs sont joints, est constituée
en vertu de la *Loi canadienne sur les sociétés par
actions.*

Hantz Prosper
_____
Director / Directeur

2023-01-19
_____
Date of Incorporation (YYYY-MM-DD)
Date de constitution (AAAA-MM-JJ)

Canada 

 **Innovation, Science and Economic Development Canada**
Corporations Canada

**Innovation, Sciences et Développement économique Canada**
Corporations Canada

| **Form 1** | **Formulaire 1** |
|---|---|
| **Articles of Incorporation** | **Statuts constitutifs** |
| *Canada Business Corporations Act (s. 6)* | *Loi canadienne sur les sociétés par actions (art. 6)* |

**1** Corporate name
Dénomination sociale

**14693663 Canada Inc.**

**2** The province or territory in Canada where the registered office is situated
La province ou le territoire au Canada où est situé le siège social

**ON**

**3** The classes and any maximum number of shares that the corporation is authorized to issue
Catégories et le nombre maximal d'actions que la société est autorisée à émettre

**The corporation is authorized to issue an unlimited number of common shares.**

**4** Restrictions on share transfers
Restrictions sur le transfert des actions

**See attached schedule / Voir l'annexe ci-jointe**

**5** Minimum and maximum number of directors
Nombre minimal et maximal d'administrateurs

**Min. 1    Max. 10**

**6** Restrictions on the business the corporation may carry on
Limites imposées à l'activité commerciale de la société

**None**

**7** Other Provisions
Autres dispositions

**See attached schedule / Voir l'annexe ci-jointe**

**8** **Incorporator's Declaration:** I hereby certify that I am authorized to sign and submit this form.
**Déclaration des fondateurs :** J'atteste que je suis autorisé à signer et à soumettre le présent formulaire.

Name(s) - Nom(s)                          Original Signed by - Original signé par

Nneka Ohiri

Nneka Ohiri
———————————————
Nneka Ohiri

Jonathan Hudon-Huneault

Jonathan Hudon-Huneault
———————————————
Jonathan Hudon-Huneault

Misrepresentation constitutes an offence and, on summary conviction, a person is liable to a fine not exceeding $5000 or to imprisonment for a term not exceeding six months or both (subsection 250(1) of the CBCA).

Faire une fausse déclaration constitue une infraction et son auteur, sur déclaration de culpabilité par procédure sommaire, est passible d'une amende maximale de 5 000 $ et d'un emprisonnement maximal de six mois, ou l'une de ces peines (paragraphe 250(1) de la LCSA).

You are providing information required by the CBCA. Note that both the CBCA and the *Privacy Act* allow this information to be disclosed to the public. It will be stored in personal information bank number IC/PPU-049.

Vous fournissez des renseignements exigés par la LCSA. Il est à noter que la LCSA et la *Loi sur les renseignements personnels* permettent que de tels renseignements soient divulgués au public. Ils seront stockés dans la banque de renseignements personnels numéro IC/PPU-049.

 Canada

IC 3419 (2008/04)

EXHIBIT "F"

720-913-2800

https://goo.gl/maps/Knu7ZRXWz5fR45zC8

To leave a complaint: 720-913-6665 or call district 6 directly: 720-913-2800

Officer Nicholas Tetreault, Badge 19044
Office number: 720-413-5688

Corporal Robert Krelle, Badge 13036
Cell: 720-656-5856 robert.krelle@denvergov.org

Officer Taylor Kaufmann, Badge 19045
Cell: 720-417-4484 taylor.kaufmann@denvergov.org

Corporal Kristin Miller, Badge 15075, kristin.miller@denvergov.org

Officer Kevin Samuels, Badge 21022
Cell: 720-383-2519 Kevin.Samuels@denvergov.org

Officer Brandon Ramos, Badge 19121, brandon.ramos@denvergov.org

Officer Meagan Lieberson, Badge 19125, meagan.lieberson@denvergov.org 

Terry D'Giglio- Psycho meth head who claims his address is:
1700 Pecos way
Denver, CO 80221

EXHIBIT "G"

4:22 🖼 💬 ⚡ Uber •    📶 🔋 73%

← ✦ 🔹 📥 📄 📝 🗂️ ☆ ↑ •••

## PhysicalAddress.com has added new mail to your inbox  Inbox

mailnotific...  8/2/2023  😊  ↑  •••
to me ⌄



PhysicalAddress.com has added
1 new pieces of mail to your VirtualizedMail Inbox

23242420 UNITED STATES POSTAL SERVICES

---

4:23 🖼 💬 ⚡ Uber •    📶 🔋 73%

← ✦ 🔹 📥 📄 📝 🗂️ ☆ ↑ •••

## PhysicalAddress.com New Customer Notification  Inbox



newclient...  11/13/2022  😊  ↑  •••
to me ⌄

Hello Jonathan Huneault,

Thank you for choosing PhysicalAddress.com!

Your new address is now ready for you to use:

**Jonathan Huneault**
**99 Wall Street #5892**
**New York, NY 10005**

PhysicalAddress.com will receive any mail addressed to the above address.

To activate your account, login to PhysicalAddress.com using the user ID and password you created, along with this verification code: **778758027**

You currently have full access to your PhysicalAddress.com account. However, as stated in our FAQ, before we can begin processing your mail, you must complete the USPS Form 1583. This document needs to be notarized or may be signed in front of a PhysicalAddress.com associate. If you are not able to visit a Notary you can receive an official seal from your Bank, a Justice of the Peace or an Attorney.