Steven C. Vondran, [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
620 Newport Center Drive, Suite 1100
Newport Beach, California  92660
Telephone: (877) 276-5084
steve@vondranlegal.com

Attorney for Defendant JONTHAN HUNEAULT A/K/A "FRAUDITOR TROLL"

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER J CORDOVA<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN HUNEAULT A/K/A "FRAUDITOR TROLL"<br><br>Defendant. | No. 5:25-cv-04685-VKD<br><br>Honorable Judge:  Virginia K. DeMarchi<br><br>**[PROPOSED ORDER]**<br><br>HEARING<br>Date: November 18, 2025<br>Time: 10:00<br>Place: 280 South 1st Street,<br>Courtroom: 2 (5th Floor), San Jose, CA 95113.<br><br>[*Filed concurrently with defendant's declaration and memorandum of points and authorities*] |

This matter having come before the court, and following a review of all parties briefs and legal arguments, and GOOD CAUSE appearing, it is hereby ORDERED:

1

[proposed] ORDER RE MOTION TO DISMISS

1. The complaint is dismissed with prejudice as to each cause of action;

2. Defendant shall be declared the prevailing party to this action;

3. Defendant shall be awarded costs and reasonable attorney fees, subject to proof.

**IT IS SO ORDERED**

DATED:

_____
UNITED STATE FEDERAL COURT DISTRICT JUDGE