1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

11

CHRISTOPHER J. CORDOVA,

Case No. 25-cv-04685-VKD

12

Plaintiff,

13

**CLERK'S    CERTIFICATE    OF DEFAULT**

14

vs.

15

JONATHAN HUDON-HUNEAULT,

16

NNEKA OHIRI,

17

Defendants.

18
19
20
21
22
23
24
25
26
27
28

1

**CLERK'S CERTIFICATE OF DEFAULT**

1    I, Mark B. Busby, Clerk of the United States District Court for the Northern District

2 of California, do hereby certify that the docket entries in the above captioned action

3 indicate that the Defendant, **NNEKA OHIRI**, was served with a copy of the Summons and

4 Complaint pursuant to Court order on September 15, 2025. (ECF No. 27).

5    I further certify that the docket entries indicate that **NNEKA OHIRI** has not

6 submitted an answer or otherwise pled in the defense of this action. Accordingly, default

7 shall be entered against Defendant.

8

9                                  MARK B. BUSBY, CLERK

10

11 Dated: _____, 2025        _____

12                                  Deputy Clerk

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CLERK'S CERTIFICATE OF DEFAULT**