RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JONATHAN HUDON-HUNEAULT,<br>NNEKA OHIRI,<br><br>        Defendants. | Case No. 25-cv-04685-VKD<br><br>**CERTIFICATE OF SERVICE** |

1

**CERTIFICATE OF SERVICE**

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, I caused a true and correct copy of a Request for Default (ECF No. 30), Declaration in Support of Request for Default (ECF No. 30-1) and Proposed Clerk's Certificate of Default (ECF No. 30-2) to be served upon Defendant Nneka Ohiri by email and first-class mail at the following addresses:

frauditortroll@gmail.com; and

Nneka Ohiri
125 Steward Crescent
Bradford West Gwillimbury ON L3Z 0T3
Canada

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   October 14, 2025        s/ Randall S. Newman
                                 Randall S. Newman, Esq. (190547)

                                 *Attorney for Plaintiff,*
                                 *Christopher J. Cordova*