Steven C. Vondran, [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
620 Newport Center Drive, Suite 1100
Newport Beach, California 92660
Telephone: (877) 276-5084
steve@vondranlegal.com

Attorney for Defendants JONATHAN HUNEAULT and NNEKA Ohiri

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J CORDOVA<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN HUNEAULT, NNEKA OHIRI,<br><br>Defendants. | No. 5:25-cv-04685-VKD<br><br>Honorable Judge: Virginia K. DeMarchi<br><br>**STIPULATION AND [PROPOSED] ORDER** |

1

STIPULATION AND [PROPOSED] ORDER

**TO: THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 13, 2025, Defendant Jonathan Hudon-Huneault filed a Motion to Dismiss in this matter (ECF No. 29). However, Defendants' counsel was not aware that Nneka Ohiri was also named as a Defendant. Thus, the Motion to Dismiss did not respond on her behalf.

On October 14, 2025, Plaintiff filed a default against Defendant Nneka Ohiri (ECF No. 30). Counsel for the parties met and conferred in good faith about this honest mistake and agreed to set-aside the default as to Nneka Ohiri.

Thereafter, on October 14, 2025, Defendants filed a corrected Motion to Dismiss on behalf of both Defendants (ECF No. 33).

Accordingly, the parties have stipulated and agreed to the following:

1. Defendant, Jonathan Hudon-Huneault's October 13, 2025 Motion to Dismiss (ECF No. 29) is withdrawn;
2. The November 18, 2025 hearing on Defendants' October 14, 2025 Motion to Dismiss (ECF No. 33) is vacated;
3. Plaintiff agrees to that the default entered against Nneka Ohiri (ECF No. 30) shall be set aside;
4. Plaintiff shall file a First Amended Complaint on or before November 3, 2025;
5. Defendants' counsel agrees to accept service of the First Amended Complaint on behalf of 14693663 Canada Inc. via ECF when filed;
6. Defendants' shall file a response to Plaintiff's First Amended Complaint on or before November 24, 2025,
7. If Defendants' file a Motion to Dismiss in response to Plaintiff's First Amended Complaint, Plaintiff shall have 21 days thereafter to file any Opposition;

8. Defendants shall have 14 days thereafter to file any Reply in Further Support of its Motion to Dismiss;

9. Defendants shall notice any hearing date on the Motion to Dismiss consistent with the above schedule and the Court's availability.

**SO AGREED AND STIPULATED**

DATED: October 15, 2025   THE LAW OFFICES OF STEVEN C. VONDRAN

By: /s/ Steven C. Vondran, Esq.
Steven C. Vondran, Attorney for Defendants

DATED: October 15, 2025   Randall Newman, Esq.

By: /s/ Randall Newman, Esq.
Randall Newman, Attorney for Plaintiff

SO ORDERED:

Hon. Virginia K. DeMarchi, U.S. Magistrate Judge

3

STIPULATION AND [PROPOSED] ORDER

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of the foregoing has been obtained from all other signatories to this documents.

DATED: October 15, 2025        THE LAW OFFICES OF STEVEN C. VONDRAN


                               By:  /s/ Steven C. Vondran, Esq.
                                    Steven C. Vondran, Attorney for Defendants