Transcript of relevant portion of the livestream titled: "DMA and AFA do Prank Calls like Children" uploaded to the Frauditor Troll channel on July 24th 2022

Timestamp: 42:30

"I kinda lost my was a little bit because I preach a lot on my spiritual channel that what you resist persist right? That fighting for peace is like shouting for silence so…uhm as far as like as like going against you and being like ah I'm going to sue you and all that kind of stuff its just that's just perpetuating it and making everything worst I feel like so. I don't have a problem with what you guys do you guys do your own thing you guys have your followers that disagree with what we do and that's fine uhm and I don't have anything against you guys you know you guys do what you do and I do what I do"