EXHIBIT "B"

# Channels your audience watches

Last 28 days



**1stAmendmentShenanigans**
3.6K subscribers



**Van Balion**
237.0K subscribers



**Dr. Dave Frauditor Terminator**
4.6K subscribers



**The John Ligato Show**
17.3K subscribers



**BlackHartKnight**
15.9K subscribers

‹  1/3  ›

# Channels your audience watches

Last 28 days


**Lucid's Lair**
11.2K subscribers


**KFARR Reacts**
17.9K subscribers


**NCR News Network**
8.4K subscribers


**Frauditor Sheriff Badge 314**
1.2K subscribers


**Ragical the Unhallowed Knight**
86.8K subscribers

2/3

# Channels your audience watches

Last 28 days


**OldSquishyGardener's Court Watch**
204.0K subscribers


**Lord Pelie**
2.5K subscribers


**Law Talk With Mike**
275.0K subscribers


**Spice & GFAZ Show!**
5.1K subscribers


**Dr. Dave Debunker of Frauditors!**
222.0K subscribers

3/3