EXHIBIT "C"

Officer Nicholas Tetreault, Badge 19044
Office number: 720-413-5688

Corporal Robert Krelle, Badge 13036
Cell: 720-656-5856 robert.krelle@denvergov.org

Officer Taylor Kaufmann, Badge 19045
Cell: 720-417-4484 taylor.kaufmann@denvergov.org

Corporal Kristin Miller, Badge 15075, kristin.miller@denvergov.org

Officer Kevin Samuels, Badge 21022
Cell: 720-383-2519 Kevin.Samuels@denvergov.org

Officer Brandon Ramos, Badge 19121, brandon.ramos@denvergov.org

Officer Meagan Lieberson, Badge 19125, meagan.lieberson@denvergov.org

Terry D'Giglio- Psycho meth head who claims his address is:
1700 Pecos way
Denver, CO 80221