# "EXHIBIT D"

