1  Steven C. Vondran, [SBN 232337]
2  **THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
   620 Newport Center Drive, Suite 1100
3  Newport Beach, California  92660
   Telephone: (877) 276-5084
4  steve@vondranlegal.com

5  Attorney for Defendant JONTHAN HUNEAULT
   A/K/A "FRAUDITOR TROLL"

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER J CORDOVA<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN HUNEAULT A/K/A "FRAUDITOR TROLL"<br><br>Defendant. | No. 5:25-cv-04685-VKD<br><br>Honorable Judge:  Virginia K. DeMarchi<br><br>**[PROPOSED ORDER]**<br><br><u>HEARING</u><br>Date: XXXXXXX<br>Time: 10:00<br>Place: 280 South 1st Street,<br>Courtroom: 2 (5th Floor), San Jose, CA 95113.<br><br>[*Filed concurrently with defendant's declaration and memorandum of points and authorities*] |

    This matter having come before the court, and following a review of all parties briefs and legal arguments, and GOOD CAUSE appearing, it is hereby ORDERED:

1

1. The complaint is dismissed <u>with prejudice</u> as to (a) causes of action for bad faith counternotice (17 U.S.C. 512(f)); (b) for alleged illegal circumvention of technological control measures (17 USC 1201 et seq.), and for (c) Declaratory Relief 917 U.S.C 512(g) and 28 U,.S.C. 2201);

2. Defendant shall be declared the prevailing party as to these two causes of action;

3. Defendant shall be awarded costs and reasonable attorney fees, subject to proof.

**IT IS SO ORDERED**

Dated:

_____
UNITED STATE FEDERAL COURT DISTRICT JUDGE