UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN HUNEAULT, et al.,<br><br>　　　　Defendants. | Case No.  25-cv-04685-VKD<br><br>**ORDER CLARIFYING HEARING DATE AND DEADLINES RE MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 43, 44 |

On November 24, 2025, defendants filed a motion to dismiss plaintiff's complaint. Dkt. No. 43. A Clerk's Notice set the hearing on the motion for January 13, 2026 at 10:00 a.m., and set the deadlines for opposition and reply for December 8, 2025 and December 15, 2025, respectively. Dkt. No. 44.

The Court clarifies that plaintiff's opposition is due **December 15, 2025**, and defendants' reply is due **December 29, 2025**, pursuant to the parties' stipulation and the Court's October 16, 2025 order. Dkt. No. 36 ¶¶ 7, 8. The motion is set for hearing in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **January 13, 2026 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: December 1, 2025

Virginia K. DeMarchi
United States Magistrate Judge