RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC., <br><br> Defendants. | Case No. 25-cv-04685-VKD <br><br> **REQUEST FOR DEFAULT** |

1

**REQUEST FOR DEFAULT**

TO: MARK B. BUSBY, CLERK OF COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Please enter default against the following Defendant:

**NNEKA OHIRI**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached Declaration of Randall S. Newman, Esq.

Dated:   December 15, 2025

s/ Randall S. Newman
Randall S. Newman, Esq. (190547)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*