Transcript of relevant portion of the livestream titled: "DMA and AFA do Prank Calls like Children" uploaded to the Frauditor Troll channel on July 24th 2022

Timestamp: 42:30

"I kinda lost my was a little bit because I preach a lot on my spiritual channel that what you resist persist right? That fighting for peace is like shouting for silence so…uhm as far as like as like going against you and being like ah I'm going to sue you and all that kind of stuff its just that's just perpetuating it and making everything worst I feel like so. I don't have a problem with what you guys do you guys do your own thing you guys have your followers that disagree with what we do and that's fine uhm and I don't have anything against you guys you know you guys do what you do and I do what I do"

EXHIBIT "B"

nels your audience watches

days

### 1stAmendmentShenanigans
3.6K subscribers

### Van Balion
237.0K subscribers

### Dr. Dave Frauditor Terminator
4.6K subscribers

### The John Ligato Show
17.3K subscribers

### BlackHartKnight
15.9K subscribers



nels your audience watches

8 days

Lucid's Lair
11.2K subscribers

KFARR Reacts
17.9K subscribers

NCR News Network
8.4K subscribers

Frauditor Sheriff Badge 314
1.2K subscribers

Ragical the Unhallowed Knight
86.8K subscribers

Case 5:25-cv-04685-VKD   Document 48-3   Filed 12/15/25   Page 5 of 9



## Channels your audience watches

8 days

**OldSquishyGardener's Court Watch**
204.0K subscribers

**Lord Pelie**
2.5K subscribers

**Law Talk With Mike**
275.0K subscribers

**Spice & GFAZ Show!**
5.1K subscribers

**Dr. Dave Debunker of Frauditors!**
222.0K subscribers

# EXHIBIT "C"

Officer Nicholas Tetreault, Badge 19044
Office number: 720-413-5688

Corporal Robert Krelle, Badge 13036
Cell: 720-656-5856 robert.krelle@denvergov.org

Officer Taylor Kaufmann, Badge 19045
Cell: 720-417-4484 taylor.kaufmann@denvergov.org

Corporal Kristin Miller, Badge 15075, kristin.miller@denvergov.org

Officer Kevin Samuels, Badge 21022
Cell: 720-383-2519 Kevin.Samuels@denvergov.org

Officer Brandon Ramos, Badge 19121, brandon.ramos@denvergov.org

Officer Meagan Lieberson, Badge 19125, meagan.lieberson@denvergov.org

Terry D'Giglio- Psycho meth head who claims his address is:
1700 Pecos way
Denver, CO 80221

"EXHIBIT D"

