UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN HUNEAULT, et al.,<br><br>Defendants. | Case No.  25-cv-04685-VKD<br><br>**ORDER DIRECTING DEFENDANTS TO DELIVER CHAMBERS COPIES OF MOTION TO DISMISS**<br><br>Re: Dkt. No. 43 |

The Court's Standing Order for Civil Cases requires parties to deliver chambers copies of filings, including opposition papers filed pursuant to Civil L.R. 7-3, "no later than the close of the next court day following the day that the paper was electronically filed." Chambers copies must be double-sided and 3-hole punched along the left margin of the paper and submitted to the Clerk's Office in an envelope marked with the case name, case number, and the words "Magistrate Judge DeMarchi Chambers Copies."

The Court has not yet received chambers copies of defendants' November 24, 2025 motion to dismiss. Dkt. No. 43. By **December 19, 2025, 4:00 p.m.**, defendants shall deliver chambers copies of the filing in accordance with this Court's Standing Order for Civil Cases.

**IT IS SO ORDERED.**

Dated: December 18, 2025

Virginia K. DeMarchi
United States Magistrate Judge