RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>     Plaintiff,<br><br>  vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,<br><br>     Defendants. | Case No. 25-cv-04685-VKD<br><br>**HON. VIRGINIA K. DEMARCHI**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR REMOTE APPEARANCE OF COUNSEL**<br><br>**HEARING:**<br>Date: January 13, 2026<br>Time: 10:00 a.m.<br>Place: 280 South 1st St.<br>Courtroom 2 (5th Floor)<br>San Jose, CA 95113 |

1

**JOINT STIPULATION AND [PROPOSED] ORDER**

Pursuant to Local Rule 7-12, it is stipulated between and among Plaintiff Christopher J. Cordova ("Plaintiff") and Defendants Jonathan Hudon-Huneault, Nneka Ohiri and 14693663 CANADA INC. ("Defendants") (together, "the Parties"), through their respective counsel, as follows:

WHEREAS, the Court has scheduled a hearing on January 13, 2026 at 10:00 a.m. regarding Defendants' pending Motion to Dismiss Counts 2, 3, and 4 of the First Amended Complaint; and

WHEREAS, Counsel for the Parties are located in multiple jurisdictions, and requiring in-person appearance would impose unnecessary travel expense and logistical burden without providing any corresponding benefit to the Court; and

WHEREAS, the issues to be addressed at the upcoming hearing are legal in nature, do not require witness testimony, and can be fully and efficiently presented via remote appearance; and

WHEREAS, allowing a remote appearance will promote judicial economy, reduce costs, and conserve party and Court resources; and

WHEREAS, this request is made in good faith and for no improper purpose and no party will be prejudiced by permitting remote appearance.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1. Counsel for the Parties be permitted to appear remotely by Zoom at the scheduled hearing.
2. Nothing in this stipulation is intended to, nor shall it be construed to, address or concede the scope or applicability of any pending motion as to any party.

**IT IS SO STIPULATED.**

JOINT STIPULATION AND [PROPOSED] ORDER

Dated:  December 18, 2025          /s/ Randall S. Newman
                                   Randall S. Newman, Esq. (SBN 190547)
                                   99 Wall Street, Suite 3727
                                   New York, NY 10005
                                   (212) 797-3735
                                   rsn@randallnewman.net

                                   *Attorney for Plaintiff,*
                                   *Christopher J. Cordova*

Dated: December 18, 2025           /s/ Steven C. Vondran
                                   Steven C. Vondran, Esq. (232337)
                                   620 Newport Center Drive, Suite 1100
                                   Newport Beach, CA 92660
                                   (949) 945-8700
                                   steve@vondranlegal.com

                                   *Attorney for Defendants*

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated:      December 18, 2025              /s/ Randall S. Newman
                                           Randall S. Newman

# [PROPOSED] ORDER

Having reviewed the above Stipulation and Proposed Order, PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court finds good cause exists for the entry of this Order.

IT IS SO ORDERED.

Dated: _____

_____
VIRGINIA K. DEMARCHI,
UNITED STATES MAGISTRATE JUDGE