UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN HUNEAULT, et al.,<br><br>Defendants. | Case No. 25-cv-04685-VKD<br><br>**ORDER VACATING JANUARY 13, 2026 MOTION HEARING**<br><br>Re: Dkt. No. 50 |

On December 18, 2025, the parties jointly filed a stipulated request to appear remotely at the January 13, 2026 hearing on defendants' pending motion to dismiss (Dkt. No. 43). Dkt. No. 50. Having reviewed the moving and responding papers filed with respect to the motion, the Court finds that the motion is suitable for determination without oral argument. Accordingly, the Court vacates the January 13, 2026 hearing and will decide the motion on the papers. *See* Civil L.R. 7-1(b).

This order terminates Dkt. No. 50 as moot.

**IT IS SO ORDERED.**

Dated: December 19, 2025

Virginia K. DeMarchi
United States Magistrate Judge