RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,<br><br>    Defendants. | Case No. 25-cv-04685-VKD<br><br>**HON. VIRGINIA K. DEMARCHI**<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF DEFAULT** |

Pursuant to Local Rule 7-12, it is stipulated between and among Plaintiff Christopher J. Cordova ("Plaintiff") and Defendant Nneka Ohiri ("Defendant") (together, "the Parties"), through their respective counsel, as follows:

WHEREAS, an entry of default was entered as to Defendant on December 15, 2025 (ECF No. 47); and

WHEREAS, the Parties agree that setting aside the default at this time will promote the efficient administration of justice and permit the case to proceed on the merits without unnecessary motion practice; and

WHEREAS, Plaintiff does not oppose setting aside the default solely for the purpose of allowing Defendant to file an answer to the First Amended Complaint ("FAC"); and

WHEREAS, Defendant agrees to file an answer to the FAC within fourteen (14) days of the Court's Order approving this stipulation; and

WHEREAS, this stipulation is entered into in good faith, for no improper purpose, and without any prejudice to any party's substantive arguments, defenses, or positions, including any arguments raised in or related to any pending motion.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel and subject to the Court's approval, that:

1. The entry of default as to Defendant Nneka Ohiri is set aside.
2. Defendant shall file an answer to the FAC within fourteen (14) days of the Court's Order approving this Stipulation.

**IT IS SO STIPULATED.**

**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF DEFAULT**

Dated:  December 22, 2025        /s/ Randall S. Newman
                                 Randall S. Newman, Esq. (SBN 190547)
                                 99 Wall Street, Suite 3727
                                 New York, NY 10005
                                 (212) 797-3735
                                 rsn@randallnewman.net

                                 *Attorney for Plaintiff,*
                                 *Christopher J. Cordova*

Dated: December 22, 2025         /s/ Steven C. Vondran
                                 Steven C. Vondran, Esq. (232337)
                                 620 Newport Center Drive, Suite 1100
                                 Newport Beach, CA 92660
                                 (949) 945-8700
                                 steve@vondranlegal.com

                                 *Attorney for Defendants*

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.


Dated:      December 22, 2025           /s/ Randall S. Newman
                                        Randall S. Newman

3

**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF DEFAULT**

**[PROPOSED] ORDER**

Having reviewed the above Stipulation and Proposed Order, the Court finds good cause exists for the entry of this Order.

IT IS SO ORDERED.

Dated: _____          _____
                           VIRGINIA K. DEMARCHI,
                           UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED] ORDER TO SET ASIDE ENTRY OF DEFAULT**