UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN HUNEAULT, et al.,<br><br>Defendants. | Case No. 25-cv-04685-VKD<br><br>**ORDER RE STIPULATION TO "SET ASIDE ENTRY OF DEFAULT"**<br><br>Re: Dkt. Nos. 47, 52 |

On December 15, 2025, plaintiff Christopher J. Cordova filed a motion for entry of default by the Clerk against defendant Nneka Ohiri. Dkt. No. 47. On December 22, 2025, the parties jointly filed a stipulation to "set aside entry of default." Dkt. No. 52.

No default has been entered by the Clerk. The Court construes the parties' stipulated request as an indication that they agree plaintiff's motion for entry of default should be withdrawn. The Court deems the motion for entry of default withdrawn. Defendant Ms. Ohiri shall file an answer to the first amended complaint by **January 6, 2026**.

This order terminates Dkt. Nos. 47 and 52.

**IT IS SO ORDERED.**

Dated: December 23, 2025

Virginia K. DeMarchi
United States Magistrate Judge