# EXHIBIT A

1. **Email invitation from Counterclaimant to Plaintiff to participate in a livestream discussion regarding the First Amendment auditor movement.**



2. **Follow-up email invitation from Counterclaimant sent to Plaintiff and multiple other auditors**




3. Livestream and Transcript



"**Frauditor**: I got, uh, another request. Can we watch a different one? Let's do that.

**DMA:** Of course.

**Frauditor**: While I have you on here, so, let's just address a few things. Cause I, you know, it's rare that we get a chance to talk. We've never spoken, uh, uh, you know, as face to face as it's going to get. So are you serious about the lawsuit? You can't be right. There's no way you are.

**DMA**: Dude. You know, I don't know. I actually did talk to my attorney about it and, uh, And I just brought it up to him and he said, well, we need to get his last name so we can do a cease and desist. And I was like, OK, that's that's fine. And, you know, I don't know. I haven't really been talking to him about it. So he said, we need to get your last name. And. That's the last I heard. I don't think I'm really going to pursue it. Like you said, you only sold two shirts, and it was me and you. We're the only ones who bought it.

**Frauditor**: You're better off to ask for a refund, but I don't think I would qualify because you're a satisfied customer.

**DMA**: Dude, I'm a satisfied customer, man, yeah.

**Frauditor**: That's awesome. That's going in my intro for sure.

**DMA**: Yeah, dude, you know what? I kind of lost my ways a little bit because I preach a lot on my spiritual channel that what you resist persists, right? And that fighting for peace is like shouting for silence so. As far as going against you and being like, oh, I'm going to sue you and all that kind of stuff, that's just perpetuating it and making everything worse, I feel like, so I don't have any problem with what you guys do. You guys do your own thing. You guys have your own followers that disagree with what we do, and that's fine. I don't have anything against you guys. You guys do what you do, and I do what I do so."

4. **Email from Plaintiff Denver Metro Audits (Christopher J. Cordova) sent after participating on Counterclaimant's livestream panel**

