# EXHIBIT C



## hey



**Frauditor Troll** <frauditortroll@gmail.com>
to Denver

By the way,

Were good, you got lied to and you ran with it. You made a mistake, I made my livestream and we are back to where we were. I really hope that you won't be doxing regular free americans in the future.

Josh

