# EXHIBIT D



Hi Frauditor Troll,

Due to a copyright takedown notice that we received, we had to take down the following videos from YouTube:

**Video title:** Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)
**Video url:** https://www.youtube.com/watch?v=l-J8sdKZ504
**Contact info:** denvermetroaudits@gmail.com
**Takedown issued by:** Denver Metro Audits

**Video title:** Frauditors Ejected from Federal Courthouse (NEW)
**Video url:** https://www.youtube.com/watch?v=eVe4eoOzPvc
**Contact info:** denvermetroaudits@gmail.com
**Takedown issued by:** Denver Metro Audits

This means that your video can no longer be played on YouTube.

## You received a copyright strike

You now have **1 copyright strike**. If you get multiple copyright strikes, we'll have to disable your account. To prevent that from happening, please don't upload videos containing copyrighted content that you aren't allowed to use.

**VIEW DETAILS**

**Video title:** Frauditor gets DRAGGED OUT of Prison Property
**Video url:** https://www.youtube.com/watch?v=yG-EifjgMiY
**Content used:** Assaulted by TYRANTS ⚠️❌🤬 HMP Springhill
**Content found during:** 0:09:48 – 0:12:14
**Removal request issued by:** DJE Media
**Contact info:** channah999999@gmail.com

**Video title:** Frauditor DMA gets Camera TOUCHED and CRIES A RIVER
**Video url:** https://www.youtube.com/watch?v=rSUT6MDdfoo
**Content used:** ANGRY MOB AT BELMAR LIBRARY!!! "CALL 911!" Cops don't show up
**Content found during:** 0:35:01 – 0:41:18
**Removal request issued by:** Denver Metro Audits
**Contact info:** denvermetroaudits@gmail.com

This means that your video can no longer be viewed on YouTube.

## You received a copyright strike

You now have **2 copyright strikes**. If you get one more *copyright strike*, we'll have to terminate your channel. To prevent that from happening, please don't upload videos containing copyrighted content that you aren't allowed to use.

[ VIEW DETAILS ]

## How we process requests to remove content

We use a combination of *automated systems and human reviews* to process removal requests.