# EXHIBIT E

| | | | |
|---|---|---|---|
| ☐ ★ YouTube Copyright | Inbox | Re: [GTQISIHXYE47KEOPLBHKJXX6TI] New Copyright Counter-Notification - Dear Frauditor Troll, In accordance with the Digital Millennium Copyright Act, we've completed processing your counter notification. The following ... | 7/20/23 |
| ☐ ★ YouTube Copyright | Inbox | Re: [LBIDGSX3LYGANOUCBF4RVNTJBM] New Copyright Counter-Notification - Dear Frauditor Troll, In accordance with the Digital Millennium Copyright Act, we've completed processing your counter notification. The followi... | 7/20/23 |
| ☐ ★ YouTube Copyright | Inbox | Re: [PU64I5TWCTGTY23Q24UHRP72EM] New Copyright Counter-Notification - Dear Frauditor Troll, In accordance with the Digital Millennium Copyright Act, we've completed processing your counter notification. The followi... | 7/20/23 |
| ☐ ★ YouTube Copyright | Inbox | Re: [D4NL64BYRBYVHPIFZGOMFRUSJM] New Copyright Counter-Notification - Dear Frauditor Troll, In accordance with the Digital Millennium Copyright Act, we've completed processing your counter notification. The followi... | 7/20/23 |
| ☐ ★ YouTube Copyright | Inbox | Re: [L4GTH7SC6LSDF57R4XJIZWHLIM] New Copyright Counter-Notification - Dear Frauditor Troll, In accordance with the Digital Millennium Copyright Act, we've completed processing your counter notification. The followin... | 7/20/23 |
| ☐ ★ YouTube Copyright | Inbox | Re: [53SJHVRMNELDUZRYH67KLKRTU] New Copyright Counter-Notification - Dear Frauditor Troll, In accordance with the Digital Millennium Copyright Act, we've completed processing your counter notification. The followin... | 7/20/23 |
| ☐ ★ YouTube Copyright | Inbox | Re: [A6XYHLEJV4JPMNBTGLYCH36FRA] New Copyright Counter-Notification - Dear Frauditor Troll, In accordance with the Digital Millennium Copyright Act, we've completed processing your counter notification. The followi... | 7/20/23 |