# EXHIBIT F









