# EXHIBIT G

1. **Representative sponsorship and partnership communications existing at the time of the takedowns.**

