UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN HUNEAULT, et al.,<br><br>Defendants. | Case No.  25-cv-04685-VKD<br><br>**ORDER FOR CLARIFICATION RE DEFENDANTS' ANSWER AND MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 43, 57 |

On January 6, 2026, all defendants, Jonathan Hudon-Huneault, Nneka Ohiri, and 14693663 Canada Inc. ("Canada Inc."), filed an answer to the operative complaint asserting various objections and defenses. Dkt. No. 57. There is a pending motion to dismiss brought by two defendants, Mr. Huneault and Canada Inc., that asserts some of the same objections and defenses. Dkt. No. 43.

By **January 7, 2026, 4:00 p.m.**, defendants shall jointly file a statement clarifying whether Mr. Huneault and Canada Inc. withdraw the pending motion to dismiss, in whole or in part, and intend to rely instead on the answer recently filed on their behalf.

**IT IS SO ORDERED.**

Dated: January 6, 2026

Virginia K. DeMarchi
United States Magistrate Judge