Steven C. Vondran, Esq. [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Sansome St #3500,
San Francisco, California 94104
Telephone: (877) 276-5084
E-mail: steve@vondranlegal.com

Attorney for Defendants and Counterclaimants: JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, and 14693663 CANADA INC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J CORDOVA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, and 14693663 CANADA INC.<br><br>Defendant(s) and Counterclaimant(s). | Case No. 5:25-cv-04685-VKD<br><br>**DEFENDANT'S RESPONSE TO DOCKET NUMBER 59** |

**To the Court and all parties:** The motion to dismiss causes of action 2, 3 and 4 were filed by Defendant Jonathan Huneault and his Canadian corporation, with the understanding that it was to include his wife as well - which Plaintiff disputes (the motion was taken under submission) but has not yet been ruled on.

There was no challenge to the first cause of action for copyright infringement for any of the defendants as the court appeared disinclined to resolve the copyright infringement claim on motion to dismiss, so the answer and counterclaim were filed on behalf of all defendants to avoid a potential default (two previous defaults were filed by Defendant without notice), and even if causes of action 2, 3 and 4, or any combination are dismissed, the answer and counterclaim should still stand for all defendants.

To Clarify, the existing motion to dismiss will stay on calendar until ruled on.

Respectfully Submitted,

DATED: January 7, 2026        **THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.**


By: /s/ Steven C. Vondran, Esq.
Steven C. Vondran, [SBN 232337]
*Attorney for Defendants and Counterclaimants*
JONATHAN HUDON-HUNEAULT;
NNEKA OHIRI AND 14693663 CANADA INC.
One Sansome Street, Sansome St #3500,
San Francisco, California 94104
Telephone: (877) 276-5084
E-mail:  steve@vondranlegal.com

## CERTIFICATE OF SERVICE

**I served this document as follows on January 7, 2026:**

__xx__   **ELECTRONIC FILING:** I filed the above-described document(s) electronically through the Court's ECF filing system to all registered users.

**SERVICE LIST**

RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

     I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on January 7, 2026.

                                        /s/ Lisa Vondran
                                        Lisa Vondran, legal assistant