UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J CORDOVA, an individual, | Case No. 5:25-cv-04685-VKD |
| Plaintiff, | |
| vs. | Honorable Judge Virginia K. DeMarchi |
| JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, and 14693663 CANADA INC. | **PROPOSED ORDER REGARDING VOLUNTARY DISMISSAL OF THIRD CAUSE OF ACTION FOR INTENTIONAL TORTIOUS INTERFERENCE.** |
| Defendant(s) and Counterclaimant(s). | |

1

[proposed] ORDER

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

The Court, having reviewed Plaintiff's Motion for Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), and finding good cause therefor, hereby ORDERS as follows:

1. Plaintiff's Motion for Voluntary Dismissal is **GRANTED**.

2. The following claims are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2):

   *[Third cause of action for Tortious interference with prospective business advantage]*.

3. Defendant's pending special motion to strike pursuant to California Code of Civil Procedure § 425.16 is **DENIED AS MOOT**.

4. Because the Court has not adjudicated Defendant's special motion to strike and Defendant has not obtained a ruling on the merits under California Code of Civil Procedure §425.16, Defendant is not a prevailing party for purposes of §425.16, and no attorneys' fees or costs are awarded in connection with the special motion to strike.

5. The Clerk of the Court is directed to terminate the dismissed claims and update the docket accordingly.

IT IS ORDERED

DATED:

_____
JUDGE OF THE NORTHERN DISTRICT
FEDERAL COURT