RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,<br><br>    Defendants. | Case No. 25-cv-04685-VKD<br><br>**HON. VIRGINIA K. DEMARCHI**<br><br>**DECLARATION OF RANDALL S. NEWMAN IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND CASE MANAGEMENT ORDER AND EXTEND DEADLINE TO AMEND PLEADINGS**<br><br>**HEARING:**<br>Date: March 31, 2026<br>Time: 10:00 a.m.<br>Place: 280 South 1st St.<br>Courtroom 2 (5th Floor)<br>San Jose, CA 95113 |

**Declaration of Randall S. Newman in Support of Motion to Amend Case Management Order**

**DECLARATION OF RANDALL S. NEWMAN**

I, Randall S. Newman, hereby declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and am the attorney for Plaintiff Christopher J. Cordova ("Plaintiff"). Unless otherwise stated, I have personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2. Plaintiff originally commenced this action against Defendant Jonathan Hudon-Huneault ("Huneault") in connection with the YouTube channel located at https://www.youtube.com/@frauditortroll (the "Frauditor Troll Channel"). (ECF No. 1).

3. Shortly after the action was commenced, Huneault deleted more than 1,700 videos from the Frauditor Troll Channel. *See* Motion for Preservation Order (ECF No. 8).

4. After Huneault deleted the 1,700+ videos from the Frauditor Troll Channel, Plaintiff was under the impression that Huneault deleted all of the videos that incorporated Plaintiff's footage.

5. However, in October 2025, I discovered a video titled *Frauditors Ejected from Federal Courthouse (NEW)* on the Frauditor Troll Channel. That video incorporates a substantial amount of footage from Plaintiff's video titled *FEDERAL COURTHOUSE FAIL!!! Threatened with arrest for recording and not one officer identifies!* ("*Courthouse Fail*").

6. I was not aware of that video previously because the title does not include Plaintiff's channel.

7. On October 15, 2025, Plaintiff filed a registration application for the *Courthouse Fail* video with the U.S. Copyright Office, Case No. 1-15021917531. A copy of the U.S. Copyright Office's Electronic Copyright Office page showing the pending registration is attached hereto as Exhibit "A".

8. Plaintiff did not pay the $800 expedited filing fee because at the time he filed the application for *Courthouse Fail*, the U.S Copyright Office was issuing registrations in

approximately sixty days. This information was based on registration applications Plaintiff filed for the *Belmar Library* video in June 2025 as well as other registrations (not at issue in this matter) that he filed in August 2025.

9. At the Initial Scheduling Conference on November 4, 2025, the Court proposed a date of February 2, 2026 for amending the pleadings. Based on the sixty-day processing time Plaintiff had experienced in his prior 2025 copyright registrations, Plaintiff believed that the registration for *Courthouse Fail* would issue in December 2025 so a February 2, 2026 date seemed well within the time needed to amend.

10. However, as of today, the U.S. Copyright Office has not issued the registration for *Courthouse Fail* nor have they requested any additional information related to the registration. As a result, registration for *Courthouse Fail* should issue any day. Once issued, Plaintiff intends to amend the operative complaint to add a claim for infringement and injunctive relief as to the video that is currently live on the Frauditor Troll Channel.

11. On January 26, 2026, I emailed Defendants' counsel and asked whether Defendants would stipulate to a limited amendment of the Case Management Order, and Defendants refused to stipulate, stating, "[h]ad you filed for expedited registration there would be no issues. We will oppose."

12. As of the filing of this Motion, Defendants have produced no documents in response to Plaintiff's November 2025 Requests for Production, and no depositions have taken place. Discovery remains in its early stages.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of January, 2026.

s/ Randall S. Newman
Randall S. Newman

1/27/26, 2:16 PM                                                                                                   All Cases

Home | | My Profile | Help | Contact Us | Log Out |

**Check Registration Case Status**
- Open Cases
- Working Cases
- All Cases
- My Company's Cases
- Status Definitions
- Search My Cases
- My Applications
- My Company's Applications

**Electronic Copyright Office (eCO)**

**Welcome, Christopher!**

**Copyright Registration**

**Register a Work**
Standard Application
   This Application may NOT be used to submit "Unpublished Collections." You must select "Register a Group of Unpublished Works" below to register multiple unpublished works

- Please disable your browser's pop-up blocker
- What's new in eCO?
- For copyright registration information, instructions, helpful tips and FAQs, click here
- If you received a Notice for Mandatory Deposit for an electronic work and need more information or help, click here

**Other Registration Options**
   Note: Restrictions Apply
- Register Certain Groups of Published Works
- Register a Group of Photographs
- Register a Group of Unpublished Works
- Register One Work by One Author
- Correct or Amplify an Existing Registration

**Open Cases**

| Case # | Status | Opened | Title of Work | Vol/Num/Issue | Month Year | Type of Work | Appl. Format | Appl. Form | Fee Paid | Upload Status | Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-15021917531 | Open | 10/15/2025 | FEDERAL COURTHOUSE FAIL!!! Threatened with arrest for recording and not one officer identifies! | | | Motion Picture/AV Work | Standard | | $65.00 | Complete | |

**Other Services**
   Note: Substantial Fees Required
- Preregistration of Certain Types of Work

**Miscellaneous**
- Use an Existing Template
- Organization/Deposit Account

**Additional Copyright Services**
Access Copyright Office Information
- Ask a Question
- Read Circulars
- Search Online Records

***eCO information***

The eCO system will be offline for maintenance on Saturday, January 31 from 7:00 AM to Noon and again from 6:00 PM until 6:00 AM on Sunday, February 1.

IMPORTANT NOTE: You may register up to 10 unpublished works on the same application. To do so, YOU MUST SELECT the link for "Register a Group of Unpublished Works." Click here if you need help finding this link. Click here to watch a video that provides step-by-step instructions for completing the application for a "Group of Unpublished Works."

The "Standard Application" MAY NOT BE USED to register a "collection" of unpublished works. If you submit 2 or more unpublished works on the "Standard Application" the Copyright Office may register only 1 of your works and remove the remaining works from the claim. To register those works you will need to resubmit them using an appropriate application form.

The eCO Registration System will be offline every weekend from 10:00 PM Saturday until 6:00 AM Sunday (Eastern Time) for scheduled maintenance.

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

https://eservice.eco.loc.gov/siebel/app/eservice/enu?SWECmd=GotoView&SWEView=LC+All+Service+Request+List+View+(eService)&SWERF=1&S…   1/1