```
RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net
```

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,<br><br>    Defendants. | Case No. 25-cv-04685-VKD<br><br>**HON. VIRGINIA K. DEMARCHI**<br><br>**PLAINTIFF'S ADMINISTRATIVE REQUEST FOR REMOTE APPEARANCE PURSUANT TO CIVIL LOCAL RULE 7-11**<br><br>**HEARING:**<br>Date: February 17, 2026<br>Time: 10:00 a.m.<br>Place: 280 South 1st St.<br>Courtroom 2 (5th Floor)<br>San Jose, CA 95113 |

1

**PLAINTIFF'S ADMINISTRATIVE REQUEST FOR REMOTE APPEARANCE**

1  Pursuant to Local Rule 7-11, Plaintiff Christopher J. Cordova ("Plaintiff") requests permission for his counsel, Randall S. Newman, Esq. to appear via Zoom at the hearing on Plaintiff's Special Motion to Strike Count Three of Defendants' Counterclaims (ECF No. 61) currently scheduled for February 17, 2026 at 10:00 a.m. This request is made on the following grounds:

1. Plaintiff's counsel is located thousands of miles from the Court's location in San Jose, California.

2. Requiring in-person attendance would be inefficient and unnecessary given the distance involved and the nature of the hearing.

3. Plaintiff's counsel therefore respectfully requests leave to appear remotely by Zoom at the February 17, 2026 hearing.

4. Plaintiff's counsel conferred with Defendants' counsel regarding a joint request for remote appearance. Defendants' counsel declined to join in a stipulation limited to remote appearance.

5. This request is limited solely to the manner of appearance and does not address the merits or procedural status of the Special Motion to Strike.

Dated: February 2, 2026

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Christopher J. Cordova*

**PLAINTIFF'S ADMINISTRATIVE REQUEST FOR REMOTE APPEARANCE**