Steven C. Vondran, [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Sansome St #3500,
San Francisco, California 94104
Telephone: (877) 276-5084
steve@vondranlegal.com

Attorney for Defendants and Counterclaimants: JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, and 14693663 CANADA INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>    Plaintiff,<br><br>vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,<br><br>    Defendants. | Case No. 25-cv-04685-VKD<br><br>HON. VIRGINIA K. DEMARCHI<br><br>**DEFENDANT'S REQUEST FOR ZOOM/TELEPHONIC APPEARANCE**<br><br>**HEARING:**<br>Date: February 17, 2026<br>Time: 10:00 a.m.<br>Place: 280 South 1st St.<br>Courtroom 2 (5th Floor)<br>San Jose, CA 95113 |

DEFENDANTS REQUEST FOR TELEPHONIC APPEARANCE

## TO THE COURT AND ALL ATTORNEYS OF RECORD, COMES NOW DEFENDANTS REQUESTING TELEPHONIC APPEARANCE AT THE UPCOMING HEARING.

WHEREAS, the Court has scheduled a hearing on February 17, 2026, at 10:00 a.m. regarding Plaintiff's pending Special Motion to Strike Count Three of Defendants' Counterclaims; (NOTE: Immediately upon learning of their incorrect legal position Defendants immediately dismissed Count three for Tortious interference with prospective business relation realizing the copyright pre-emption concern and evaluating Plaintiff's other contentions). Defendants believe the hearing is essentially moot but will abide by any court decision to move forward with the hearing, respectfully.

WHEREAS Undersigned Counsel for is currently located in Arizona, and Plaintiff counsel is believed located in New York, and thus the parties are in multiple jurisdictions. Requiring in-person appearance would impose unnecessary travel expense and logistical burden without providing any real corresponding benefit to the Court or Client; and

WHEREAS the issues to be addressed at the upcoming hearing, do not require witness testimony, and can be fully and efficiently presented via remote appearance; and

WHEREAS, allowing a remote appearance will promote judicial economy, reduce costs, and conserve party and Court resources; and WHEREAS, this request is made in good faith and for no improper purpose and no party will be prejudiced by permitting remote appearance.

NOW THEREFORE, Defendants seek and request the Court's approval, that:

1. **Counsel for the Defendants be permitted to appear remotely by Zoom or Telephonic appearance at the scheduled hearing.**

RESPECTFULLY SUBMITTED

DATED: February 2nd, 2026

**THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.**

By: /s/ Steven C. Vondran, Esq.

Steven C. Vondran, [SBN 232337]
  *Attorney for Defendants and Counterclaimants*

JONATHAN HUDON-HUNEAULT; NNEKA OHIRI AND 14693663 CANADA INC.
One Sansome Street, Sansome St #3500, San Francisco, California 94104
Telephone: (877) 276-5084
E-mail: steve@vondranlegal.com

## **ECF CERTIFICATION**

This request for zoom appearance has been filed through the Court's ECF system to all registered users. The foregoing is true and accurate under the law of perjury of the United States of America.

Dated: February 2, 2026              /s/ Lisa Vondran
                                     Lisa Vondran, Legal Assistant

**[PROPOSED] ORDER**

Having reviewed the above REQUEST AND GOOD CAUSE APPEARING, IT IS SO ORDERED that Defendant may appear at the hearing set forth above by Zoom/Telephonic appearance.
.
IT IS SO ORDERED.

Dated:_____

                                      HONORABLE VIRGINIA K. DEMARCHI,
                                      UNITED STATES MAGISTRATE JUDGE