UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER J. CORDOVA,

Plaintiff,

v.

JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,

Defendant.

Case No. 5:25-cv-04685

**MOTION TO SUBSTITUTE LAW FIRM;** ~~PROPOSED~~ **ORDER**

Re: Dkt. No. 71

On behalf of (party name) JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC., the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Simon Pak Hei Lin of Evolink Law Group

Name(s) of counsel withdrawing from representation and firm name:

Steven C. Vondran of The Law Offices of Steven C. Vondran, PC

Date: February 3, 2026

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: February 3, 2026

*Virginia K. DeMarchi*
~~UNITED STATES DISTRICT/MAGISTRATE JUDGE~~
VIRGINIA K. DEMARCHI
UNITED STATES MAGISTRATE JUDGE