Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666
F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendants Jonathan Hudon-Huneault,
Nneka Ohiri, and 14693663 Canada Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA, <br><br> Plaintiff, <br><br> vs. <br><br> JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC., <br><br> Defendants. | Case Number: 5:25-cv-04685-VKD <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION (A) ENLARGING TIME FOR RESPONSE PAPERS FOR ECF Nos: 64 and 66; and (B) TO CONTINUE HEARING DATES FOR ECF Nos: 64 and 61** <br><br> **Judge:** Magistrate Judge Virginia K. Demarchi <br> **Complaint Filed**: June 3, 2025 <br> **Trial Date**: February 1-2, 2027 (Bench Trial) |

Defendants JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC. filed, pursuant to Civil Local Rule 7-11, a Motion to enlarging time for response papers for ECF Nos: 64 and 66; and (b) to continue hearing dates for ECF Nos: 64 and 61. The Court, having read and considered the moving and responding papers and all supporting evidence, determines that Defendants' Motion is GRANTED.

IT IS HEREBY ORDERED THAT:

1

**[PROPOSED] ORDER**

1. The Defendants' response papers for ECF Nos. 64 and 66 are enlarged to February 20, 2026

2. The hearing of the motions for ECF Nos. 64 and 61 are continued to March 31, 2026, the same day on the calendar for ECF No. 66.

IT IS SO ORDERED.

Dated: _____

                                                VIRGINIA K. DEMARCHI
                                                Magistrate Judge

**[PROPOSED] ORDER**