UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN HUNEAULT, et al.,<br><br>Defendants. | Case No.  25-cv-04685-VKD<br><br>**ORDER DIRECTING PLAINTIFF TO RESPOND TO ADMINISTRATIVE MOTION TO ENLARGE BRIEFING TIME AND TO CONTINUE HEARING DATES**<br><br>Re: Dkt. No. 73 |

On February 3, 2026, defendants Jonathan Huneault, Nneka Ohiri, and 14693663 Canada Inc. filed an administrative motion asking to (1) extend the time for briefing on plaintiff's motion to dismiss counterclaims (Dkt. No. 64) and plaintiff's motion to amend the case management order (Dkt. No. 66), and (2) continue the February 17, 2026 hearing on plaintiff's motion to strike (Dkt. No. 61) and the March 3, 2026 hearing on plaintiff's motion to dismiss counterclaims.  Dkt. No. 73.  The Court has since vacated the February 17, 2026 hearing on plaintiff's motion to strike. Dkt. No. 74.

If plaintiff Christopher J. Cordova wishes to have his position regarding the administrative motion to extend time for briefing and to continue the March 3, 2026 hearing considered by the Court, his response must be filed by **February 6, 2026, 10:00 a.m.**  Mr. Cordova's response may not exceed five pages.

Meanwhile, the Court provisionally extends defendants' deadline to file their opposition to plaintiff's motion to dismiss counterclaims to **February 9, 2026**.

//

//

**IT IS SO ORDERED.**

Dated: February 4, 2026

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge