RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,<br><br>　　　　Defendants. | Case No. 25-cv-04685-VKD<br><br>**HON. VIRGINIA K. DEMARCHI**<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION** |

Pursuant to Local Rule 7-11 and the Court's February 4, 2026 Order (ECF No. 75), Plaintiff Christopher J. Cordova ("Plaintiff") submits this response to Defendants' administrative motion. (ECF No. 73). Plaintiff submits this response in light of the Court's February 3, 2026 Order vacating the February 17, 2026 hearing (ECF No. 74) and the Court's Order provisionally extending Defendants' opposition deadline, and does not oppose reasonable, limited extensions related to Defendants' recent substitution of counsel. However, Plaintiff respectfully submits that the specific relief requested is overbroad and would impose unnecessary and avoidable scheduling burdens on Plaintiff without a corresponding need.

## I.   PLAINTIFF AGREES TO REASONABLE EXTENSIONS OF BRIEFING DEADLINES

Plaintiff does not oppose extending Defendants' opposition deadline for Plaintiff's Motion to Dismiss Counts One and Two of Defendants' Counterclaims (ECF No. 64) to February 20, 2026. Plaintiff has previously indicated agreement to that extension.

Plaintiff also does not oppose a reasonable extension of Defendants' opposition deadline for Plaintiff's Motion to Amend the Case Management Order (ECF No. 66). However, Plaintiff respectfully objects to aligning both opposition deadlines on the same date.

If both oppositions are due on February 20 as Defendants requested, Plaintiff would be required to prepare and file two substantive reply briefs within the same seven-day period, creating an asymmetrical and unnecessary compression of Plaintiff's reply deadlines. The two motions raise different issues and were originally staggered on the docket for good reason.

To balance the parties' respective needs while accommodating new counsel, Plaintiff proposes the following schedule, which fully accommodates Defendants' stated need for additional time:

1.   ECF No. 64 (Motion to Dismiss Counterclaims): Defendants' opposition due February 20, 2026; Plaintiff's reply due February 27, 2026.

2. ECF No. 66 (Motion to Amend Case Management Order): Defendants' opposition due March 3, 2026; Plaintiff's reply due March 10, 2026.

This modest staggering avoids unnecessary deadline congestion, preserves fairness in reply briefing, and fully accommodates Defendants' need for additional time.

## II.  A FOUR-WEEK CONTINUANCE OF THE MOTION TO DISMISS HEARING IS UNNECESSARY

Defendants also seek to continue the March 3, 2026 hearing on Plaintiff's Motion to Dismiss Counterclaims to March 31, 2026. Plaintiff respectfully submits that such a four-week continuance is not necessary.

Defendants' request is premised on scheduling availability rather than any substantive need for oral argument. Defendants' request extends well beyond the time necessary to accommodate substitution of counsel and instead seeks wholesale calendar realignment untethered to any demonstrated prejudice. Moreover, based on the Court's prior handling of motions in this case, it is likely that the motion will be resolved on the papers, regardless of the hearing date.

If the Court determines that a continuance is appropriate, Plaintiff respectfully submits that a short continuance, or taking the motion under submission without oral argument, would adequately address any scheduling concerns without delaying resolution for nearly a month.

## III.  CONCLUSION

Plaintiff respectfully requests that the Court:

1. Grant Defendants' request to extend the opposition deadline for ECF No. 64 to February 20, 2026;

2. Grant an extension for ECF No. 66 to March 3, 2026, rather than aligning both deadlines on February 20, 2026; and

3. Deny Defendants' request to continue the March 3, 2026 hearing on ECF No. 64 to March 31, 2026, or alternatively take the motion under submission without oral argument or grant only a brief continuance.

| | |
|---|---|
| Dated: February 5, 2026 | /s/ Randall S. Newman |
| | Randall S. Newman, Esq. (SBN 190547) |
| | 99 Wall Street, Suite 3727 |
| | New York, NY 10005 |
| | (212) 797-3735 |
| | rsn@randallnewman.net |
| | |
| | *Attorney for Plaintiff,* |
| | *Christopher J. Cordova* |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' ADMINISTRATIVE MOTION**