UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN HUNEAULT, et al.,<br><br>Defendants. | Case No. 25-cv-04685-VKD<br><br>**ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO ENLARGE BRIEFING TIME AND TO CONTINUE HEARING DATES**<br><br>Re: Dkt. No. 73 |

On February 3, 2026, defendants Jonathan Huneault, Nneka Ohiri, and 14693663 Canada Inc. filed an administrative motion asking to (1) extend the time for briefing on plaintiff's motion to dismiss counterclaims (Dkt. No. 64) and plaintiff's motion to amend the case management order (Dkt. No. 66), and (2) continue the February 17, 2026 hearing on plaintiff's motion to strike (Dkt. No. 61) and the March 3, 2026 hearing on plaintiff's motion to dismiss counterclaims. Dkt. No. 73. The Court has since vacated the February 17, 2026 hearing on plaintiff's motion to strike. Dkt. No. 74. On February 5, 2026, plaintiff Christopher J. Cordova filed a response to the administrative motion. Dkt. No. 76.

The Court grants the administrative motion with modifications, as follows:

1. **Dkt. No. 64:** Defendants' deadline to file an opposition to plaintiff's motion to dismiss counterclaims is extended to **February 20, 2026**. Plaintiff's reply is due **February 27, 2026**. The Court vacates the March 3, 2026 hearing and will decide the motion on the papers.

2. **Dkt. No. 66:** Defendants' deadline to file an opposition to plaintiff's motion to amend the case management order is extended to **March 3, 2026**. Plaintiff's reply is due

**March 10, 2026**.  The hearing on plaintiff's motion to amend the case management order will be held on **March 31, 2026 at 1:30 p.m. by Zoom videoconference**.

**IT IS SO ORDERED.**

Dated: February 6, 2026

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge