Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666; F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendants Jonathan Hudon-Huneault,*
*Nneka Ohiri, and 14693663 Canada Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JONATHAN HUDON-HUNEAULT,<br>NNEKA OHIRI, 14693663 CANADA INC.,<br><br>        Defendants. | Case Number: 5:25-cv-04685-VKD<br><br>**DECLARATION OF SIMON LIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM (DKT. NO: 64)**<br><br>**Judge:** Magistrate Judge Virginia K. Demarchi<br>**Complaint Filed**: June 3, 2025<br>**Trial Date**: February 1-2, 2027 (Bench Trial) |

I, Simon Lin, do hereby declare as follows:

1.      I am an attorney at law and counsel of record for the Defendants JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I make this Declaration in support of Defendants' Opposition To Plaintiff's Motion To Dismiss Counterclaim (Dkt. No: 64). I have personal knowledge of the facts set forth in this Declaration, gained in my capacity as counsel for Defendants, and, if called as a witness, could and would testify competently to such facts under oath.

2.      A true, complete, and correct copy of YouTube's Terms of Service, printed on February 20, 2026, from https://www.youtube.com/t/terms?hl=en&override_hl=1 is attached to this declaration as **Exhibit A**.

3.      A true, complete, and correct copy of YouTube's DMCA takedown form, printed on February 20, 2026, from https://www.youtube.com/copyright_complaint_form?contact_type=hc is attached to this declaration as **Exhibit B**.

4.      A true, complete, and correct copy of YouTube's page describing the DMCA counternotice form, printed on February 20, 2026, from https://support.google.com/youtube/answer/2807684?hl=en is attached to this declaration as **Exhibit C**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 20, 2026 in the District of North Vancouver, Province of British Columbia, Canada.

_____

Simon Lin

# EXHIBIT A



# Terms of Service

**Terms of Service**

Paid Service Terms of Service

Paid Service Usage Rules

Collecting Society Notices

Copyright Notices

Community Guidelines

View the Terms of Service in other languages: Français (Canada) and English

## What's in these terms?

This index is designed to help you understand some of the key updates we've made to our Terms of Service (Terms). We hope this serves as a useful guide, but please ensure you read the Terms in full.

### Welcome to YouTube!

This section outlines our relationship with you. It includes a description of the Service, defines our Agreement, and names your service provider.

### Who May Use the Service?

This section sets out certain requirements for use of the Service, and defines categories of users.

### Your Use of the Service

This section explains your rights to use the Service, and the conditions that apply to your use of the Service. It also explains how we may make changes to the Service.

### Your Content and Conduct

This section applies to users who provide Content to the Service. It defines the scope of the permissions that you grant by uploading your Content, and includes your agreement not to upload anything that infringes on anyone else's rights.

### Account Suspension and Termination

This section explains how you and YouTube may terminate this relationship.

### About Software in the Service

This section includes details about software on the Service.

### Other Legal Terms

This section includes our service commitment to you. It also explains that there are some things we will not be responsible for.

### About this Agreement

This section includes some further important details about our contract, including what to expect if we need to make changes to these Terms; or which law applies to them.

# Terms of Service

Dated: January 5, 2022

# TERMS OF SERVICE

# Welcome to YouTube!

**Introduction**
Thank you for using the YouTube platform and the products, services and features we make available to you as part of the platform (collectively, the "Service").

**Our Service**

The Service allows you to discover, watch and share videos and other content, provides a forum for people to connect, inform, and inspire others across the globe, and acts as a

distribution platform for original content creators and advertisers large and small. We provide lots of information about our products and how to use them in our Help Center. Among other things, you can find out about YouTube Kids, the YouTube Partner Program and YouTube Paid Memberships and Purchases (where available). You can also read all about enjoying content on other devices like your television, your games console, or Google Home.

