Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666; F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendants Jonathan Hudon-Huneault,*
*Nneka Ohiri, and 14693663 Canada Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER J. CORDOVA,

        Plaintiff,

    vs.

JONATHAN HUDON-HUNEAULT,
NNEKA OHIRI, 14693663 CANADA INC.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: 5:25-cv-04685-VKD

**DECLARATION OF SIMON LIN ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT (DKT. NO: 78) and MOTION TO AMEND CASE MANAGEMENT ORDER (DKT. 66)**

**Judge:** Magistrate Judge Virginia K. Demarchi
**Complaint Filed**: June 3, 2025
**Trial Date**: February 1-2, 2027 (Bench Trial)

I, Simon Lin, do hereby declare as follows:

1.      I am an attorney at law and counsel of record for the Defendants JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I make this Declaration in support of Defendants' Opposition to Plaintiff's Motion to File Second Amended Complaint (Dkt. No: 78) and Motion to Amend Case Management Order (Dkt. 66). I have personal knowledge of the facts set forth in this Declaration,

DECLARATION OF SIMON LIN ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT (DKT. NO: 78) and MOTION TO AMEND CASE MANAGEMENT ORDER (DKT. 66); Page 1/2

gained in my capacity as counsel for Defendants, and, if called as a witness, could and would testify competently to such facts under oath.

2.      A true, complete, and correct copy of the certificate for copyright registration PA2-565-781, retrieved from the US Copyright Office, is attached to this declaration as **Exhibit A**.

3.      A true, complete, and correct copy of the US Copyright Office step-by-step walkthrough of registering a copyright for a motion picture, printed on February 20, 2026, from   https://www.copyright.gov/registration/docs/motion-picture-av-standard.pdf   is attached to this declaration as **Exhibit B**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on February 24, 2026 in the District of North Vancouver, Province of British Columbia, Canada.

Simon Lin

Simon Lin

DECLARATION OF SIMON LIN ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT (DKT. NO: 78) and MOTION TO AMEND CASE MANAGEMENT ORDER (DKT. 66); Page 2/2

# EXHIBIT A

Registration Number

# PA 2-565-781

**Effective Date of Registration:**
October 15, 2025
**Registration Decision Date:**
February 06, 2026

## Title _____

|  |  |
|---|---|
| **Title of Work:** | FEDERAL COURTHOUSE FAIL!!! Threatened with arrest for recording and not one officer identifies! |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | February 02, 2022 |
| **Nation of 1st Publication:** | United States |

## Author _____

|  |  |
|---|---|
| • **Author:** | Executive Lens LLC |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant _____

|  |  |
|---|---|
| **Copyright Claimant:** | Executive Lens LLC |
|  | 4643 S. Lowell Bvld Unit B, Denver |

## Limitation of copyright claim _____

|  |  |
|---|---|
| **Material excluded from this claim:** | preexisting music |
| **New material included in claim:** | all other cinematographic material, additional new footage, production as a motion picture, revisions/additions to script |

## Rights and Permissions _____

|  |  |
|---|---|
| **Organization Name:** | Executive Lens LLC |

## Certification _____

**Name:**  Christopher Cordova
**Date**:  October 15, 2025

# EXHIBIT B



# Motion Picture / Audio Visual Work

Application Format: Standard

# REGISTRATION PROCESS OVERVIEW



 **Copyright**
United States Copyright Office

Home | 🛒 | My Profile | Help | Contact Us | Log Out |

### Standard Application - Registration Process Overview

 << Back   ||| Start Registration |||

The Standard Application may be used to register most works, including an original work, a derivative work, a collective work, or a compilation.

**If the Copyright Office determines that your work cannot be registered with the Standard Application, your claim may be refused, or there may be delays in the examination of your claim that could require the payment of an additional fee and a later effective date of registration for your claim.**

## Exceptions

The Standard Application may be used to register 1 work (including 1 collective work or 1 derivative work). To register the following types of works, please return to the "Home" screen and use one of the "Other Registration Options" listed on that screen.

- 2 or more **unpublished** works: Return to the "Home" screen and select "Register a Group of Unpublished Works"
- 2 or more **photographs**: Return to the "Home" screen and select "Register a Group of Photographs"
- 2 or more issues of a serial, newspaper, newsletter, or 2 or more contributions that were published in a periodical: Return to the "Home" screen and select "Register Certain Groups of Published Works"

Likewise, this application **may not** be used to register the works listed below. To register these types of works, you must complete a paper application.

- A registration for a group of updates to a non-photographic database
- A renewal registration
- Foreign works that have been restored to copyright protection
- Mask works and vessel designs

This application **may not** be used to correct an error in an existing registration, or to amplify the information given in an existing registration. For this type of request, please return to the "Home" screen and select the option for "Correct or Amplify an Existing Registration".

