1  Simon Lin – State Bar No. 313661
2  4388 Still Creek Drive, Suite 237
   Burnaby, British Columbia, Canada V5C 6C6
3  T : 604-620-2666
   F : 778-805-9830
4  E : simonlin@evolinklaw.com

5  *Attorney for Defendants Jonathan Hudon-Huneault,*
   *Nneka Ohiri, and 14693663 Canada Inc.*
6

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
8

9
10  CHRISTOPHER J. CORDOVA,  ) Case Number: 5:25-cv-04685-VKD
                             )
11           Plaintiff,      )
                             )
12      vs.                  ) **REQUEST FOR JUDICIAL NOTICE ISO**
                             ) **DEFENDANTS' OPPOSITION TO**
13  JONATHAN HUDON-HUNEAULT, ) **PLAINTIFF'S MOTION TO FILE**
    NNEKA OHIRI, 14693663 CANADA INC., ) **SECOND AMENDED COMPLAINT**
14                           ) **(DKT. NO: 78) and MOTION TO AMEND**
             Defendants.     ) **CASE MANAGEMENT ORDER (DKT.**
15                           ) **66)**
                             )
16                           )
                             ) **Judge:** Magistrate Judge Virginia K.
17                           ) Demarchi
                             ) **Complaint Filed**: June 3, 2025
18                           ) **Trial Date**: February 1-2, 2027 (Bench Trial)
19                           )
                             ) **Hearing on Motion**: March 31, 2026
20                           )
21                           )

22
23
24
25
26

REQUEST FOR JUDICIAL NOTICE ISO  DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT (DKT. NO: 78) and MOTION TO AMEND CASE MANAGEMENT ORDER (DKT. 66); Case Number: 5:25-cv-04685-VKD

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence 201(b), Defendants Jonathan Hudon-Huneault, Nneka Ohiri, and 14693663 Canada Inc. respectfully requests that the Court take judicial notice of Exhibits A to B to the Declaration of Simon Lin in support of their concurrently filed Opposition to Plaintiff's Motion to File Second Amended Complaint (Dkt. No: 78) and Motion to Amend Case Management Order (Dkt. 66).

## DISCUSSION

[A] court may take judicial notice of `matters of public record,'" *Lee v. City of Los Angeles,* 250 F.3d 668, 689 (9th Cir.2001) (quoting *Mack v. South Bay Beer Distrib.,* 798 F.2d 1279, 1282 (9th Cir.1986)). The copyright certificate in Exhibit A to the Declaration of Simon Lin is clearly a public record. Moreover, other courts have also taken judicial notice of copyright certificates. *Ledesma v. Del Records, Inc.*, Case No. 2:15-cv-4266-ODW-GJSx, 2015 WL 8023002 (C.D. Cal. Dec. 4, 2015).

This Court can also take judicial notice of government websites. Under Rule 201, the court can take judicial notice of "[p]ublic records and government documents available from reliable sources on the Internet," such as websites run by governmental agencies. See *Hansen Beverage Co. v. Innovation Ventures, LLC,* No. 08-CV-1166-IEG, 2009 WL 6597891, *1 (S.D.Cal. Dec. 23, 2009) (citing *Jackson v. City of Columbus,* 194 F.3d 737, 745 (6th Cir. 1999)). See also *Daniels-Hall v. National Education Association,* 629 F.3d 992, 999 (9th Cir.2010) (taking judicial notice of information on the websites of two school districts because they were government entities); *Paralyzed Veterans of Am. v. McPherson,* No. C 06-4670, 2008 WL 4183981, *5 (N.D.Cal. Sept. 8, 2008) ("Information on government agency websites has often been treated as properly subject to judicial notice"); also *In re Amgen Inc. Sec. Litig.,* 544 F.Supp.2d 1009, 1023-24 (C.D.Cal.2008) (taking judicial notice of drug labels taken from the FDA's website); *County of Santa Clara v. Astra USA, Inc.,* 401 F.Supp.2d 1022, 1024 (N.D.Cal.2005) (taking judicial notice of information posted on a Department of Health and Human Services web site).

REQUEST FOR JUDICIAL NOTICE ISO  DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT (DKT. NO: 78) and MOTION TO AMEND CASE MANAGEMENT ORDER (DKT. 66); Case Number: 5:25-cv-04685-VKD

The step-by-step walkthrough of registering a copyright in Exhibit B to the Declaration of Simon Lin was retrieved from the Copyright Office website, and is a government document.

## CONCLUSION

For the foregoing reasons, Defendants respectfully requests that the Court consider Exhibits A to B of the concurrently filed Declaration of Simon Lin in the adjudication of Opposition to Plaintiff's Motion to File Second Amended Complaint (Dkt. No: 78) and Motion to Amend Case Management Order (Dkt. 66).

Date: February 24, 2026

Respectfully submitted,

By: ___*Simon Lin*___

Simon Lin – State Bar No. 313661

2

REQUEST FOR JUDICIAL NOTICE ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT (DKT. NO: 78) and MOTION TO AMEND CASE MANAGEMENT ORDER (DKT. 66); Case Number: 5:25-cv-04685-VKD