UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN HUNEAULT, et al.,<br><br>Defendants. | Case No. 25-cv-04685-VKD<br><br>**ORDER DIRECTING DEFENDANTS TO DELIVER CHAMBERS COPIES OF OPPOSITION PAPERS**<br><br>Re: Dkt. Nos. 79, 80, 81, 82 |

The Court has not yet received chambers copies of defendants' opposition papers and related requests for judicial notice filed on February 20, 2026 and February 24, 2026 (Dkt. Nos. 79, 80, 81, 82). This is the second occasion on which defendants have failed to comply with the Court's requirement regarding delivery of chambers copies. *See* Dkt. No. 49.

By **4:00 p.m. on February 26, 2026**, defendants shall deliver chambers copies of those filings in accordance with this Court's Standing Order.

**IT IS SO ORDERED.**

Dated: February 25, 2026

Virginia K. DeMarchi
United States Magistrate Judge