UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JONATHAN HUDON-HUNEAULT,<br>NNEKA OHIRI, 14693663 CANADA INC.,<br><br>  Defendants. | Case No. 25-cv-04685-VKD<br><br>**HON. VIRGINIA K. DEMARCHI**<br><br>**ADR REPORT** |

**ADR Report**

Pursuant to Civil L.R. 16-8 and the ADR Local Rules, the parties met and conferred regarding the possibility of alternative dispute resolution.

Plaintiff is willing to participate in the Court's ADR program, including mediation through the NDCA mediator panel.

Defendants are willing to participate in private ADR with a privately retained mediator with experience in U.S. and Canadian law, and internet issues that spans across national borders. Plaintiff indicated that he lacks the resources to participate in private mediation. However, from the Defendants' perspective, Plaintiff appears to have nearly unlimited resources with numerous motions. A private mediator would ensure that both sides are fully engaged in the process. A mediator with experience on the internet and cross-border issues will also ensure that both sides have a reality check.

The parties have not agreed on a specific ADR process. Plaintiff proposes an ADR completion deadline of May 30, 2026. Defendants propose an ADR completion deadline of May 30, 2026.

Dated: March 2, 2026

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Christopher J. Cordova*

Dated: March 2, 2026

/s/ Simon Lin
Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666
F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendants Jonathan Hudon-Huneault,*
*Nneka Ohiri, and 14693663 Canada Inc.*

**ADR Report**