UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>            Plaintiff,<br><br>    v.<br><br>JONATHAN HUNEAULT, et al.,<br><br>            Defendants. | Case No. 25-cv-04685-VKD<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE VAN KEULEN FOR SETTLEMENT CONFERENCE** |

This matter is referred to Magistrate Judge Susan van Keulen for a settlement conference. The deadline for the settlement conference is **June 30, 2026**, subject to Judge van Keulen's availability. To coordinate scheduling, the parties shall contact Judge van Keulen's courtroom deputy at svkcrd@cand.uscourts.gov or (408) 535-5375.

**IT IS SO ORDERED.**

Dated: March 3, 2026

Virginia K. DeMarchi
United States Magistrate Judge