RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,<br><br>　　　　　Defendants. | Case No. 25-cv-04685-VKD<br><br>**HON. VIRGINIA K. DEMARCHI**<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND CASE MANAGEMENT CONFERENCE (ECF NO. 66) AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (ECF NO. 78)**<br><br>**HEARING:**<br>Date: March 31, 2026<br>Time: 10:00 a.m.<br>Place: via Zoom |

**Notice of Withdrawal of Plaintiff's Motion for Leave to Amend Case Management Conference (ECF No. 66) and Motion for Leave to File Second Amended Complaint (ECF No. 78)**

Christopher J. Cordova ("Plaintiff") hereby gives notice that he withdraws the following pending motions:

1. Plaintiff's Motion for Leave to Amend the Case Management Schedule (ECF No. 66); and

2. Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 78).

At the time the motions were filed, the video *Frauditors Ejected from Federal Courthouse (NEW)*, which Plaintiff alleges infringes his work titled *FEDERAL COURTHOUSE FAIL!!! Threatened with arrest for recording and not one officer identifies!*, remained publicly available on Defendants' *Frauditor Troll* YouTube channel. Defendants have since removed the video after the filing of the above-referenced motions. As a result, Plaintiff has determined that amendment of the pleadings is unnecessary at this time.

Accordingly, Plaintiff respectfully withdraws the above-referenced motions without prejudice and requests that the Clerk terminate ECF Nos. 66 and 78.

Dated: March 3, 2026

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,
Christopher J. Cordova*

**Notice of Withdrawal of Plaintiff's Motion for Leave to Amend Case Management Conference (ECF No. 66) and Motion for Leave to File Second Amended Complaint (ECF No. 78)**