Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666
F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendants Jonathan Hudon-Huneault,
Nneka Ohiri, and 14693663 Canada Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,<br><br>Defendants. | Case Number: 5:25-cv-04685-VKD<br><br>**DEFENDANTS' REQUEST FOR CONTINUATION OF SETTLEMENT CONFERENCE AND PARTIES' JOINT REQUEST FOR REMOTE ATTENDANCE FOR SETTLEMENT CONFERENCE**<br><br>**Settlement Conference Judge:** Magistrate Judge Susan van Keulen<br>**Complaint Filed**: June 3, 2025<br>**Trial Date**: February 1-2, 2027 (Bench Trial) |

**TO THE COURT AND ALL ATTORNEYS OF RECORD, COMES NOW DEFENDANTS' REQUEST FOR CONTINUATION OF THE SETTLEMENT CONFERENCE AND THE PARTIES' JOINT REQUEST FOR REMOTE ATTENDANCE OF THE SETTLEMENT CONFERENCE:**

WHEREAS, on March 3, 2026, the Court referred the case to a Settlement Conference to take place no later than June 30, 2026;

WHEREAS, the Court scheduled a Settlement Conference to take place on June 11, 2026, at 10:00 a.m. in San Jose, Courtroom 6, 4th Floor before Magistrate Judge Susan van Keulen;

WHEREAS, Defendants' counsel has a lengthy trial scheduled in Montreal, Canada the week of June 11, 2026, after that trial has a planned family vacation until July 3, 2026, followed by other professional commitments on July 7-10, 2026, and Defendants' counsel's first availability thereafter is July 13, 2026;

WHEREAS, Defendants' counsel conferred with Plaintiff's counsel on the proposed continuation, and Plaintiff does not object to a different Settlement Conference date, the parties canvassed available dates in July 2026, and the parties are not available on July 16-17, 2026;

WHEREAS, the Parties also wish to request leave to attend the Settlement Conference by video-conference for different reasons;

WHEREAS, the Defendants' reason for requesting attendance by video-conference is because one of the Defendants, Ms. Nneka Ohiri, is currently four months pregnant and expecting in or around August 2026, and travelling from Ontario, Canada to California, USA would be inconvenient and also potentially dangerous in the circumstances;

WHEREAS, the Defendant Mr. Hudon-Huneault would also need to take care of his spouse, Ms. Ohiri, along with their two young children, and travelling to California would create significant hardship for the entire family; and

WHEREAS, Plaintiff resides outside the Northern District of California and would incur significant travel time and expense, including airfare and lodging, to attend the Settlement Conference in person in San Jose; and

1

DEFENDANTS' REQUEST FOR CONTINUATION OF SETTLEMENT CONFERENCE AND PARTIES' JOINT REQUEST FOR REMOTE ATTENDANCE FOR SETTLEMENT CONFERENCE; Case Number: 5:25-cv-04685-VKD

WHEREAS, Plaintiff's counsel is also located outside the Northern District of California and travels internationally between the United States and Southeast Asia, and in-person attendance at the Settlement Conference in San Jose would require significant long-distance travel, airfare, lodging, and lost work time; and

WHEREAS, permitting remote attendance would substantially reduce litigation costs for all parties while still allowing meaningful participation in the Settlement Conference; and

WHEREAS, the parties to this action are located in different jurisdictions, including Canada and outside the Northern District of California, and remote participation would promote efficiency and reduce unnecessary travel burdens while allowing the Court to conduct and effective Settlement Conference; and

WHEREAS, it would be desirable for parties to have the same mode of attendance, and

WHEREAS, should the Court grant leave for the parties to attend remotely, their respective counsel also requests permission to attend remotely as both counsel's offices are outside of California.

NOW THEREFORE:

1. Defendants seek and request the Court's approval to:
    a. continue the Settlement Conference to July 13, 2026 or another date in July except July 16 or 17, 2026; and
    b. continue the deadline for completion of the Settlement Conference to the aforementioned date.
2. Parties jointly seek and request the Court's approval for the parties and their respective counsel to participate in the Settlement Conference by way of video conference.

Respectfully submitted,

Dated: March 10, 2026

/s/ Simon Lin_____
Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666; F : 778-805-9830
E : simonlin@evolinklaw.com

|    |    |
|----|----|
| 1  |    |
| 2  | *Attorney for Defendants Jonathan Hudon-Huneault, Nneka Ohiri, and 14693663 Canada Inc.* |
| 3  | Dated: March 10, 2026 |

Dated: March 10, 2026

/s/ Randall Newman
Randall S. Newman, Esq. (SBN 190547)
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,
Christopher J. Cordova*

3

DEFENDANTS' REQUEST FOR CONTINUATION OF SETTLEMENT CONFERENCE AND PARTIES' JOINT REQUEST FOR REMOTE ATTENDANCE FOR SETTLEMENT CONFERENCE; Case Number: 5:25-cv-04685-VKD