1  Simon Lin – State Bar No. 313661
2  4388 Still Creek Drive, Suite 237
   Burnaby, British Columbia, Canada V5C 6C6
3  T : 604-620-2666
   F : 778-805-9830
4  E : simonlin@evolinklaw.com

5  *Attorney for Defendants Jonathan Hudon-Huneault,
   Nneka Ohiri, and 14693663 Canada Inc.*
6

7                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
8

| | |
|---|---|
| CHRISTOPHER J. CORDOVA, | Case Number: 5:25-cv-04685-VKD |
| Plaintiff, | |
| vs. | **DEFENDANTS' REQUEST TO RESCHEDULE PRE-TRIAL CONFERENCE** |
| JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC., | **Judge:** Magistrate Judge Virginia K. DeMarchi |
| Defendants. | **Complaint Filed**: June 3, 2025 |
| | **Trial Date**: February 1-2, 2027 (Bench Trial) |

DEFENDANTS' REQUEST TO RESCHEDULE PRE-TRIAL CONFERENCE; Case Number: 5:25-cv-04685-VKD

**TO THE COURT AND ALL ATTORNEYS OF RECORD, COMES NOW DEFENDANTS' REQUEST TO RESCHEDULE PRE-TRIAL CONFERENCE:**

WHEREAS, on November 4, 2025, the Court issued a Case Management Order fixing the trial for February 1-2, 2027 and a pre-trial conference on January 6, 2027 (ECF No. 41);

WHEREAS, Defendants retained new counsel on or about February 3, 2026;

WHEREAS, Defendants' counsel has a scheduling conflict for January 6, 2027;

WHEREAS, Defendants' counsel conferred with Plaintiff's counsel for rescheduling pre-trial conference to the week of January 11, 2027, and Plaintiff's counsel indicated they do not intend to oppose this request to reschedule; and

NOW THEREFORE:

1. Defendants seek and request the Court's approval to reschedule the pre-trial conference to the week of January 11, 2027.[1]

Respectfully submitted,

Dated: March 15, 2026

/s/ Simon Lin_____
Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666
F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendants Jonathan Hudon-Huneault, Nneka Ohiri, and 14693663 Canada Inc.*

---

[1] If it is convenient for the Court, Defendants' counsel would prefer January 13, 14, or 15.