UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN HUNEAULT, et al.,<br><br>Defendants. | Case No. 25-cv-04685-VKD<br><br>**ORDER RE DEFENDANTS' REQUEST TO RESCHEDULE FINAL PRETRIAL CONFERENCE**<br><br>Re: Dkt. No. 95 |

On March 15, 2026, defendants filed a motion requesting that the Court reschedule the final pretrial conference to the week of January 11, 2027. Dkt. No. 95. Defendants represent that plaintiff does not oppose the motion. *Id.*

The Court is not able to accommodate defendants' requested date. The Court continues the final pretrial conference to **January 20, 2027 at 9:30 a.m.**

**IT IS SO ORDERED.**

Dated: March 16, 2026

Virginia K. DeMarchi
United States Magistrate Judge