RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Christopher J. Cordova*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>    Plaintiff,<br><br>  vs.<br><br>JONATHAN HUDON-HUNEAULT,<br>NNEKA OHIRI, 14693663 CANADA<br>INC.,<br><br>    Defendants. | Case No. 25-cv-04685-VKD<br><br>**HON. VIRGINIA K. DEMARCHI**<br><br>**DECLARATION OF RANDALL S. NEWMAN IN OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION** |

**Declaration of Randall S. Newman in Opposition to Defendants' Administrative Motion**

## <u>DECLARATION OF RANDALL S. NEWMAN</u>

I, Randall S. Newman, hereby declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am an attorney duly licensed to practice before this Court and am the attorney for Plaintiff Christopher J. Cordova ("Plaintiff"). Unless otherwise stated, I have personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2.     Plaintiff originally commenced this action on June 3, 2025 against Defendant Jonathan Hudon-Huneault ("Huneault") in connection with the YouTube channel located at https://www.youtube.com/@frauditortroll (the "Frauditor Troll Channel"). (ECF No. 1).

3.     Shortly after the lawsuit was filed, Plaintiff provided Defendants with notice of the action via email.

4.     After receiving notice of this lawsuit, Defendant began deleting videos from the Frauditor Troll Channel.

5.     On June 21, 2025, Plaintiff filed an Ex Parte Application for a Preservation Order seeking to ensure that the relevant videos and related electronically stored information ("ESI") were preserved. (ECF No. 8).

6.     The Court denied the application but noted that Huneault had "an existing and well-established preservation obligation" and that failure to comply with that obligation could result in sanctions. (ECF No. 10).

7.     On October 28, 2025, the parties filed a Joint Case Management Statement. (ECF No. 37). In that filing, Defendants acknowledged that the Court had subject matter jurisdiction and that venue and personal jurisdiction were proper in the Northern District of California.

8.     On November 3, 2025, Plaintiff filed a First Amended Complaint (the "FAC"). (ECF No. 39). In the FAC, Plaintiff alleged that Defendants unlawfully obtained between fifty and one hundred of Plaintiff's works and reuploaded them to Defendants' YouTube channels with minimal transformation but that the precise number could not be determined

1

**Declaration of Randall S. Newman in Opposition to Defendants' Administrative Motion**

due to Defendants' unilateral destruction of that evidence. (FAC ¶ 34, fn. 3).

9.    Plaintiff served written discovery on Defendants on November 14, November 17, and November 26, 2025. These discovery requests sought, among other things, copies of ALL the videos Defendants created using Plaintiff's copyrighted works and related metadata and ESI. Plaintiff also sought the titles of ALL the videos Defendants created using Plaintiff's copyrighted works.

10.    Defendants served discovery responses on December 23, 2025. Defendants' discovery responses contained numerous objections and did not produce the requested videos.

11.    In those responses, Defendants admitted that approximately 1,700 videos from the "Frauditor Troll" YouTube channel had been deleted and that no copies or related ESI had been retained. As discussed above, between fifty and one hundred of those deleted videos contained footage that Defendants unlawfully obtained from Plaintiff's YouTube channel that infringed on Plaintiff's works.

12.    Because Defendants had deleted the videos and related ESI, on or about January 2, 2026, Plaintiff served a Rule 45 subpoena on Google seeking copies of the deleted videos and related ESI.

13.    Google's outside counsel informed Plaintiff that the deleted videos and related ESI were no longer available due to Google's data retention policies in which deleted videos and related data is retained for approximately 30 days.

14.    On January 23, 2026, Defendants served supplemental discovery responses and withdrew the majority of their improper objections.

15.    On the same day, the Court issued its order granting in part and denying in part Defendants' motion to dismiss. (ECF No. 65).

16.    On January 31, 2026, Defendants' prior counsel, attorney Steven Vondran, sent an email stating that he would be sending Defendants' "initial bates stamped doc responses" and that certain files, including videos and images, could not be Bates stamped.

17.    On February 2, 2026, attorney Simon Lin contacted me and advised that he

**Declaration of Randall S. Newman in Opposition to Defendants' Administrative Motion**

would be substituting in as counsel for Defendants.

