UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN HUNEAULT, et al.,<br><br>Defendants. | Case No.  25-cv-04685-VKD<br><br>**ORDER DENYING DEFENDANTS'<br>ADMINISTRATIVE MOTION TO<br>STAY DISCOVERY AND TO DEFER<br>RULING ON PENDING MOTIONS**<br><br>Re: Dkt. No. 94 |

On March 12, 2026, defendants Jonathan Huneault, Nneka Ohiri, and 14693663 Canada Inc. filed an administrative motion requesting that the Court (1) stay discovery and (2) defer ruling on plaintiff's motion to strike and motion to dismiss (Dkt. Nos. 61, 64), pending resolution of defendants' motion to dismiss for *forum non conveniens* (Dkt. No. 91).  Dkt. No. 94.  Plaintiff Christopher J. Cordova opposes the motion.  Dkt. No. 98.

In the exercise of its discretion, the Court denies defendants' motion.  *See, e.g.*, *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988) ("The district court has wide discretion in controlling discovery.").  The Court has already resolved defendants' motion to dismiss plaintiff's operative complaint and set a case management schedule.  Defendants' proposed stay of discovery would not promote the just, speedy, and inexpensive determination of this action.  *See* Fed. R. Civ. P. 1

In his opposition to defendants' administrative motion, Mr. Cordova states that he "cannot determine the appropriate procedural mechanism to bring [discovery issues] before the Court," and requests a status conference.  Dkt. No. 98 at 5.  Discovery disputes must be resolved in accordance with section 4 of the Court's Standing Order for Civil Cases.  Parties who fail to

comply with the Standing Order may be subject to sanctions.

**IT IS SO ORDERED.**

Dated: March 17, 2026

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California