**Your Service Provider**

The entity providing the Service is Google LLC, a company operating under the laws of Delaware, located at 1600 Amphitheatre Parkway, Mountain View, CA 94043 (referred to as "**YouTube**", "**we**", "**us**", or "**our**"). References to YouTube's "Affiliates" in these terms means the other companies within the Alphabet Inc. corporate group (now or in the future).

**Applicable Terms**

Your use of the Service is subject to these terms, the YouTube Community Guidelines and the Policy, Safety and Copyright Policies which may be updated from time to time (together, this "Agreement"). Your Agreement with us will also include the Advertising on YouTube Policies if you provide advertising or sponsorships to the Service or incorporate paid promotions in your content. Any other links or references provided in these terms are for informational use only and are not part of the Agreement.

Please read this Agreement carefully and make sure you understand it. If you do not understand the Agreement, or do not accept any part of it, then you may not use the Service.

# Who may use the Service?

**Age Requirements**
You must be at least 13 years old to use the Service; however, children of all ages may use the Service and YouTube Kids (where available) if enabled by a parent or legal guardian.

**Permission by Parent or Guardian**

If you are under 18, you represent that you have your parent or guardian's permission to use the Service. Please have them read this Agreement with you.

If you are a parent or legal guardian of a user under the age of 18, by allowing your child to use the Service, you are subject to the terms of this Agreement and responsible for your child's activity on the Service. You can find tools and resources to help you manage your family's experience on YouTube (including how to enable a child under the age of 13 to use the Service and YouTube Kids) in our Help Center and through Google's Family Link.

**Businesses**
If you are using the Service on behalf of a company or organisation, you represent that you have authority to act on behalf of that entity, and that such entity accepts this Agreement.

# Your Use of the Service

**Content on the Service**
The content on the Service includes videos, audio (for example music and other sounds), graphics, photos, text (such as comments and scripts), branding (including trade names, trademarks, service marks, or logos), interactive features, software, metrics, and other materials whether provided by you, YouTube or a third-party (collectively, "Content").

Content is the responsibility of the person or entity that provides it to the Service. YouTube is under no obligation to host or serve Content. If you see any Content you believe does not comply with this Agreement, including by violating the Community Guidelines or the law, you can report it to us.

**Google Accounts and YouTube Channels**
You can use parts of the Service, such as browsing and

searching for Content, without having a Google account. However, you do need a Google account to use some features. With a Google account, you may be able to like videos, subscribe to channels, create your own YouTube channel, and more. You can follow these instructions to create a Google account.

Creating a YouTube channel will give you access to additional features and functions, such as uploading videos, making comments or creating playlists (where available). Here are some details about how to create your own YouTube channel.

To protect your Google account, keep your password confidential. You should not reuse your Google account password on third-party applications. Learn more about keeping your Google account secure, including what to do if you learn of any unauthorised use of your password or Google account.

**Your Information**

Our Privacy Policy explains how we treat your personal data and protect your privacy when you use the Service. The YouTube Kids Privacy Notice provides additional information about our privacy practices that are specific to YouTube Kids.

We will process any audio or audiovisual content uploaded by you to the Service in accordance with the YouTube Data Processing Terms, except in cases where you uploaded such content for personal purposes or household activities. Learn More.

**Permissions and Restrictions**

You may access and use the Service as made available to you, as long as you comply with this Agreement and applicable law. You may view or listen to Content for your personal, non-commercial use. You may also show YouTube videos through the embeddable YouTube player.