## To Complete the Application for Registration you must:

1) Provide all required information on the application form
2) Pay the required fee
3) Upload or mail-in a copy of your work

If your work is eligible for the Standard Application, click the "Start Registration" button.

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

# TYPE OF WORK



**Copyright** United States Copyright Office

COPYRIGHT HOME

Home | 🛒 | My Profile | Help | Contact Us | Log Out

| | | |
|---|---|---|
| **Form** | **Pay** | **Submit Work** |

**Case #:** 1-13436985411                    **Date Opened:** 1/24/2024
**Application Format:** Standard

eCO Navigation Tips

‖ Continue >> ‖            ‖ Save For Later ‖

| Links | Completed |
|---|---|
| → Type of Work | |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

Select the entry from the dropdown list that best describes the "Type of Work" you seek to register. Read the description below and then click the box below to confirm your selection. Click "Continue" to begin the application.

Type of Work cannot be changed after you click "Continue". Click here for more information.:

**\* Type of Work:** [ Motion Picture/AV Work ▼ ]                    Help

Motion Pictures are audiovisual works consisting of a series of related images which, when shown in succession, impart an impression of motion, together with accompanying sounds, if any.
Motion pictures include the following types of works:
feature films, documentary films, animated films
television shows
videos
For more information on registration of Motion Pictures, please see Circular 45.

**Audiovisual Works** are works that consist of a series of related images that are intended to be shown by the use of a machine or device, together with accompanying sounds, if any.
Audiovisual works include the following types of works:
videogames
PowerPoint presentations
Important information about completing the "Author created" field on the "Authors" screen: For audiovisual works, describe the author's contribution as "audiovisual work" in the "Other" field.

**Important Note:** You selected the "Standard Application." This application may be used to register **1 work** (including 1 collective work or 1 derivative work).

You may register up to 10 unpublished works on the same application, but **YOU MUST** return to the "Home" screen and select the link for "Register a Group of Unpublished Works." Click here if you need help finding this link, and click here to watch a video that provides step-by-step instructions for completing the application for a "Group of Unpublished Works."

You are responsible for choosing the correct application form. The electronic registration system is not able to determine whether you selected the correct form or whether your claim will be registered.

If you need help choosing the correct form, please visit our website at www.copyright.gov/help/

☐ **\*** Click the box to confirm that you have read the description above and selected the entry that best describes the "type of work" you are registering.

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

TITLES

# TITLES



## Copyright
United States Copyright Office

COPYRIGHT HOME

Home | 🛒 | My Profile | Help | Contact Us | Log Out



**Case #:** 1-13434118131          **Type of Case:** Work of the Performing Arts          **Date Opened:** 1/23/2024
**Application Format:** Standard

eCO Navigation Tips

### Titles

| Links | Completed |
|---|---|
| Type of Work | ✔ |
| → Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

(<< Back||   ||Continue >>)          ||Save For Later||

Give the title(s) exactly as it appears on the work. If there is no title, give an identifying phrase, or state 'untitled'.

To enter the title(s), click 'New'. After you enter the title, click 'Save'. Repeat this process for each additional title.

||New ✶||

To edit or delete a title, click the appropriate link in the list below. When the list is complete and correct, click 'Continue' to save

the information and proceed to the 'Publication/Completion' screen.

### All Titles

No Records

| Title of Work ⇕ | Volume ⇕ | Number ⇕ | Issue Date ⇕ | Type ⇕ | Edit | Delete |
|---|---|---|---|---|---|---|

⊼ ▲ ▼ ⊻

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

# TITLES (TITLE TYPES)



# TITLES – "TITLE OF WORK BEING REGISTERED"



# TITLES – "PREVIOUS OR ALTERNATIVE TITLE"



# TITLES – "TITLE OF LARGER WORK"



# TITLES – "SERIES TITLE"



# TITLES – "CONTENTS TITLE"



**Case #:** 1-13436985411
**Application Format:** Standard

**Type of Case:** Motion Picture/AV Work

**Date Opened:** 1/24/2024

## Title

[ Save ]  [ Cancel ]

Give only one Title and Title Type at a time on this screen; then click 'Save'.

Step 1: Click on "Title Type" to determine the type of title.

Step 2: Select the Title Type. You must select "Title of Work Being Registered" at least once.

Step 3: Enter the title from the work that corresponds to the Title Type you selected.

Step 4: When you have finished adding all titles, Click 'Save' to save the title.

**\*Title Type:** Contents Title

**\*Title of this work:**

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

# PUBLICATION / COMPLETION





**Case #:**  1-13436985411
**Application Format:**  Standard

**Date Opened:**  1/24/2024

Home | 🛒 | My Profile | Help | Contact Us | Log Out

**Form** **Pay** **Submit Work**

eCO Navigation Tips

| Links | Completed |
|---|---|
| Type of Work | ✔ |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

## Publication/Completion

[<< Back]  [|| Continue >>]          [|| Save For Later ||]

**Publication** results from the distribution of copies of a work to the public by sale or other transfer of ownership, or by rental, lease, or lending. A work is also "published" if there has been an offering to distribute copies to a group of persons for purposes of further distribution, public performance, or public display. A public performance or display does not, by itself, constitute "publication".