18. Shortly after receiving that email, I spoke with Mr. Vondran by telephone. During that conversation, Mr. Vondran advised that he was in the process of sending Defendants' discovery materials to Mr. Lin and that the production consisted of more than 1,000 pages of Bates-numbered documents as well as numerous videos.

19. On February 23, 2026, I requested a meet-and-confer with Mr. Lin regarding an anticipated motion under Rule 37(e) based on Defendants' deletion of relevant ESI after receiving notice of the lawsuit.

20. Mr. Lin *refused* to participate in a meet-and-confer unless Plaintiff first identified the specific videos that had been deleted.

21. Because Defendants had deleted the relevant material, Plaintiff was unable to identify every infringing video at that time.

22. On March 5, 2026, Defendants finally produced documents in response to Plaintiff's November 2025 discovery requests.

23. The production consisted of fewer than 300 pages of documents. Huneault produced 283 pages of documents, Nneka Ohiri produced 6 pages of documents and 14693663 CANADA INC. produced 8 pages of documents.

24. Notably, Defendants *did not produce a single video,* including the videos specifically referenced in the First Amended Complaint.

25. The videos at issue constitute the central evidence in this copyright case.

26. Defendants also did not produce metadata or any list identifying the titles of videos that incorporated Plaintiff's copyrighted works.

27. On March 11, 2026, Defendants filed a motion seeking dismissal based on forum non conveniens or, alternatively, an order requiring Plaintiff to post security for costs.

28. On March 12, 2026, Defendants asserted that their document production was complete.

29. Defendants also requested that Plaintiff identify the specific videos sought in

3

**Declaration of Randall S. Newman in Opposition to Defendants' Administrative Motion**

discovery.

30. Also on March 12, 2026, Plaintiff became aware that a third-party YouTube creator had compiled a partial list of video titles that previously appeared on Defendants' Frauditor Troll YouTube channel.

31. Based on that information, Plaintiff has now been able to identify approximately 67 videos that appear to contain Plaintiff's copyrighted footage. A copy of the list of videos is attached hereto as Exhibit "A".

32. These videos correspond to the allegations in the FAC that Defendants created between fifty and one hundred infringing videos incorporating Plaintiff's work.

33. On March 13, 2026, Defendants filed the Administrative Motion seeking to stay discovery and defer ruling on Plaintiff's pending motions. (ECF No. 94).

34. That same day, Defendants served Plaintiff with a Notice of Subpoena regarding a Rule 45 subpoena on Google seeking videos Plaintiff purportedly deleted from his YouTube channel.

35. The videos Defendants seek were not deleted but were set to "private" and Plaintiff has retained all relevant ESI in accordance with his preservation obligations.

36. As of the date of this declaration, Defendants have not produced copies of the infringing videos identified in the FAC or any of the videos identified through the third-party compilation that incorporated footage unlawfully obtained from Plaintiff's YouTube channel.

37. Moreover, because Mr. Lin refuses to participate in a meet-and-confer regarding Plaintiff's potential Rule 37(e) motion for spoliation sanctions, it is unclear whether Defendants possess the videos and ESI and are withholding their production or whether that information no longer exists because it was permanently deleted after notice of this lawsuit.

38. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4

**Declaration of Randall S. Newman in Opposition to Defendants' Administrative Motion**

Executed on this 16th day of March, 2026.