The following restrictions apply to your use of the Service. You are not allowed to:

1. access, reproduce, download, distribute, transmit, broadcast, display, sell, license, alter, modify or otherwise use any part of the Service or any Content except: (a) as expressly authorized by the Service; or (b) with prior written permission from YouTube and, if applicable, the respective rights holders;

2. circumvent, disable, fraudulently engage with, or otherwise interfere with any part of the Service (or attempt to do any of these things), including security-related features or features that (a) prevent or restrict the copying or other use of Content or (b) limit the use of the Service or Content;

3. access the Service using any automated means (such as robots, botnets or scrapers) except (a) in the case of public search engines, in accordance with YouTube's robots.txt file; or (b) with YouTube's prior written permission;

4. collect or harvest any information that might identify a person (for example, usernames or faces), unless permitted by that person or allowed under section (3) above;

5. use the Service to distribute unsolicited promotional or commercial content or other unwanted or mass solicitations;

6. cause or encourage any inaccurate measurements of genuine user engagement with the Service, including by paying people or providing them with incentives to increase a video's views, likes, or dislikes, or to increase a channel's subscribers, or otherwise manipulate metrics in any manner;

7. misuse any reporting, flagging, complaint, dispute, or appeals process, including by making groundless, vexatious, or frivolous submissions;

8. run contests on or through the Service that do not comply with YouTube's contest policies and guidelines;

9. use the Service to view or listen to Content other than for personal, non-commercial use (for example, you may not publicly screen videos or stream music from the Service); or

10. use the Service to (a) sell any advertising, sponsorships, or promotions placed on, around, or within the Service or Content, other than those allowed in the Advertising on YouTube policies (such as compliant product placements); or (b) sell advertising, sponsorships, or promotions on any page of any website or application that only contains Content from the Service or where Content from the Service is the primary basis for such sales (for example, selling ads on a webpage where YouTube videos are the main draw for users visiting the webpage).

**Reservation**

Using the Service does not give you ownership of or rights to any aspect of the Service, including user names or any other Content posted by others or YouTube.

**Develop, Improve and Update the Service**

YouTube is constantly changing and improving the Service. As part of this continual evolution, we may make modifications or changes (to all or part of the Service) such as adding or removing features and functionalities, offering new digital content or services or discontinuing old ones. We may also need to alter or discontinue the Service, or any part of it, in order to make performance or security improvements, make changes to comply with law, or prevent illegal activities on or abuse of our systems. These changes may affect all users, some users or even an individual user. When the Service requires or includes downloadable software (such as the YouTube Studio application), that software may update automatically on your device once a new version or feature is available, subject to your device settings. If we make material changes that negatively impact your use of the Service, we'll provide you with reasonable advance notice, except in urgent

situations such as preventing abuse, responding to legal
requirements, or addressing security and operability issues.
We'll also provide you with an opportunity to export your
content from your Google Account using Google Takeout,
subject to applicable law and policies.

# Your Content and Conduct

### Uploading Content

If you have a YouTube channel, you may be able to upload
Content to the Service. You may use your Content to promote
your business or artistic enterprise. If you choose to upload
Content, you must not submit to the Service any Content that
does not comply with this Agreement (including the YouTube
Community Guidelines) or the law. For example, the Content
you submit must not include third-party intellectual property
(such as copyrighted material) unless you have permission
from that party or are otherwise legally entitled to do so. You
are legally responsible for the Content you submit to the
Service. We may use automated systems that analyze your
Content to help detect infringement and abuse, such as spam,
malware, and illegal content.

### Rights you Grant

You retain ownership rights in your Content. However, we do
require you to grant certain rights to YouTube and other users
of the Service, as described below.

### License to YouTube

By providing Content to the Service, you grant to YouTube a
worldwide, non-exclusive, royalty-free, sublicensable and
transferable license to use that Content (including to
reproduce, distribute, prepare derivative works, display and
perform it) in connection with the Service and YouTube's (and
its successors' and Affiliates') business, including for the
purpose of promoting and redistributing part or all of the
Service.

**License to Other Users**

You also grant each other user of the Service a worldwide, non-exclusive, royalty-free license to access your Content through the Service, and to use that Content, including to reproduce, distribute, prepare derivative works, display, and perform it, only as enabled by a feature of the Service (such as video playback or embeds). For clarity, this license does not grant any rights or permissions for a user to make use of your Content independent of the Service.