For information on the publication of works online, click here. Indicate whether this work has been published by, selecting either "yes" or "no" from the drop down list below.



\* **Has this work been published?:**  [___ ▼]

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

# PUBLICATION INFORMATION (FOR PUBLISHED WORKS)



# YEAR OF COMPLETION INFORMATION (FOR UNPUBLISHED WORKS)



# AUTHORS



**Authors**

[<< Back]   [|| Continue >> ||]        [|| Save For Later ||]

Name the author(s) of the work being registered, and give the requested information. Generally, the application should name all the authors of the authorship being registered.

Click 'New' to add an author, or, if you are an author and your name appears in the User Profile for this account, click 'Add Me'.

After you enter the author information, click 'Save'. Repeat this process for each additional author.

[|| New ★ ||]                          [|| Add Me ||]

To edit or delete an author, click the appropriate link in the list below. When the list is complete and correct, click 'Continue' to save the information and proceed to the 'Claimants' screen.

**Authors**

No Records

| Name | Organization Name | Work For Hire | Anonymous | Pseudonym | Edit | Delete |
|------|-------------------|---------------|-----------|-----------|------|--------|

Links Completed:
- Type of Work ✓
- Titles
- Publication/Completion
- → Authors
- Claimants
- Limitation of Claim
- Rights & Permissions
- Correspondent
- Mail Certificate
- Special Handling
- Certification
- Review Submission

eCO Navigation Tips

Home | 🛒 | My Profile | Help | Contact Us | Log Out

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.
Take Our Survey!

# AUTHORS – AUTHOR INFORMATION



# AUTHORS – AUTHOR CREATED



# CLAIMANTS




United States Copyright Office

Home | 🛒 | My Profile | Help | Contact Us | Log Out |

🏠 COPYRIGHT HOME

| Form | Pay | Submit Work |

**Case #:** 1-13436985411
**Application Format:** Standard

**Type of Case:** Motion Picture/AV Work

**Date Opened:** 1/24/2024

eCO Navigation Tips

## Claimants

| Links | Completed |
|---|---|
| Type of Work | ✓ |
| Titles | |
| Publication/Completion | |
| Authors | |
| → Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

[<< Back]  [|| Continue >>]      [|| Save For Later ||]

Please identify the copyright claimant(s) in this work. The author is the original copyright claimant. The claimant also be a person or organization to whom copyright has been transferred.

To be named as a claimant by means of a transfer, a person or organization must own all rights under the U.S. copyright law.

In addition, a claimant must own the copyright in all the authorship covered by this registration.

Click "New" to add a claimant, or, if you are a claimant and your name appears in the User Profile for this account, click 'Add Me' to add your name and address into the claimants list.

After you enter the claimant information, click 'Save'. Repeat this process for each additional claimant.

[|| New ★||]                    [|| Add Me ||]

To edit or delete a claimant, click the appropriate link in the list below. When the list is complete and correct, click 'Continue' to save the information and proceed to the 'Limitation of Claim' screen.

### Claimants

No Records

| Name | Organization Name ⌵ | Transfer Statement ⌵ | Address ⌵ | Edit | Delete |
|---|---|---|---|---|---|

⊼  ▲  ▼  ⊻

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

# CLAIMANTS – CLAIMANT INFORMATION



# LIMITATION OF CLAIM



**Copyright** United States Copyright Office

COPYRIGHT HOME



| | |
|---|---|
| **Case #:** | 1-10417735370 |
| **Application Format:** | Standard |

**Date Opened:** 1/24/2024

eCO Navigation Tips

## Limitation of Claim

<< Back ||   || Continue >>    || Save For Later ||

| Links | Completed |
|---|---|
| Type of Work | ✔ |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| → Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

This screen should be used to exclude any preexisting material from your claim, and to identify the new material that is being registered.

Material Excluded: If the work contains an appreciable amount of (i) previously published material, (ii) material owned by another party, (iii) material that is in the public domain, or (iv) material generated by artificial intelligence, briefly identify that material in the "Material Excluded" section.

Previous Registration: If the work contains an appreciable amount of material that has been previously registered with the Copyright Office, briefly identify that material in the "Material Excluded" section and provide the registration number and the year of registration in the "Previous Registration" section.

New Material Included: Briefly describe the new material that is being registered.