s/ Randall S. Newman
Randall S. Newman

5

**Declaration of Randall S. Newman in Opposition to Defendants' Administrative Motion**

**TITLE OF DEFENDANTS' VIDEO INCORPORATING PLAINTIFF'S FOOTAGE**

1  Angry Crowd RETALIATES Against DMA and Karens
2  Calling out DMA the COWARD
3  CITIZENS RETALIATE AGAINST FRAUDITORS!!! DMA, KAREN AND CREW OWNED!!!
4  Clown Lashes Out at his Subscribers #*
5  Creepy Frauditor gets Roasted by Hilarious Officer
6  Denver Frauditor Cries when Officer Touches his Camera
7  DMA +4 FRAUDITORS ARRESTED!!!
8  DMA and Karen Lie and E-Beg
9  DMA and Karen try to FRAME Officer
10  DMA and News Now Ninja tried to FRAME Me
11  DMA Cries after getting Doxed by Police
12  DMA DETAINED
13  DMA gets Feeling Hurt and has a Tantrum
14  DMA gets ROASTED at the DMV
15  DMA gets ROASTED at the DMV AGAIN
16  DMA gets ROASTED by a JUDGE
17  DMA gets Shut Down by Officer
18  DMA is Very Happy with his Shirt and Threatens Lawsuits
19  DMA SPEAKS OUT!!! FRESH OUT OF JAIL!!!
20  Exclusive Interview with Frauditor DMA
21  Exposing DMA for Copyright Infringement
22  Frauditor DMA Ambushes Another Library
23  Frauditor DMA and KAREN haven MELTDOWN at Police Station
24  Frauditor DMA and SWEAT T ARRESTED on WARRANTS
25  Frauditor DMA ARREST Footage
26  Frauditor DMA Confronts the Snitch in his Organization
27  FRAUDITOR DMA FOUND GUILTY ON ALL CHARGES!!! FULL VERDICT!!!
28  Frauditor DMA gets Camera TOUCHED and CRIES A RIVER
29  Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)
30  Frauditor DMA gets EXPOSED by City Council Members
31  Frauditor DMA gets OWNED by JUDGE + Frauditors Criminal Records Exposed!!!!
32  FRAUDITOR DMA GETS PRESSED BY ANGRY PUBLIC EMPLOYEE
33  Frauditor DMA gets ROASTED at Library
34  Frauditor DMA gets ROASTED by Citizens
35  Frauditor DMA has NEW CHARGES for VIOLATING RESTRAINING ORDER
36  Frauditor DMA is DOXING a Bounty Hunter
37  FRAUDITOR DMA IS IN DENIAL AFTER BEING FOUND GUILTY!!! + MUCH MORE!!!
38  Frauditor DMA is SCARED of the Police
39  Frauditor DMA is Threatening Officers and Public Employees
40  Frauditor DMA KICKED OUT of Private Event and ROASTED
41  FRAUDITOR DMA SENTENCING DAY!!! JAIL OR NO JAIL
42  Frauditor DMA VS Judge

EXHIBIT A - Page 1 of 2

43  Frauditor DMA Whines About Jail
44  FRAUDITOR DMA WILL FACE CHARGES FOR THIS (Must Watch)
45  FRAUDITOR DRAGGED OUT BY POLICE CHIEF!!! + DMA TRIAL INFO!!! + MUCH MORE!
46  Frauditor gets Confronted at Juvenile Detention Center
47  Frauditor is Hallucinating Numbers
48  Frauditor Karen and DMA have a MELTDOWN at Police Station
49  Frauditors are Harassing Patrons at the Library Again
50  Frauditors DMA and Karen and Threatening City Council
51  Frauditors DMA and KAREN get Feelings Hurt at Traffic Stop
52  Frauditors DMA and KAREN get IGNORED and LOSE THEIR MIND
53  Frauditors DMA and Karen get ROASTED at the Post Office
54  Frauditors DMA and Karens FAIL to AMBUSH Officer
55  Frauditors DMA and Karens get ROASTED by Angry Citizen
56  Frauditors Ejected from Federal Courthouse (NEW)
57  Frauditors get Denied Entry and Start Crying
58  Frauditors Karen and DMA cause MAYHEM at City Council Meeting
59  Frauditors Karen and DMA have Meltdown at Police Station
60  FRAUDITORS PULLED OVER AT GUNPOINT
61  Interview with DMA's Nemesis
62  Legendary Officer Trolls Denver Metro Audit
63  Older Lady VS DMA
64  Petition to DEMONETIZE Frauditor DMA (Ft. Tones Overthinks It)
65  TACO TERRY ARRESTED!!!! (NEW) + DMA Criminal Record
66  UPDATE OF FRAUDITOR DMA'S SENTENCING HEARING
67  Vile Frauditor DMA EXPLOITS a Tragedy

EXHIBIT A - Page 2 of 2