**Duration of License**

The licenses granted by you continue for a commercially reasonable period of time after you remove or delete your Content from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted.

**Right to Monetize**

You grant to YouTube the right to monetize your Content on the Service (and such monetization may include displaying ads on or within Content or charging users a fee for access). This Agreement does not entitle you to any payments. Starting June 1, 2021, any payments you may be entitled to receive from YouTube under any other agreement between you and YouTube (including for example payments under the YouTube Partner Program, Channel memberships or Super Chat) will be treated as royalties.  If required by law, Google will withhold taxes from such payments.

**Removing Your Content**

You may remove your Content from the Service at any time. You also have the option to make a copy of your Content before removing it. You must remove your Content if you no longer have the rights required by these terms.

**Removal of Content By YouTube**

If we reasonably believe that any of your Content (1) is in breach of this Agreement or (2) may cause harm to YouTube, our users, or third parties, we reserve the right to remove or take down that Content in accordance with applicable law. We will notify you with the reason for our action unless we reasonably believe that to do so: (a) would breach the law or the direction of a legal enforcement authority or would otherwise risk legal liability for YouTube or our Affiliates; (b) would compromise an investigation or the integrity or operation of the Service; or (c) would cause harm to any user, other third party, YouTube or our Affiliates. You can learn more about reporting and enforcement, including how to appeal on the Troubleshooting page of our Help Center.

# Community Guidelines Strikes

YouTube operates a system of "strikes" in respect of Content that violates the YouTube Community Guidelines. Each strike comes with varying restrictions and may result in the permanent removal of your channel from YouTube.  A full description of how a strike affects your channel is available on the Community Guidelines Strikes Basics page. If you believe that a strike has been issued in error, you may appeal here.

If your channel has been restricted due to a strike, you must not use another channel to circumvent these restrictions. Violation of this prohibition is a material breach of this Agreement and Google reserves the right to terminate your Google account or your access to all or part of the Service.

**Copyright Protection**

We provide information to help copyright holders manage their intellectual property online in our YouTube Copyright Center. If you believe your copyright has been infringed on the Service, please send us a notice.

We respond to notices of alleged copyright infringement according to the process in our YouTube Copyright Center, where you can also find information about how to resolve a copyright strike. YouTube's policies provide for the termination, in appropriate circumstances, of repeat infringers' access to the Service.

# Account Suspension & Termination

**Terminations by You**
You may stop using the Service at any time. Follow these instructions to delete the Service from your Google Account, which involves closing your YouTube channel and removing your data. You also have the option to download a copy of your data first.

**Terminations and Suspensions by YouTube**

YouTube reserves the right to suspend or terminate your Google account or your access to all or part of the Service if (a) you materially or repeatedly breach this Agreement; (b) we are required to do so to comply with a legal requirement or a court order; or (c) we believe that there has been conduct that creates (or could create) liability or harm to any user, other third party, YouTube or our Affiliates.

**Notice for Termination or Suspension**

We will notify you with the reason for termination or suspension by YouTube unless we reasonably believe that to do so: (a) would violate the law or the direction of a legal enforcement authority; (b) would compromise an investigation; (c) would compromise the integrity, operation or security of the Service; or (d) would cause harm to any user, other third party, YouTube or our Affiliates.

**Effect of Account Suspension or Termination**

If your Google account is terminated or your access to the Service is restricted, you may continue using certain aspects

of the Service (such as viewing only) without an account, and this Agreement will continue to apply to such use. If you believe the termination or suspension has been made in error, you can appeal using this form.

## About Software in the Service

### Downloadable Software
When the Service requires or includes downloadable software (such as the YouTube Studio application), unless that software is governed by additional terms which provide a license, YouTube gives you a personal, worldwide, royalty-free, non-assignable and non-exclusive license to use the software provided to you by YouTube as part of the Service. This license is for the sole purpose of enabling you to use and enjoy the benefit of the Service as provided by YouTube, in the manner permitted by this Agreement. You are not allowed to copy, modify, distribute, sell, or lease any part of the software, or to reverse-engineer or attempt to extract the source code of that software, unless laws prohibit these restrictions or you have YouTube's written permission.