**If your work does not contain any preexisting material, leave this screen blank and click "Continue" to proceed to the Rights and Permissions screen.**

| Material Excluded: | Previous Registration: | New Material Included: |
|---|---|---|
| ☐ Script/Screenplay | **1st Prev. Reg. #:** [____] | ☐ All other cinematographic material |
| ☐ Preexisting music | **Year:** [____] | ☐ Production as a motion picture |
| ☐ Preexisting footage | | ☐ Additional new footage |
| ☐ Preexisting photograph(s) | **2nd Prev. Reg. #:** [____] | ☐ Revisions/additions to script |
| Other [____] | **Year:** [____] | Other [____] |
| Click here for suggested 'Other' | | Click here for suggested 'Other' |

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

# RIGHTS & PERMISSIONS INFORMATION (OPTIONAL)



# CORRESPONDENT INFORMATION



# CERTIFICATE MAILING ADDRESS



**Copyright** United States Copyright Office

COPYRIGHT HOME

Home | 🛒 | My Profile | Help | Contact Us | Log Out |

| Form | Pay | Submit Work |

Case #: 1-13436985411
Application Format: Standard

Type of Case: Motion Picture/AV Work

Date Opened: 1/24/2024

eCO Navigation Tips

## Mail Certificate

<< Back || || Continue >>          || Add Me || || Save For Later ||

| Links | Completed |
|---|---|
| Type of Work | ✔ |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| ➡ Mail Certificate | |
| Special Handling | |
| Certification | |
| Review Submission | |

This is the name and address to which the registration certificate should be mailed.

Completion of Individual and/or Organization Information, Address is mandatory.

**Individual:**

| | |
|---|---|
| * First Name: | [        ] |
| Middle Name: | [        ] |
| * Last Name: | [        ] |
| * Address 1: | [        ] |
| Address 2: | [        ] |
| * City: | [        ] |

**Organization:**

| | |
|---|---|
| *Organization Name: | [        ] |
| * State: | [     ▾] |
| * Postal Code: | [        ] |
| Country: | [     ▾] |

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

# SPECIAL HANDLING (OPTIONAL)



**Copyright**
United States Copyright Office

🏠 COPYRIGHT HOME

| Form | Pay | Submit Work |

**Case #:** 1-13436985411
**Application Format:** Standard

**Date Opened:** 1/24/2024

eCO Navigation Tips

## Special Handling (Optional)

| | Links | Completed |
|---|---|---|
| | Type of Work | ✔ |
| | Titles | |
| | Publication/Completion | |
| | Authors | |
| | Claimants | |
| | Limitation of Claim | |
| | Rights & Permissions | |
| | Correspondent | |
| | Mail Certificate | |
| → | Special Handling | |
| | Certification | |
| | Review Submission | |

[<< Back]  [Continue >>]    [Save For Later]

Special handling is expedited service that is available only to filers who satisfy one or more of the compelling reasons below. Special handling also carries a significant surcharge fee. If you do not qualify for special handling service, please click the Continue button without completing this screen.

Note: The significant special handling surcharge fee is non-refundable. Please click here to review the current fee.

☐ **Special Handling** (The information requested below is required for Special Handling claims)

**Compelling Reason(s)** (At least one must be selected)

☐ Pending or prospective litigation

☐ Customs matters

☐ Contract or publishing deadlines that necessitate the expedited issuance of a certificate

☐ **I certify** that I am the author, copyright claimant of exclusive rights, or the authorized agent of the author, copyright claimant of exclusive rights of this work.

**Explanation for Special Handling:**
This is the place to give any comments/instructions regarding special handling specific to this claim.

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!

# CERTIFICATION



**Copyright**
United States Copyright Office

Home | 🛒 | My Profile | Help | Contact Us | Log Out |

🏠 COPYRIGHT HOME

| Form | Pay | Submit Work |

**Case #:** 1-13436985411
**Application Format:** Standard

**Date Opened:** 1/24/2024

eCO Navigation Tips

## Certification

<< Back || || Continue >> || || Save For Later ||

| Links | Completed |
|---|---|
| Type of Work | ✔ |
| Titles | |
| Publication/Completion | |
| Authors | |
| Claimants | |
| Limitation of Claim | |
| Rights & Permissions | |
| Correspondent | |
| Mail Certificate | |
| Special Handling | |
| ➡ Certification | |
| Review Submission | |

The Application must be certified by the author, copyright claimant, or owner of exclusive right(s), or by the authorized agent of any of the preceding.

**17 USC 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided by section 409, or in any written statement filed with the application, shall be fined not more than $2500.**

☐ \* **I certify** that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights of this work and that the information given in this application is correct to the best of my knowledge.

\* **Name of certifying individual:** [_____]

**Applicant's Internal Tracking Number (Optional):** [_____]

**Note to Copyright Office (Optional):**
This is the place to give any comments specific to this claim, the application, or the deposit copy, if necessary.

[_____]

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

Take Our Survey!