### Open Source
Some software used in our Service may be offered under an open source license that we make available to you. There may be provisions in an open source license that expressly override some of these terms, so please be sure to read those licenses.

## Other Legal Terms

### Warranty Disclaimer
OTHER THAN AS EXPRESSLY STATED IN THIS AGREEMENT OR AS REQUIRED BY LAW, THE SERVICE IS PROVIDED "AS IS" AND YOUTUBE DOES NOT MAKE ANY SPECIFIC COMMITMENTS OR WARRANTIES ABOUT THE SERVICE. FOR EXAMPLE, WE DON'T MAKE ANY WARRANTIES ABOUT: (A) THE CONTENT PROVIDED THROUGH THE SERVICE; (B) THE SPECIFIC FEATURES OF THE SERVICE, OR ITS ACCURACY, RELIABILITY, AVAILABILITY, OR ABILITY TO MEET YOUR

NEEDS; OR (C) THAT ANY CONTENT YOU SUBMIT WILL BE ACCESSIBLE ON THE SERVICE.

**Limitation of Liability**

EXCEPT AS REQUIRED BY APPLICABLE LAW, YOUTUBE, ITS AFFILIATES, OFFICERS, DIRECTORS, EMPLOYEES AND AGENTS WILL NOT BE RESPONSIBLE FOR ANY LOSS OF PROFITS, REVENUES, BUSINESS OPPORTUNITIES, GOODWILL, OR ANTICIPATED SAVINGS; LOSS OR CORRUPTION OF DATA; INDIRECT OR CONSEQUENTIAL LOSS; PUNITIVE DAMAGES CAUSED BY:

1. ERRORS, MISTAKES, OR INACCURACIES ON THE SERVICE;

2. PERSONAL INJURY OR PROPERTY DAMAGE RESULTING FROM YOUR USE OF THE SERVICE;

3. ANY UNAUTHORIZED ACCESS TO OR USE OF THE SERVICE;

4. ANY INTERRUPTION OR CESSATION OF THE SERVICE;

5. ANY VIRUSES OR MALICIOUS CODE TRANSMITTED TO OR THROUGH THE SERVICE BY ANY THIRD PARTY;

6. ANY CONTENT WHETHER SUBMITTED BY A USER OR YOUTUBE, INCLUDING YOUR USE OF CONTENT; AND/OR

7. THE REMOVAL OR UNAVAILABILITY OF ANY CONTENT.

THIS PROVISION APPLIES TO ANY CLAIM, REGARDLESS OF WHETHER THE CLAIM ASSERTED IS BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY.

YOUTUBE AND ITS AFFILIATES' TOTAL LIABILITY FOR ANY CLAIMS ARISING FROM OR RELATING TO THE SERVICE IS LIMITED TO THE GREATER OF: (A) THE AMOUNT OF REVENUE THAT YOUTUBE HAS PAID TO YOU FROM YOUR USE OF THE SERVICE IN THE 12 MONTHS BEFORE THE DATE OF YOUR NOTICE, IN WRITING TO YOUTUBE, OF THE CLAIM AND (B) USD $500.

**Indemnity**

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its Affiliates, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of this Agreement; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will survive this Agreement and your use of the Service.

**Third-Party Links**

The Service may contain links to third-party websites and online services that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, such websites and online services. Be aware when you leave the Service; we suggest you read the terms and privacy policy of each third-party website and online service that you visit.

# About this Agreement

**Changing this Agreement**

We may change this Agreement (1)to reflect changes to our Service or how we do business - for example, when we add new products or features or remove old ones, (2) for legal, regulatory, or security reasons, or (3) to prevent abuse or harm.

If we materially change this Agreement, we'll provide you with reasonable advance notice and the opportunity to review the changes, except (1) when we launch a new product or feature, or (2) in urgent situations, such as preventing ongoing abuse or responding to legal requirements. If you don't agree to the new terms, you should remove any Content you uploaded and stop using the Service.

### Continuation of this Agreement

If your use of the Service ends, the following terms of this Agreement will continue to apply to you: "Other Legal Terms", "About This Agreement", and the licenses granted by you will continue as described under "Duration of License".

### Severance

If it turns out that a particular term of this Agreement is not enforceable for any reason, this will not affect any other terms.

### No Waiver

If you fail to comply with this Agreement and we do not take immediate action, this does not mean that we are giving up any rights that we may have (such as the right to take action in the future).

### Interpretation

In these terms, "include" or "including" means "including but not limited to," and any examples we give are for illustrative purposes.

### Governing Law

All claims arising out of or relating to these terms or the Service will be governed by California law, except California's conflict of laws rules, and will be litigated exclusively in the federal or state courts of Santa Clara County, California, USA. You and YouTube consent to personal jurisdiction in those courts.

**Effective as of January 5, 2022 (view previous version)**

# EXHIBIT B

### 1. Videos requested for removal (0)

Remember that not all copyrighted content is eligible for removal. Some videos are protected by fair use and similar laws. Learn more

**+ Add a video**

---

### 2. Copyright owner

Contact information is a required element of a valid copyright takedown notification. Your physical address and phone number will remain confidential unless requested as part of a lawsuit. If YouTube is required to share any information, we will notify you before doing so. Keep in mind that copyright takedown requests may also be sent by a legal representative, but they'll have to submit the takedown request from their own account. Learn more

Affected party
**Myself**                                                    ⌄

ⓘ Affected party
Only the copyright owner or an authorized representative can submit a copyright removal request.

Copyright owner name (required)
e.g. YouTube channel name

Phone (required)
Include country code (e.g. +44)

Primary email (required)
simon.ph.lin@gmail.com

Secondary email

Relationship to copyrighted content (required)

Country (required)
Select                                                        ⌄

Street address (required)

City (required)

State or province (required)          Zip code (required)

---

### 3. Removal options

Removal timing for targeted videos

○ **Scheduled: Send a 7-day notice**
Once the request is validated, YouTube gives the uploader 7 days to remove the video and avoid a copyright strike. If they don't, the video is removed after 7 days.

○ **Standard: Request removal now**
These removals can lead to a copyright strike. YouTube processes the video removal after validating the request.

Copies ⓘ

☐ Prevent future copies of this content from appearing on YouTube
If your takedown request is valid, YouTube will try to prevent new uploads from appearing on the platform. Learn more

---

### 4. Legal agreements

☐ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

☐ The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

☐ I understand that abuse of this tool, such as submitting removal requests for content I do not own, may result in termination of my YouTube account.

Signature (required)

ⓘ Make sure your signature contains your full legal name, which is usually your first and last name as stated on a government-issued ID. YouTube won't be able to process your request without this info.

# EXHIBIT C

# Submit a copyright counter notification

A counter notification is a legal request to reinstate content that was removed due to a copyright removal request. If you believe your content was removed by mistake, you can submit a counter notification to resolve a copyright strike.

For videos, you can submit in YouTube Studio or by email, fax, or mail. For non-video content, such as channel banner images, submit by email, fax, or mail.

> **What to know before you submit:**
>
> - **When to submit:** Only submit a counter notification if you believe your content was removed due to a mistake. This includes misidentifications of content that may qualify for a copyright exception, such as fair use, fair dealing, or public domain.
> - **Other options:** If you don't believe the content removal was a mistake, you can **wait 90 days** and the copyright strike will expire, as long as you've completed Copyright School. You can also try to request a retraction to resolve the copyright strike.
> - **Evidence of ownership or permission:** Confirm you own the rights to all elements in your content, including any music (even if it's just playing in the background). If you've used someone else's copyrighted content, confirm you have a license or permission to use it.
> - **What info is shared:** Legally, we're required to share the counter notification with the claimant. If disclosing personal information is a concern, an authorized representative (such as an attorney) can submit on the uploader's behalf by email, fax, or mail.
> - **Who submits the notification:** Counter notifications should be submitted by the original uploader of the content at issue. Alternatively, an authorized representative, such as an attorney, can submit on behalf of the uploader.

> ⚠️ **Do not submit false information.** Misuse of our processes, such as submitting fraudulent documentation, may result in the termination of your account or other legal consequences.

## Submit in YouTube Studio

Copyright counter notifications for videos can be submitted in YouTube Studio ⧉ from a computer or in the YouTube Studio app:

**Computer**    Android    iPhone & iPad

1. Sign in to YouTube Studio ⧉ .
2. From the left menu, click **Content**  .
3. Click the filter bar ☰ 〉 **Copyright**.
4. In the **Visibility** column, find a video with "Removed" status.
5. In the **Restrictions** column, hover over **Copyright**.
6. Click **See details**.
7. Under **Content used**, click **Take action** 〉 **Submit a counter notification**.
8. Read the counter notification requirements and check the box to confirm 〉 **Continue**.
9. Enter your contact info 〉 **Continue**.
    - Make sure you include your complete physical address and full legal name (usually a first and last name). Do not enter a company or channel name.
10. Enter your rationale. Clearly and concisely explain why you believe the removal of your content qualifies as a mistake or misidentification.
11. Review the statements and check the boxes to agree.

12. Enter your full legal name as your signature  ›  **Continue**.

13. *(Optional)* If other videos were removed from the same removal request and you also believe they were incorrectly removed, you can select these videos and include all of them in the counter notification.

14. Click **Submit**.

## Submit by email, fax, or mail

Copyright counter notifications for videos and non-video content, such as channel banner images, can be submitted by email, fax, or mail.

To submit by email, send all the required information below in the body of an email (not as an attachment) to copyright@youtube.com or send it by fax or mail:

1. Your contact info                                                            ⌄

2. Statement to the claimant                                                    ⌃

In your own words, you must include a statement to the claimant that clearly and concisely explains **why you believe the removal of the content was a mistake or misidentification**. Misidentification includes cases of copyright exceptions, such as fair use, fair dealing, or public domain.

3. Links to the content                                                         ⌃

Counter notifications must include direct links to the content that was removed due to a copyright removal request. Links must be sent in a specific URL format, depending on the type of content:

| Content type | Valid URL format | Where to find the URL |
|---|---|---|
| **Channel banner images** | www.youtube.com/channel/UCxxxxxxxxxxxxxxxxxxxx<br><br>**OR**<br><br>www.youtube.com/user/xxxxxxxxx | Go to the channel page  › right-click the address bar  › **Copy**. |
| **Channel descriptions** | www.youtube.com/user/xxxxxxxxx/about | Go to channel's **About** section  › right-click the address bar  › **Copy**. |
| **Clips** | www.youtube.com/clip/xxxxxxxxxxxxxxxxxxxxxxxxx | Click the clip's title  › right-click the address bar  › **Copy**. |
| **Comments on videos** | www.youtube.com/watch?<br>v=xxxxxxxxx&lc=xxxxxxxxxxxxxxxxxx | Click the posted date above the comment (page will reload)  › right-click the address bar  › **Copy**. |
| **Comments on posts** | www.youtube.com/channel/xxxxxxxxxxx/community?<br>lc=xxxxxxxxxxx&lb=xxxxxxxxxxxx | Click the posted date above the comment (page will reload)  › right-click the address bar  › **Copy**. |
| **Effects (Shorts)** | www.youtube.com/effect/xxxxxxxxxx | Click the Effect chip (above the channel name in the Short)  › |

| Content type | Valid URL format | Where to find the URL |
|---|---|---|
| | ⚠️ **Keep in mind:** Videos that have already used the Effect aren't affected by the removal of the Effect. | right-click the address bar ﹥ **Copy.** |
| **Membership badges, emoji, or creator's perk descriptions** | Beginning with yt3.ggpht.com/xxxxx | Right-click the image ﹥ **Copy Image Address.** |
| | Also include the channel URL:<br><br>www.youtube.com/channel/UCxxxxxxxxxxxxxxxxxxxx<br><br>OR<br><br>www.youtube.com/user/xxxxxxxxx | Go to the channel page ﹥ right-click the address bar ﹥ **Copy.** |
| **Playables** | www.youtube.com/playables/xxxxxxxxxxxxxx | Go to the game page ﹥ right-click the address bar ﹥ **Copy.** |
| **Playlist descriptions** | www.youtube.com/playlist?list=xxxxxxxxxxxxxxx | Click the playlist title ﹥ right-click the address bar ﹥ **Copy.** |
| **Playlist image** | Beginning with https://i.ytimg.com/xxxxxxxxxx | Right-click the image ﹥ **Copy Image Address.** |
| | Also include the playlist URL:<br><br>https://www.youtube.com/playlist?list=xxxxxxxxxxxxxxxxxxxx-xxxxxxxxxxxxxx | Click the playlist title ﹥ right-click the address bar ﹥ **Copy.** |
| **Posts** | https://www.youtube.com/post/xxxxxxxxxxxxxxxxxxxx | Click the posted date of the post (page will reload) ﹥ right-click the address bar ﹥ **Copy.** |
| **Profile pictures** | https://yt3.googleusercontent.com/xxxxxxxxxxxxxx | Click the profile picture ﹥ right-click the address bar ﹥ **Copy.** |
| | For expedited removal of profile pictures, copyright removal requests for profile pictures may be submitted through Google's form ↗. | |
| **Shorts** | https://www.youtube.com/shorts/xxxxxxxxxxxxxxx | Go to the Short ﹥ right-click the address bar ﹥ **Copy.** |
| **Super Stickers** | Beginning with lh3.googleusercontent.com/xxxxx | Click the dollar sign 5⃣ in a live chat ﹥ **Super Sticker** ﹥ right-click image ﹥ **Copy Image Address.** |
| | Also include the channel URL:<br><br>www.youtube.com/channel/UCxxxxxxxxxxxxxxxxxxxx<br><br>OR<br><br>www.youtube.com/user/xxxxxxxxx | Go to the channel page ﹥ right-click the address bar ﹥ **Copy.** |

| Content type | Valid URL format | Where to find the URL |
|---|---|---|
| **Videos** | www.youtube.com/watch?v=xxxxxxxxxx | Go to the video page › right-click the address bar › **Copy.** |

## 4. Legal statements

Agree to and include the following 2 legally required statements:

- "I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant."
- "I swear, under penalty of perjury, that I have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled."

## 5. Your signature

Complete and valid copyright counter notifications require the physical or electronic signature of the uploader or a representative authorized to act on their behalf.

To meet this requirement, the uploader or authorized representative should enter their full legal name as their signature at the bottom of the counter notification. A full legal name should be a first and last name, not a company name.

# Frequently asked questions (FAQs)

What happens after I submit a counter notification?                              ⌄

How do I check the status of a counter notification I submitted?                 ⌄

Can I cancel a counter notification I submitted?                                 ⌄

What happens if my counter notification is rejected?                             ⌄

Can I submit 1 counter notification for multiple videos?                         ⌄

If my channel is terminated, can I submit a counter notification?                ⌄

How do I submit a counter notification as an EU DSA Article 86 designated organization?   ⌄

Need more help?

Try these next steps:

 **Post to the help community**
Get answers from community members