RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Christopher J. Cordova*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,<br><br>Defendants. | Case No. 25-cv-04685-VKD<br><br>**HON. VIRGINIA K. DEMARCHI**<br><br>**DECLARATION OF RANDALL S. NEWMAN IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS FOR FORUM NON CONVENIENS AND ALTERNATIVELY FOR AN ORDER REQUIRING PLAINTIFF TO POST SECURITY**<br><br>**HEARING:**<br>Date: April 14, 2026<br>Time: 10:00 a.m.<br>Place: 280 South 1st St.<br>Courtroom 2 (5th Floor)<br>San Jose, CA 95113 |

**Declaration of Randall S. Newman in Opposition to Defendants' Motion to Dismiss for *forum non conveniens* and alternatively for an Order Requiring Plaintiff to Post Security**

## DECLARATION OF RANDALL S. NEWMAN

I, Randall S. Newman, hereby declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney duly licensed to practice before this Court and am the attorney for Plaintiff Christopher J. Cordova ("Plaintiff"). Unless otherwise stated, I have personal knowledge of the facts stated herein and if called as a witness could competently testify thereto.

2. Plaintiff originally commenced this action on June 3, 2025 against Defendant Jonathan Hudon-Huneault ("Huneault") in connection with the YouTube channel located at https://www.youtube.com/@frauditortroll (the "Frauditor Troll Channel"). (ECF No. 1). The complaint was later amended to add Nneka Ohiri and 14693663 CANADA INC. (First Amended Complaint ("FAC") ECF No. 39).

3. Shortly after the lawsuit was filed, Plaintiff provided Defendants with notice of the action via email.

4. After receiving notice of this lawsuit, Defendant deleted more than 1,700 videos from the Frauditor Troll Channel.

5. Prior to commencing this action, Plaintiff did not create a comprehensive list of the titles of the approximately 50-100 videos Defendants created using Plaintiff's footage. This was because in the DMCA counter-notifications, Huneault repeatedly invited Plaintiff to file suit so that the parties could resolve their fair use dispute in Court, and there was no reason to anticipate that Defendants would delete the very evidence central to that dispute. (*See* FAC ¶ 58).

6. On June 21, 2025, Plaintiff filed an Ex Parte Application for a Preservation Order seeking to ensure that the relevant videos and related electronically stored information ("ESI") were preserved. (ECF No. 8). By that time, however, Defendants had already deleted virtually all of the videos from the Frauditor Troll Channel. As a result, Plaintiff was unable to identify with specificity the titles of the videos to be preserved.

7. The Court denied the application but noted that Huneault had "an existing and

1

**Declaration of Randall S. Newman in Opposition to Defendants' Motion to Dismiss for *forum non conveniens* and alternatively for an Order Requiring Plaintiff to Post Security**

well-established preservation obligation" and that failure to comply with that obligation could result in sanctions. (ECF No. 10).

8.    On October 28, 2025, the parties filed a Joint Case Management Statement. (ECF No. 37). In that filing, Defendants acknowledged that the Court had subject matter jurisdiction and that venue and personal jurisdiction were proper in the Northern District of California.

9.    On November 3, 2025, Plaintiff filed the FAC. (ECF No. 39). In the FAC, Plaintiff alleged that Defendants unlawfully obtained between fifty and one hundred of Plaintiff's works and reuploaded them to Defendants' YouTube channels with minimal transformation and that the precise number could not be determined due to Defendants' destruction of that evidence. (FAC ¶ 34, fn. 3).

10.    Plaintiff served written discovery on Defendants on November 14, November 17, and November 26, 2025. These discovery requests sought, among other things, copies of ALL the videos Defendants created using Plaintiff's copyrighted works and related metadata and ESI. Plaintiff also sought the titles of all such videos.

11.    Defendants served discovery responses on December 23, 2025. Defendants' discovery responses contained numerous objections and did not produce the requested videos.

12.    On or about January 2, 2026, Plaintiff served a Rule 45 subpoena on Google seeking copies of the deleted videos and related ESI.

13.    I was informed by Google's counsel that the deleted videos and related ESI were no longer available due to Google's data retention policies in which deleted videos and related data is retained for approximately 30 days.

14.    Google eventually produced two videos and limited ESI corresponding to videos that remained live on the Frauditor Troll channel at the time of the subpoena. One of those videos was the *Courthouse Fail* video mentioned in the FAC.

15.    On January 23, 2026, Defendants served supplemental discovery responses.

**Declaration of Randall S. Newman in Opposition to Defendants' Motion to Dismiss for *forum non conveniens* and alternatively for an Order Requiring Plaintiff to Post Security**

16. Attached hereto as **Exhibit A** is a copy of Huneault's Supplemental Responses to Plaintiff's First Set of Requests for Admissions (the "RFA Responses").

17. In the RFA Responses, Huneault admits that he deleted more than 1,700 videos from the Frauditor Troll Channel after being notified of the lawsuit. (Ex. "A", RFA Response #3).

18. Huneault admits that he retained only a single video out of the more than 1,700 videos he deleted from the Frauditor Troll Channel. (Ex. "A", RFA Response #81).

19. Huneault admits that he does not have backups of the videos he deleted. (Ex. "A", RFA Response #82).

20. Huneault admits that he deleted the 1,700 videos after receiving notice of t his lawsuit. (Ex. "A", RFA Response #83).

21. On the same day, the Court issued its order granting in part and denying in part Defendants' motion to dismiss. (ECF No. 65).

22. On January 31, 2026, Defendants' prior counsel, attorney Steven Vondran, sent an email stating that he would be sending Defendants' "initial bates stamped doc responses" and that certain files, including videos and images, could not be Bates stamped.

23. On February 2, 2026, attorney Simon Lin contacted me and advised that he would be substituting in as counsel for Defendants.

24. Shortly after receiving that email, I spoke with Mr. Vondran by telephone. During that conversation, Mr. Vondran advised that he was in the process of sending Defendants' discovery materials to Mr. Lin and that the production consisted of more than 1,000 pages of Bates-numbered documents as well as numerous videos.

25. On February 23, 2026, I requested a meet-and-confer with Mr. Lin regarding an anticipated motion under Rule 37(e) based on Defendants' deletion of relevant ESI after receiving notice of the lawsuit.

26. Mr. Lin *refused* to participate in a meet-and-confer unless Plaintiff first identified the specific videos that had been deleted.

3

**Declaration of Randall S. Newman in Opposition to Defendants' Motion to Dismiss for *forum non conveniens* and alternatively for an Order Requiring Plaintiff to Post Security**

27. Because Defendants deleted the relevant material, Plaintiff could not identify every infringing video.

28. On March 5, 2026, Defendants finally produced documents in response to Plaintiff's November 2025 discovery requests.

29. The production consisted of fewer than 300 pages of documents. Huneault produced 283 pages, Nneka Ohiri produced 6 pages and 14693663 CANADA INC. produced 8 pages. The documents produced are largely non-substantive documents.

30. Defendants **did not produce a single video,** including the videos specifically referenced in the FAC. Defendant admitted that he retained a copy of the video based on Plaintiff's *Another Chad*, yet failed to produce even that video. Defendants also failed to produce any videos they rely upon in this Motion to Dismiss.

31. The videos at issue constitute the central evidence in this case.

32. Defendants also did not produce metadata or any list identifying the titles of videos incorporating Plaintiff's works.

33. On March 11, 2026, Defendants filed a motion seeking dismissal based on forum non conveniens or, alternatively, an order requiring Plaintiff to post security for costs.

34. On March 12, 2026, Defendants asserted that their document production was complete.

35. Defendants also requested that Plaintiff identify the specific videos sought in discovery.

36. Also on March 12, 2026, Plaintiff became aware that a third-party YouTube creator had compiled a partial list of video titles that previously appeared on Defendants' Frauditor Troll YouTube channel.

37. Based on that information, Plaintiff has now been able to identify approximately 67 videos that appear to contain Plaintiff's copyrighted footage. A copy of the list of videos is attached hereto as **Exhibit "B"**.

4

**Declaration of Randall S. Newman in Opposition to Defendants' Motion to Dismiss for *forum non conveniens* and alternatively for an Order Requiring Plaintiff to Post Security**

38.    These videos correspond to the allegations in the FAC that Defendants created between fifty and one hundred infringing videos incorporating Plaintiff's work.

39.    On March 10, 2026, Defendants served Requests for Production on Plaintiff. This was the first time Defendants served any discovery on Plaintiff since the November 3, 2025 initial conference.

40.    As of the date of this declaration, Defendants have not produced any videos, including the infringing videos identified in the FAC and those identified through a third-party compilation reflecting videos incorporating Plaintiff's works. Defendants also have not produced any videos they rely upon in their Motion to Dismiss, including the video they contend shows Plaintiff granted permission to use his works, despite relying on that video to support their defenses.

41.    A true, complete, and correct copy of YouTube's article titled "YouTube videos offline FAQs", printed on March 19, 2026, from https://support.google.com/youtube/answer/7381437?hl=en&sjid=124078709165017297 46-NC#zippy=%2Cwhy-arent-my-downloaded-youtube-videos-in-my-gallery is attached hereto as **Exhibit C**.

42.    Attached hereto as **Exhibits D, E and F** are true and correct copies of agreements relating to ownership of the works at issue in this action.

43.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of March, 2026.


s/ Randall S. Newman
Randall S. Newman

5

**Declaration of Randall S. Newman in Opposition to Defendants' Motion to Dismiss for *forum non conveniens* and alternatively for an Order Requiring Plaintiff to Post Security**

Steven C. Vondran, [SBN 232337]
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Sansome St #3500,
San Francisco, California 94104
Telephone: (877) 276-5084
steve@vondranlegal.com

Attorney for Defendants and Counterclaimants: JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, and 14693663 CANADA INC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J CORDOVA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, and 14693663 CANADA INC.<br><br>Defendants. | No. 5:25-cv-04685-VKD<br><br>Judge: Honorable Virginia K. DeMarchi<br><br>**DEFENDANT JONATHAN HUDON-HUNEAULT'S RESPONSES TO PLAINTIFF'S FIRST REQUESTS FOR ADMISSIONS – SET ONE** |

**DEFENDANT JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSIONS, SET ONE**

**A. GENERAL OBJECTIONS**

Defendant JONATHAN HUNEAULT, by and through undersigned counsel, hereby responds to Plaintiff's Requests for Admission ("Requests") pursuant to Federal Rule of Civil Procedure 36.

These responses are made subject to the following general objections, statements, and qualifications, which are incorporated by reference into each individual response as though fully set forth therein. Defendant's responses are based on information presently known or reasonably available after a reasonable inquiry. Defendant reserves the right to amend or supplement these responses in accordance with the Federal Rules of Civil Procedure, applicable Local Rules of the Northern District of California, and any orders of the Court.

Defendant objects to each Request to the extent it seeks information protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity, all of which are expressly preserved. Defendant further objects to the Requests to the extent they are vague, ambiguous, compound, misleading, overbroad, unduly burdensome, assume facts not established, mischaracterize documents or testimony, seek legal conclusions, or call for speculation.

Any admission made herein is made solely for purposes of this action and shall not constitute an admission for any other purpose, nor be deemed an admission of liability, fault, or wrongdoing. Defendant's responses should not be construed as conceding the relevance, materiality, or admissibility of any matter referenced in the Requests. Defendant objects to any Request that exceeds the scope permitted by Federal Rule of Civil Procedure 26(b)(1), including Requests that are not proportional to the needs of the

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE    2

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

EXHIBIT A - Page 2 of 34

case.  The inclusion of any objection or response to a particular Request shall not be deemed awaiver of any objection to any other Request, nor a waiver of any objection on grounds not specifically stated.

## REQUESTS FOR ADMISSIONS

**REQUEST NO. 1:**

Admit that You created the YouTube channel known as Frauditor Troll.

**RESPONSE**

Admit

**REQUEST NO. 2:**

Admit that You created the YouTube channel known as Frauditor Troll 2.

**RESPONSE**

Admit

**REQUEST NO. 3:**

Admit that You operated the Frauditor Troll Channel during the Relevant Time Period.

**RESPONSE**

Admit

**REQUEST NO. 4:**

Admit that You had access to the Frauditor Troll Channel during the Relevant Time Period.

**RESPONSE**

Admit

**REQUEST NO. 5:**

Admit that You Downloaded at least one video from the DMA Channel during the Relevant Time Period.

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE        3

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**RESPONSE**

Denied, to the best of my knowledge and memory I only used a screen recording software on DMA's videos

**REQUEST NO. 6:**

Admit that You Downloaded multiple videos from the DMA Channel during the Relevant Time Period.

**RESPONSE**

Denied, to the best of my knowledge and memory I only used a screen recording software on DMA's videos

**REQUEST NO. 7:**

Admit that You Downloaded more than ten videos from the DMA Channel during the Relevant Time Period.

**RESPONSE**

Denied, to the best of my knowledge and memory I only used a screen recording software on DMA's videos

**REQUEST NO. 8:**

Admit that You Downloaded more than twenty videos from the DMA Channel during the Relevant Time Period.

**RESPONSE**

Denied, to the best of my knowledge and memory I only used a screen recording software on DMA's videos

**REQUEST NO. 9:**

Admit that You Downloaded more than fifty videos from the DMA Channel during the Relevant Time period

**RESPONSE**

Denied, to the best of my knowledge and memory I only used a screen recording software on DMA's videos

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE          4

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 10:**

Admit that You used portions of videos You obtained from the DMA Channel in videos You posted to the Frauditor Troll Channel.

**RESPONSE**

Admit

**REQUEST NO. 11:**

Admit that You used portions of videos You obtained from the DMA Channel in videos You posted to the Frauditor Troll Channel without Plaintiff's permission.

**RESPONSE**

Denied, I had his permission

**REQUEST NO. 12:**

Admit that You used portions of videos You obtained from the DMA Channel in videos You posted to the Frauditor Troll Channel without paying any licensing fee.

**RESPONSE**

Admit

**REQUEST NO. 13:**

Admit that You used portions of videos You obtained from the DMA Channel in videos You posted to the Frauditor Troll Channel while Your videos were monetized.

**RESPONSE**

Admit

**REQUEST NO. 14:**

Admit that You earned advertising revenue from videos posted to the Frauditor Troll Channel that contained portions of Plaintiff's videos.

**RESPONSE**

Admit

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE

5

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 15:**

Admit that Your video titled *Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)* contains uninterrupted segments of Plaintiff's video titled *ANOTHER CHAD EXPOSED!!! Worthless Denver Cops...ASSAULTED!!!* longer than 60 seconds.

**RESPONSE**

Admit

**REQUEST NO. 16:**

Admit that Your video titled *Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)* contains uninterrupted segments of Plaintiff's video titled *ANOTHER CHAD EXPOSED!!! Worthless Denver Cops...ASSAULTED!!!* longer than 120 seconds.

**RESPONSE**

Admit

**REQUEST NO. 17:**

Admit that Your video titled *Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)* contains uninterrupted segments of Plaintiff's video titled *ANOTHER CHAD EXPOSED!!! Worthless Denver Cops...ASSAULTED!!!* longer than 180 seconds.

**RESPONSE**

Admit

**REQUEST NO. 18:**

Admit that Your video titled *Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)* contains uninterrupted segments of Plaintiff's video titled *ANOTHER CHAD EXPOSED!!! Worthless Denver Cops...ASSAULTED!!!* longer than 240 seconds.

**RESPONSE**

Admit

**REQUEST NO. 19:**

Admit that Your video titled *Frauditors Ejected from Federal Courthouse (NEW)* contains uninterrupted segments of Plaintiff's video titled *FEDERAL COURTHOUSE*

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE

6

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

*FAIL!!! Threatened with arrest for recording and not one officer identifies!* longer than 60 seconds.

**RESPONSE**

Admit

**REQUEST NO. 20:**

Admit that Your video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER* contains uninterrupted segments of Plaintiff's video titled *ANGRY MOB AT BELMAR LIBRARY!!! "CALL 911!"* longer than 60 seconds.

**RESPONSE**

I cannot admit or deny as I do not have a copy of this video, once I obtain a copy through discovery I will be able to admit or deny

**REQUEST NO. 21:**

Admit that Your video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER* contains uninterrupted segments of Plaintiff's video titled *ANGRY MOB AT BELMAR LIBRARY!!! "CALL 911!"* longer than 120 seconds.

**RESPONSE**

I cannot admit or deny as I do not have a copy of this video, once I obtain a copy through discovery I will be able to admit or deny

**REQUEST NO. 22:**

Admit that Your video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER* contains uninterrupted segments of Plaintiff's video titled *ANGRY MOB AT BELMAR LIBRARY!!! "CALL 911!"* longer than 180 seconds.

**RESPONSE**

I cannot admit or deny as I do not have a copy of this video, once I obtain a copy through discovery I will be able to admit or deny

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE            7

**REQUEST NO. 23:**

Admit that Your video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER* contains uninterrupted segments of Plaintiff's video titled *ANGRY MOB AT BELMAR LIBRARY!!! "CALL 911!"* longer than 240 seconds.

**RESPONSE**

I cannot admit or deny as I do not have a copy of this video, once I obtain a copy through discovery I will be able to admit or deny

**REQUEST NO. 24:**

Admit that Your video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER* contains uninterrupted segments of Plaintiff's video titled *ANGRY MOB AT BELMAR LIBRARY!!! "CALL 911!"* longer than 300 seconds.

**RESPONSE**

I cannot admit or deny as I do not have a copy of this video, once I obtain a copy through discovery I will be able to admit or deny

**REQUEST NO. 25:**

Admit that Your video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER* contains uninterrupted segments of Plaintiff's video titled *ANGRY MOB AT BELMAR LIBRARY!!! "CALL 911!"* longer than 360 seconds.

**RESPONSE**

I cannot admit or deny as I do not have a copy of this video, once I obtain a copy through discovery I will be able to admit or deny

**REQUEST NO. 26:**

Admit that at least one video you posted to the Frauditor Troll Channel includes an uninterrupted segment of footage You obtained from the DMA Channel longer than five minutes.

**RESPONSE**

I cannot admit or deny as I do not have a copy of all the videos at issue, once I obtain a copy through discovery I will be able to admit or deny

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE                    8

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

EXHIBIT A - Page 8 of 34

**REQUEST NO. 27:**

Admit that You have posted videos to the Frauditor Troll Channel containing more than ten minutes of footage You obtained from the DMA Channel.

**RESPONSE**

Admit

**REQUEST NO. 28:**

Admit that You have posted videos to the Frauditor Troll Channel containing more than fifteen minutes of footage You obtained from the DMA Channel.

**RESPONSE**

Admit

**REQUEST NO. 29:**

Admit that You have posted videos to the Frauditor Troll Channel containing more than twenty minutes of footage You obtained from the DMA Channel.

**RESPONSE**

Admit

**REQUEST NO. 30:**

Admit that You have posted videos to the Frauditor Troll Channel containing more than twenty-five minutes of footage You obtained from the DMA Channel.

**RESPONSE**

Admit

**REQUEST NO. 31:**

Admit that You have posted videos to the Frauditor Troll Channel containing more than thirty minutes of footage You obtained from the DMA Channel.

**RESPONSE**

Admit

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE                    9

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 32:**

Admit that You have posted videos to the Frauditor Troll Channel containing more than thirty-five minutes of footage You obtained from the DMA Channel.

**RESPONSE**

Admit

**REQUEST NO. 33:**

Admit that You have posted videos to the Frauditor Troll Channel containing more than forty minutes of footage You obtained from the DMA Channel.

**RESPONSE**

Admit

**REQUEST NO. 34:**

Admit that You never obtained a license from Plaintiff to use any portion of the videos on the DMA Channel.

**RESPONSE**

Deny, I had verbal and written permission

**REQUEST NO. 35:**

Admit that You never obtained permission from Plaintiff to use any portion of the videos on the DMA Channel.

**RESPONSE**

Deny, I had verbal and written permission

**REQUEST NO. 36:**

Admit that You never communicated with Plaintiff regarding the use of the videos on the DMA Channel before using those videos.

**RESPONSE**

Denied, on my livestream in July 2022 I informed Plaintiff that I was routinely using his footage for my videos and he confirmed that he was aware and gave me consent

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE            10

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

EXHIBIT A - Page 10 of 34

**REQUEST NO. 37:**

Admit that You never informed Plaintiff that You intended to use videos from the DMA Channel on the Frauditor Troll Channel.

**RESPONSE**

Denied, on my livestream in July 2022 I informed Plaintiff that I was routinely using his footage for my videos and he confirmed that he was aware and gave me consent

**REQUEST NO. 38:**

Admit that in the video titled *Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)*, You did not include commentary criticizing the video titled *ANOTHER CHAD EXPOSED!!! Worthless Denver Cops…ASSAULTED!!!* itself.

**RESPONSE**

Denied, I always criticize all aspects of the video.

**REQUEST NO. 39:**

Admit that in the video titled *Frauditor DMA Gets Confronted by Angry Citizen (Hilarious),* You did not include commentary analyzing the video titled *ANOTHER CHAD EXPOSED!!! Worthless Denver Cops…ASSAULTED!!!* itself.

**RESPONSE**

Denied, I always criticize all aspects of the video.

**REQUEST NO. 40:**

Admit that Your commentary in the video titled *Frauditor DMA Gets Confronted by Angry Citizen (Hilarious),* did not reference or criticize Plaintiff's editing choices in the video titled *ANOTHER CHAD EXPOSED!!! Worthless Denver Cops…ASSAULTED!!!*

**RESPONSE**

Admit, in that specific video I was criticizing his behavior and mocking him through a parody

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE          11

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

EXHIBIT A - Page 11 of 34

**REQUEST NO. 41:**

Admit that in the video titled *Frauditors Ejected from Federal Courthouse (NEW)*, You did not include commentary criticizing the video titled *FEDERAL COURTHOUSE FAIL!!! Threatened with arrest for recording and not one officer identifies!* itself.

**RESPONSE**

Deny

**REQUEST NO. 42:**

Admit that in the video titled *Frauditors Ejected from Federal Courthouse (NEW),* You did not include commentary analyzing the video titled *FEDERAL COURTHOUSE FAIL!!! Threatened with arrest for recording and not one officer identifies!* itself.

**RESPONSE**

Deny

**REQUEST NO. 43:**

Admit that Your commentary in the video titled *Frauditors Ejected from Federal Courthouse (NEW)* did not reference or criticize Plaintiff's editing choices in the video titled *FEDERAL COURTHOUSE FAIL!!! Threatened with arrest for recording and not one officer identifies!*

**RESPONSE**

Admit, in that specific video I was criticizing his behavior and mocking him through a parody

**REQUEST NO. 44:**

Admit that in the video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER*, You did not include commentary criticizing the video titled *ANGRY MOB AT BELMAR LIBRARY!!! "CALL 911!"* itself.

**RESPONSE**

Deny

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE

12

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 45:**

Admit that in the video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER,* You did not include commentary analyzing the video titled *ANGRY MOB AT BELMAR LIBRARY!!! "CALL 911!"* itself.

**RESPONSE**

Deny

**REQUEST NO. 46:**

Admit that Your commentary in the video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER* did not reference or criticize Plaintiff's editing choices in *ANGRY MOB AT BELMAR LIBRARY!!! "CALL 911!"*.

**RESPONSE**

Admit, in that specific video I was criticizing his behavior and mocking him through a parody

**REQUEST NO. 47:**

Admit that You stated publicly that the videos on the Frauditor Troll Channel are satire.

**RESPONSE**

Admit

**REQUEST NO. 48:**

Admit that You stated publicly that the videos on the Frauditor Troll Channel are parody.

**RESPONSE**

Admit

**REQUEST NO. 49:**

Admit that You stated publicly that the videos on the Frauditor Channel were intended to "expose" First Amendment auditors.

**RESPONSE**

Admit

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE        13

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 50:**

Admit that Your commentary in videos containing footage You obtained from the DMA Channel and posted to the Frauditor Troll Channel was primarily personal criticism of Plaintiff.

**RESPONSE**

Deny, I was also commenting on, and criticizing his actions, his activism and everything in the video.

**REQUEST NO. 51:**

Admit that Your commentary in videos containing footage You obtained from the DMA Channel and posted to the Frauditor Troll Channel does not appear continuously throughout the videos.

**RESPONSE**

Denied, my commentary appears at regular intervals during the video

**REQUEST NO. 52:**

Admit that You posted at least one video containing footage You obtained from the DMA Channel after receiving a DMCA Takedown Notice Plaintiff submitted to YouTube.

**RESPONSE**

Admit

**REQUEST NO. 53:**

Admit that You submitted a DMCA Counter-Notice to YouTube for at least one video containing footage You obtained from the DMA Channel.

**RESPONSE**

Admit

**REQUEST NO. 54:**

Admit that You submitted multiple DMCA Counter-Notices to YouTube for videos containing footage You obtained from the DMA Channel.

**RESPONSE**

Admit

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE    14

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 55:**

Admit that You knew filing a DMCA Counter-Notice to YouTube would require them to restore your video unless Plaintiff filed a lawsuit.

**RESPONSE**

Admit

**REQUEST NO. 56:**

Admit that You publicly stated that the purpose of filing the DMCA Counter-Notices was to restore Your videos.

**RESPONSE**

Admit, that is exactly the purpose of a counter notification in youtube's definition

**REQUEST NO. 57:**

Admit that You did not file a lawsuit against Plaintiff asserting fair use before using footage You obtained from the DMA Channel.

**RESPONSE**

I cannot admit or deny to this question because it does not make legal or logical sense. Fair use determinations are not done prior to posting a video. Filing a lawsuit is not required to make a fair use video. I will answer once plaintiff rephrases this question.

**REQUEST NO. 58:**

Admit that You had no written analysis of fair use relating to the video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER* prior to posting that video to the Frauditor Troll Channel.

**RESPONSE**

Admit, I do all my fair use analysis in my head.

**REQUEST NO. 59:**

Admit that You had no written analysis of fair use relating to the video titled *Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)* prior to posting that video to the Frauditor Troll Channel.

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE                15

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**RESPONSE**

Admit, I do all my fair use analysis in my head.

**REQUEST NO. 60:**

Admit that You had no written analysis of fair use relating to the video titled *Frauditors Ejected from Federal Courthouse (NEW)* prior to posting that video to the Frauditor Troll Channel.

**RESPONSE**

Admit, I do all my fair use analysis in my head.

**REQUEST NO. 61:**

Admit that You had no written analysis of fair use relating to the video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER* prior to submitting a DMCA Counter-Notice to YouTube in response to Plaintiff's DMCA Takedown Notice.

**RESPONSE**

Admit, I do all my fair use analysis in my head.

**REQUEST NO. 62:**

Admit that You had no written analysis of fair use relating to the video titled *Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)* prior to submitting a DMCA Counter-Notice to YouTube in response to Plaintiff's DMCA Takedown Notice.

**RESPONSE**

Admit, I do all my fair use analysis in my head.

**REQUEST NO. 63:**

Admit that You had no written analysis of fair use relating to the video titled *Frauditors Ejected from Federal Courthouse (NEW)* prior to submitting a DMCA Counter-Notice to YouTube in response to Plaintiff's DMCA Takedown Notice.

**RESPONSE**

Admit, I do all my fair use analysis in my head.

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE    16

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 64:**

Admit that at the time You received Plaintiff's DMCA Takedown Notice for the video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER*, You did not have any downloaded copy of that video in Your possession, custody or control.

**RESPONSE**

Admit

**REQUEST NO. 65:**

Admit that when You submitted a DMCA Counter-Notice to YouTube for the video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER*, You did not have any downloaded copy of the video in Your possession, custody or control.

**RESPONSE**

Admit

**REQUEST NO. 66:**

Admit that at the time You received Plaintiff's DMCA Takedown Notice for the video titled *Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)*, You did not have any downloaded copy of that video in Your possession, custody or control.

**RESPONSE**

Admit

**REQUEST NO. 67:**

Admit that when You submitted a DMCA Counter-Notice to YouTube for the video titled *Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)*, You did not have any downloaded copy of the video in Your possession, custody or control.

**RESPONSE**

Admit

**REQUEST NO. 68:**

Admit that at the time You received Plaintiff's DMCA Takedown Notice for the video titled *Frauditors Ejected from Federal Courthouse (NEW)*, You did not have any downloaded copy of that video in Your possession, custody or control.

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**RESPONSE**

Admit

**REQUEST NO. 69:**

Admit that when You submitted a DMCA Counter-Notice to YouTube for the video titled *Frauditors Ejected from Federal Courthouse (NEW)*, You did not have any downloaded copy of the video in Your possession, custody or control.

**RESPONSE**

Admit

**REQUEST NO. 70:**

Admit that You did not obtain legal advice from a lawyer licensed in the United States regarding fair use before using videos You obtained from the DMA Channel in videos You uploaded to the Frauditor Troll Channel.

**RESPONSE**

Admit, I obtained legal advice from a Canadian lawyer familiar with fair use and US laws

**REQUEST NO. 71:**

Admit that You deleted at least one video from the Frauditor Troll Channel after You became aware of this lawsuit.

**RESPONSE**

Admit

**REQUEST NO. 72:**

Admit that You deleted multiple videos from the Frauditor Troll Channel after You became aware of this lawsuit.

**RESPONSE**

Admit

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE      18

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 73:**

Admit that You deleted at least one video containing footage You obtained from the DMA Channel after You became aware of this lawsuit.

**RESPONSE**

Admit

**REQUEST NO. 74:**

Admit that You deleted more than ten videos from the Frauditor Troll Channel after You became aware of this lawsuit.

**RESPONSE**

Admit

**REQUEST NO. 75:**

Admit that You deleted more than fifty videos from the Frauditor Troll Channel after You became aware of this lawsuit.

**RESPONSE**

Admit

**REQUEST NO. 76:**

Admit that You deleted more than one hundred videos from the Frauditor Troll Channel after You became aware of this lawsuit.

**RESPONSE**

Admit

**REQUEST NO. 77:**

Admit that You deleted more than five hundred videos from the Frauditor Troll Channel after You became aware of this lawsuit.

**RESPONSE**

Admit

**REQUEST NO. 78**

Admit that You deleted more than one thousand videos from the Frauditor Troll Channel after You became aware of this lawsuit.

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE          19

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**RESPONSE**

Admit

**REQUEST NO. 79:**

Admit that You deleted more than 1,500 videos from the Frauditor Troll Channel after You became aware of this lawsuit.

**RESPONSE**

Admit

**REQUEST NO. 80:**

Admit that You deleted more than 1,700 videos from the Frauditor Troll Channel after You became aware of this lawsuit.

**RESPONSE**

Admit

**REQUEST NO. 81:**

Admit that you have no copies of the videos You deleted from the Frauditor Troll Channel after You became aware of this lawsuit.

**RESPONSE**

Denied, I saved a copy of the only video that was at Issue at the time of becoming aware of the lawsuit

**REQUEST NO. 82:**

Admit that you made no backups of the videos You deleted from the Frauditor Troll Channel after You became aware of this lawsuit.

**RESPONSE**

Deny, I made a backup of the only video that was at Issue at the time of becoming aware of the lawsuit

**REQUEST NO. 83:**

Admit that You deleted the videos from the Frauditor Troll Channel after receiving notice of this lawsuit.

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE        20

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**RESPONSE**

Admit

**REQUEST NO. 84:**

Admit that You have used software capable of Downloading videos from YouTube.

**RESPONSE**

Denied During the relevant time period relating to the claims in the lawsuit, I only used the screen recording feature in power director

**REQUEST NO. 85:**

Admit that You used software to Download Plaintiff's videos from the DMA Channel

**RESPONSE**

Denied, to the best of my knowledge and memory I only used screen recording softwares to use DMA's videos

**REQUEST NO. 86:**

Admit that You used a tool capable of bypassing YouTube's rolling cipher to Download videos from the DMA Channel.

**RESPONSE**

Denied

**REQUEST NO. 87:**

Admit that You communicated with other YouTube creators about filing DMCA Counter-Notices.

**RESPONSE**

Admit

**REQUEST NO. 88:**

Admit that You communicated with other YouTube creators about avoiding channel termination.

**RESPONSE**

Admit

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE          21

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 89:**

Admit that You provided DMCA Counter-Notice templates to other YouTube creators.

**RESPONSE**

Admit

**REQUEST NO. 90:**

Admit that You posted a video titled *How to do Fair Use Properly and Avoid Copyright Strikes* to the Frauditor Troll Channel on May 24, 2022.

**RESPONSE**

Admit, I was uninformed at the time and with more research my understanding of fair use and the four factors expanded and I understood that my assertions were wrong, and too generic.

**REQUEST NO. 91:**

Admit that in the video titled *How to do Fair Use Properly and Avoid Copyright Strikes*, You said that a "good amount of commentary is about 40 seconds to every minute so you say a little comment every minute that way you'll be safe."

**RESPONSE**

Admit, I was uninformed at the time and with more research my understanding of fair use and the four factors expanded and I understood that my assertions were wrong, and too generic.

**REQUEST NO. 92:**

Admit that in the video titled *How to do Fair Use Properly and Avoid Copyright Strikes*, You advised other creators to pad videos with intros and outros in order to "increase the proportion of time that is something else than one specific video."

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE    22

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

EXHIBIT A - Page 22 of 34

**RESPONSE**

Admit, I was uninformed at the time and with more research my understanding of fair use and the four factors expanded and I understood that my assertions were wrong, and too generic.

**REQUEST NO. 93:**

Admit that in the video titled *How to do Fair Use Properly and Avoid Copyright Strikes*, You said that in making a fair use video the goal is to use "less than fifty percent of a specific video."

**RESPONSE**

Admit, I was uninformed at the time and with more research my understanding of fair use and the four factors expanded and I understood that my assertions were wrong, and too generic.

**REQUEST NO. 94:**

Admit that in the video titled *How to do Fair Use Properly and Avoid Copyright Strikes*, You said that if you are "only using 30% of someone's video, you are very unlikely to get a copyright strike."

**RESPONSE**

Admit, I was uninformed at the time and with more research my understanding of fair use and the four factors expanded and I understood that my assertions were wrong, and too generic.

**REQUEST NO. 95:**

Admit that in the video titled *How to do Fair Use Properly and Avoid Copyright Strikes*, You said that a "good amount of commentary is about 40 seconds to every minute so you say a little comment every minute that way you'll be safe."

**RESPONSE**

Admit, I was uninformed at the time and with more research my understanding of fair use and the four factors expanded and I understood that my assertions were wrong, and too generic.

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE                    23

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 96:**

Admit that You communicated with other YouTube creators about using videos posted to the DMA Channel.

**RESPONSE**

Denied

**REQUEST NO. 97:**

Admit that You communicated with Ohiri concerning use of videos You obtained from the DMA Channel.

**RESPONSE**

Admit

**REQUEST NO. 98:**

Admit that You communicated with Ohiri concerning DMCA Takedown Notices Plaintiff submitted to YouTube.

**RESPONSE**

Denied, I was in charge of the dmca takedowns and counter notifications

**REQUEST NO. 99:**

Admit that you communicated with Ohiri concerning the filing of DMCA Counter-Notices in response to DMCA Takedown Notices Plaintiff submitted to YouTube.

**RESPONSE**

Denied, I was in charge of the dmca takedowns and counter notifications

**REQUEST NO. 100:**

Admit that You communicated with Ohiri concerning this lawsuit.

**RESPONSE**

Admit

**REQUEST NO. 101:**

Admit that prior to June 6, 2025, there was no written agreement between Canada Inc. and YouTube regarding the ownership of the Frauditor Troll Channel.

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE                24

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

EXHIBIT A - Page 24 of 34

**RESPONSE**

Deny

**REQUEST NO. 102:**

Admit that Your address on the DMCA Counter-Notices You submitted to YouTube in response to Plaintiff's DMCA Takedown Notices was not your actual physical residential address.

**RESPONSE**

Admit, plaintiff is a known doxer and I did not want to jeopardize my family's safety so I used a mail forwarding service

**REQUEST NO. 103:**

Admit that You used a virtual mailbox service in connection with the address listed on your DMCA Counter-Notices submitted to YouTube in response to DMCA Takedown Notices Plaintiff submitted to YouTube.

**RESPONSE**

Admit, plaintiff is a known doxer and I did not want to jeopardize my family's safety so I used a mail forwarding service

**REQUEST NO. 104:**

Admit that You have used more than one email address to operate the Frauditor Troll Channel.

**RESPONSE**

Deny

**REQUEST NO. 105:**

Admit that You operated at least one YouTube account under an alias.

**RESPONSE**

Admit, none of my youtube channels have my real name so technically they are all aliases

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE    25

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 106:**

Admit that You posted comments to the DMA Channel under a YouTube account that is not publicly associated with Your name.

**RESPONSE**

Admit, I used the Frauditor troll account which was not publicly associated with my name

**REQUEST NO. 107:**

Admit that You created and/or used sock accounts to comment on videos on the DMA Channel.

**RESPONSE**

Deny

**REQUEST NO. 108:**

Admit that during the Relevant Time Period You knew YouTube's Terms of Service prohibit uploading copyrighted content to the Frauditor Troll Channel without permission.

**RESPONSE**

Admit, and youtube also informed that fair use videos are allowed and legal

**REQUEST NO. 109:**

Admit that during the Relevant Time Period You knew YouTube's Terms of Service prohibit Downloading videos from the DMA Channel.

**RESPONSE**

Deny

**REQUEST NO. 110:**

Admit that during the Relevant Time Period You knew YouTube's Terms of Service prohibit filing false counter-notices.

**RESPONSE**

Admit

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE          26

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 111:**

Admit that You knew that You were required to have a good-faith belief that material was removed by mistake before submitting a DMCA Counter-Notice to YouTube.

**RESPONSE**

Admit

**REQUEST NO. 112:**

Admit that You did not have a good-faith belief that Your use of the footage You obtained from the DMA Channel was authorized by law.

**RESPONSE**

Deny, the videos were fair use and we had permission

**REQUEST NO. 113:**

Admit that You understood that submitting a DMCA Counter-Notice to YouTube required YouTube to provide Your name and address to the copyright claimant.

**RESPONSE**

Admit

**REQUEST NO. 114:**

Admit that You understood Plaintiff would receive the address and contact information You provided to YouTube in the DMCA Counter-Notices You submitted to YouTube in response to Plaintiff's DMCA Takedown Notices.

**RESPONSE**

Admit

**REQUEST NO. 115:**

Admit that You intended the DMCA Counter-Notices You submitted to YouTube to result in the restoration of your videos.

**RESPONSE**

Admit

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE                27

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 116:**

Admit that You intended YouTube to restore Your videos to the Frauditor Troll Channel even though they contained Plaintiff's copyrighted footage.

**RESPONSE**

Admit, my videos were fair use and I wanted YouTube to reinstate them

**REQUEST NO. 117:**

Admit that Your use of footage obtained from the DMA Channel was for the purpose of entertaining the Frauditor Troll Channel's audience.

**RESPONSE**

Admit

**REQUEST NO. 118:**

Admit that your use of Plaintiff's footage increased the Frauditor Troll Channel's viewership.

**RESPONSE**

Admit all videos on my channel increase viewership whether they have plaintiff's footage or not.

**REQUEST NO. 119:**

Admit that Your use of footage You obtained from the DMA Channel increased the Frauditor Troll Channel's ad revenue.

**RESPONSE**

Admit

**REQUEST NO. 120:**

Admit that at least one of the videos You posted to the Frauditor Troll Channel that included footage You obtained from the DMA Channel exceeded 100,000 views.

**RESPONSE**

I cannot admit or deny since I do not have that information but it is quite possible

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE          28

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 121:**

Admit that You have no written document granting You permission to use any footage posted to the DMA Channel on the Frauditor Troll Channel.

**RESPONSE**

Deny, I have his written permission

**REQUEST NO. 122:**

Admit that You have no email granting You permission to use any footage posted to the DMA Channel on the Frauditor Troll Channel.

**RESPONSE**

Admit, permission was given verbally and in several youtube comments left on my livestream

**REQUEST NO. 123:**

Admit that You have no oral agreement with Plaintiff allowing You to use any footage posted to the DMA Channel on the Frauditor Troll Channel.

**RESPONSE**

Deny, we have a verbal agreement

**REQUEST NO. 124:**

Admit that You used footage You obtained from the DMA Channel in videos You posted to the Frauditor Troll Channel because it was popular with your audience.

**RESPONSE**

Deny, the videos containing DMA's footage was not more popular than the videos exposing other criminals

**REQUEST NO. 125:**

Admit that You used footage You obtained from the DMA Channel because it increased engagement metrics.

**RESPONSE**

Denied, I used his footage because it was the only source available to do a proper parody video

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE          29

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 126:**

Admit that You used footage You obtained from the DMA Channel because You lacked original content for the Frauditor Troll Channel.

**RESPONSE**

Deny

**REQUEST NO. 127:**

Admit that the videos You post to the Frauditor Channel depend on using footage created by others.

**RESPONSE**

Deny, I have plenty of videos that perform very well without using anyone's footage

**REQUEST NO. 128:**

Admit that You cannot create the same content without using Plaintiff's videos.

**RESPONSE**

Admit, I needed the plaintiff's content to criticize him. If the same content was available elsewhere, I always used the alternative.

**REQUEST NO. 129:**

Admit that if You did not use videos You obtained from the DMA Channel, the Frauditor Troll Channel would have fewer views.

**RESPONSE**

Denied, I would of replaced those videos with other ones

**REQUEST NO. 130:**

Admit that the video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER* earned advertising revenue.

**RESPONSE**

Admit

**REQUEST NO. 131:**

Admit that the video titled *Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)* earned advertising revenue.

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE          30

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**RESPONSE**

Admit

**REQUEST NO. 132:**

Admit that the video titled *Frauditors Ejected from Federal Courthouse (NEW)* earned advertising revenue.

**RESPONSE**

Admit

**REQUEST NO. 133:**

Admit that You received payment from YouTube for advertising revenue for the video titled *Frauditor DMA gets Camera Touched and CRIES A RIVER*.

**RESPONSE**

Admit

**REQUEST NO. 134:**

Admit that You received payment from YouTube for advertising revenue for the video titled *Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)*.

**RESPONSE**

Admit

**REQUEST NO. 135:**

Admit that You received payment from YouTube for advertising revenue for the video titled *Frauditors Ejected from Federal Courthouse (NEW)*.

**RESPONSE**

Admit

**REQUEST NO. 136:**

Admit that advertising revenue paid by YouTube for videos on the Frauditor Troll Channel was deposited into a bank account owned or controlled by Canada Inc.

**RESPONSE**

Admit

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE

31

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**REQUEST NO. 137:**

Admit that You control the Canada Inc. bank account that received advertising revenue from YouTube.

**RESPONSE**

Admit

**REQUEST NO. 138:**

Admit that You personally benefited from revenue received by Canada Inc. from YouTube.

**RESPONSE**

Admit

**REQUEST NO. 139:**

Admit that one purpose of posting videos containing footage obtained from the DMA Channel was to increase advertising revenue.

**RESPONSE**

Admit, that was one of the purpose

**REQUEST NO. 140:**

Admit that Canada Inc. had no employees during the Relevant Time Period other than You and Ohiri.

**RESPONSE**

Admit

**REQUEST NO. 141:**

Admit that Canada Inc. had no employees during the Relevant Time Period.

**RESPONSE**

Admit

**REQUEST NO. 142:**

Admit that Canada Inc. had no business operations during the Relevant Time Period other than operating a bank account.

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE    32

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

EXHIBIT A - Page 32 of 34

**RESPONSE**

Deny

DATED: January 23, 2026

**THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.**

By: /s/ Steven C. Vondran, Esq.

Steven C. Vondran, [SBN 232337]
*Attorney for Defendants and Counterclaimants*

JONATHAN HUDON-HUNEAULT; NNEKA OHIRI AND
14693663 CANADA INC.
One Sansome Street, Sansome St #3500, San Francisco,
California 94104
Telephone: (877) 276-5084
E-mail: steve@vondranlegal.com

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE                33

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

**VERIFICATION**

I, Jonathan Hudon-Huneault, am the Defendant in this matter and I am familiar with the responses to this discovery request **(request for admissions)** and the foregoing responses are true and correct to the best of my knowledge except as to those matters stated on information and belief, and to those matters I believe them to be true.  I declare so under the laws of perjury of the United States of America.

EXECUTED on January 23, 2026

AT: _____Ontario Canada_____

_Jonathan Hudon-Huneault_

_____

Jonathan Hudon-Huneault, Declarant

JONATHAN HUNEAULT RESPONSE TO REQUEST FOR ADMISSION SET ONE       34

Doc ID: 8e720e0657d2967ab9fb94ab6b22031090e36a18

EXHIBIT A - Page 34 of 34

**TITLE OF DEFENDANTS' VIDEO INCORPORATING PLAINTIFF'S FOOTAGE**

1  Angry Crowd RETALIATES Against DMA and Karens
2  Calling out DMA the COWARD
3  CITIZENS RETALIATE AGAINST FRAUDITORS!!! DMA, KAREN AND CREW OWNED!!!
4  Clown Lashes Out at his Subscribers #*
5  Creepy Frauditor gets Roasted by Hilarious Officer
6  Denver Frauditor Cries when Officer Touches his Camera
7  DMA +4 FRAUDITORS ARRESTED!!!
8  DMA and Karen Lie and E-Beg
9  DMA and Karen try to FRAME Officer
10  DMA and News Now Ninja tried to FRAME Me
11  DMA Cries after getting Doxed by Police
12  DMA DETAINED
13  DMA gets Feeling Hurt and has a Tantrum
14  DMA gets ROASTED at the DMV
15  DMA gets ROASTED at the DMV AGAIN
16  DMA gets ROASTED by a JUDGE
17  DMA gets Shut Down by Officer
18  DMA is Very Happy with his Shirt and Threatens Lawsuits
19  DMA SPEAKS OUT!!! FRESH OUT OF JAIL!!!
20  Exclusive Interview with Frauditor DMA
21  Exposing DMA for Copyright Infringement
22  Frauditor DMA Ambushes Another Library
23  Frauditor DMA and KAREN haven MELTDOWN at Police Station
24  Frauditor DMA and SWEAT T ARRESTED on WARRANTS
25  Frauditor DMA ARREST Footage
26  Frauditor DMA Confronts the Snitch in his Organization
27  FRAUDITOR DMA FOUND GUILTY ON ALL CHARGES!!! FULL VERDICT!!!
28  Frauditor DMA gets Camera TOUCHED and CRIES A RIVER
29  Frauditor DMA Gets Confronted by Angry Citizen (Hilarious)
30  Frauditor DMA gets EXPOSED by City Council Members
31  Frauditor DMA gets OWNED by JUDGE + Frauditors Criminal Records Exposed!!!!
32  FRAUDITOR DMA GETS PRESSED BY ANGRY PUBLIC EMPLOYEE
33  Frauditor DMA gets ROASTED at Library
34  Frauditor DMA gets ROASTED by Citizens
35  Frauditor DMA has NEW CHARGES for VIOLATING RESTRAINING ORDER
36  Frauditor DMA is DOXING a Bounty Hunter
37  FRAUDITOR DMA IS IN DENIAL AFTER BEING FOUND GUILTY!!! + MUCH MORE!!!
38  Frauditor DMA is SCARED of the Police
39  Frauditor DMA is Threatening Officers and Public Employees
40  Frauditor DMA KICKED OUT of Private Event and ROASTED
41  FRAUDITOR DMA SENTENCING DAY!!! JAIL OR NO JAIL
42  Frauditor DMA VS Judge

EXHIBIT B - Page 1 of 2

43  Frauditor DMA Whines About Jail
44  FRAUDITOR DMA WILL FACE CHARGES FOR THIS (Must Watch)
45  FRAUDITOR DRAGGED OUT BY POLICE CHIEF!!! + DMA TRIAL INFO!!! + MUCH MORE!
46  Frauditor gets Confronted at Juvenile Detention Center
47  Frauditor is Hallucinating Numbers
48  Frauditor Karen and DMA have a MELTDOWN at Police Station
49  Frauditors are Harassing Patrons at the Library Again
50  Frauditors DMA and Karen and Threatening City Council
51  Frauditors DMA and KAREN get Feelings Hurt at Traffic Stop
52  Frauditors DMA and KAREN get IGNORED and LOSE THEIR MIND
53  Frauditors DMA and Karen get ROASTED at the Post Office
54  Frauditors DMA and Karens FAIL to AMBUSH Officer
55  Frauditors DMA and Karens get ROASTED by Angry Citizen
56  Frauditors Ejected from Federal Courthouse (NEW)
57  Frauditors get Denied Entry and Start Crying
58  Frauditors Karen and DMA cause MAYHEM at City Council Meeting
59  Frauditors Karen and DMA have Meltdown at Police Station
60  FRAUDITORS PULLED OVER AT GUNPOINT
61  Interview with DMA's Nemesis
62  Legendary Officer Trolls Denver Metro Audit
63  Older Lady VS DMA
64  Petition to DEMONETIZE Frauditor DMA (Ft. Tones Overthinks It)
65  TACO TERRY ARRESTED!!!! (NEW) + DMA Criminal Record
66  UPDATE OF FRAUDITOR DMA'S SENTENCING HEARING
67  Vile Frauditor DMA EXPLOITS a Tragedy

EXHIBIT B - Page 2 of 2

# YouTube videos offline FAQs

In select areas, you can download certain videos from the YouTube mobile app to play offline. Learn more about how to download videos to watch offline.

The features described in this article are available in the locations listed here. If YouTube Premium is available in your location, you can download videos to your computer or mobile device by becoming a YouTube Premium member     . If you're a YouTube Premium member, learn how to manage your download settings.

---

Where is video downloading available?

---

How do I download audio, music, or MP3 files from the YouTube app?

---

How do I download videos from YouTube to my computer?

---

Why aren't my downloaded YouTube videos in my gallery?

The videos are stored encrypted on the device and can only be watched in the YouTube app.

---

How do I share videos on YouTube?

---

Do videos download automatically?

---

### Need more help?
Try these next steps:



**Post to the help community**
Get answers from community members

EXHIBIT C - Page 1 of 1

# COPYRIGHT ASSIGNMENT AGREEMENT

This Copyright Assignment Agreement ("Agreement") is entered into as of July 15, 2025 (the "Effective Date"), by and between Christopher J. Cordova, an individual ("Assignor"), and Executive Lens LLC, a limited liability company organized under the laws of Colorado ("Assignee").

WHEREAS, Assignor is the sole and exclusive owner of all copyrights and related rights in and to the audiovisual works (the "Videos") published on the YouTube channels known as @DenverMetroAudits (https://www.youtube.com/@DenverMetroAudits) and @Denvermetroaudits2.0 ((https://www.youtube.com/@Denvermetroaudits2.0) (the "YouTube Channels"), including but not limited to all videos posted prior to the effective date of this Agreement;

WHEREAS, Assignor desires to assign, and Assignee desires to receive, all such rights in and to the Videos, including all claims for past, present, and future infringement, and any causes of action under 17 U.S.C. § 512(f);

NOW, THEREFORE, for the sum of One Dollar ($1) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

## 1.    Assignment of Copyrights

Assignor hereby irrevocably assigns, transfers, and conveys to Assignee all right, title, and interest in and to the copyrights in and to the Videos posted on the YouTube Channels, including but not limited to:

    a.    The exclusive rights under 17 U.S.C. § 106;

    b.    All rights to enforce the copyrights in the Videos, including the right to pursue claims for past, present, and future infringement;

    c.    All claims under 17 U.S.C. § 512(f) arising from any misrepresentations regarding takedown notices or counter-notices involving any of the Videos;

    d.    All rights to seek statutory damages, actual damages, profits, and injunctive relief.

This assignment includes any and all derivative works based on the Videos and all registrations or applications to register the copyrights, whether pending or granted, in the United States or any foreign jurisdiction.

## 2.    Warranties and Representations

Assignor represents and warrants that:

    a.    Assignor is the sole and exclusive owner of the copyrights in the Videos;

    b.    The copyrights are free and clear of any liens, claims, or encumbrances;

EXHIBIT D - Page 1 of 2

     c.      Assignor has not previously assigned or encumbered the copyrights in any way that would conflict with this Agreement.

**3.     Further Assurances**

Assignor agrees to execute and deliver any additional documents or instruments reasonably requested by Assignee to perfect, record, or enforce the rights granted under this Agreement.

**4.     Governing Law**

This Agreement shall be governed by and construed in accordance with the laws of the State of Colorado, without regard to its conflict of laws principles.

**5.     Entire Agreement**

This Agreement constitutes the entire understanding between the parties and supersedes all prior agreements or understandings, whether oral or written, relating to the subject matter hereof.

**6.     Exclusion of Pending Litigation**

Notwithstanding anything to the contrary herein, this Agreement does not assign or transfer any rights, claims, or causes of action that are the subject of any pending litigation filed by or on behalf of Assignor as of the Effective Date, including but not limited to *Cordova v. Huneault*, Case No. 25-cv-04685 and *Cordova v. John Doe*, Case No. 25-cv-05207 pending in the United States District Court for the Northern District of California. All such pending legal claims shall remain the sole property of Assignor, and Assignee shall have no ownership interest, control, or responsibility with respect to those matters unless and until a separate written agreement is executed by both parties.

**IN WITNESS WHEREOF**, the parties have executed this Agreement as of the Effective Date.

**ASSIGNOR:**

_____

Christopher J. Cordova

**ASSIGNEE:**
Executive Lens LLC

By: _____

Christopher J. Cordova
Member

EXHIBIT D - Page 2 of 2

## FIRST AMENDED COPYRIGHT ASSIGNMENT AGREEMENT

This First Amended Copyright Assignment Agreement ("Agreement") is entered into as of July 30, 2025 (the "Effective Date"), by and between Christopher J. Cordova, an individual ("Assignor"), and Executive Lens LLC, a limited liability company organized under the laws of Colorado ("Assignee").

WHEREAS, Assignor is the sole and exclusive owner of all copyrights and related rights in and to the audiovisual works (the "Videos") published on the YouTube channels known as @DenverMetroAudits (https://www.youtube.com/@DenverMetroAudits) and @Denvermetroaudits2.0 ((https://www.youtube.com/@Denvermetroaudits2.0) (the "YouTube Channels"), including but not limited to all videos posted prior to the effective date of this Agreement;

WHEREAS, by agreement dated July 15, 2025, Assignor assigned all rights in and to the Videos including all claims for past, present, and future infringement, and any causes of action under 17 U.S.C. § 512(f) as of July 15, 2025;

WHEREAS, Assignor desires to assign, and Assignee desires to receive, all such rights in and to the Videos created after July 15, 2025, including all Videos created after the date of this Agreement.

NOW, THEREFORE, for the sum of One Dollar ($1) and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

## 1.    Assignment of Copyrights

Assignor hereby irrevocably assigns, transfers, and conveys to Assignee all right, title, and interest in and to the copyrights in and to the Videos posted on the YouTube Channels created or published by Assignor after July 15, 2025, including but not limited to:

a.    The exclusive rights under 17 U.S.C. § 106;
b.    All rights to enforce the copyrights in the Videos, including the right to pursue claims for past, present, and future infringement;
c.    All claims under 17 U.S.C. § 512(f) arising from any misrepresentations regarding takedown notices or counter-notices involving any of the Videos;
d.    All rights to seek statutory damages, actual damages, profits, and injunctive relief.

This assignment includes any and all derivative works based on the Videos and all registrations or applications to register the copyrights, whether pending or granted, in the United States or any foreign jurisdiction. For the avoidance of doubt, this Agreement shall operate prospectively to automatically assign to Assignee all copyrights in works created by Assignor and uploaded to the YouTube Channels after the Effective Date, without the need for any additional written instrument.

EXHIBIT E - Page 1 of 3

**2.    Warranties and Representations**

Assignor represents and warrants that:

a.    Assignor is the sole and exclusive owner of the copyrights in the Videos;

b.    The copyrights are free and clear of any liens, claims, or encumbrances;

c.    Assignor has not previously assigned or encumbered the copyrights in any way that would conflict with this Agreement.

**3.    Further Assurances**

Assignor agrees to execute and deliver any additional documents or instruments reasonably requested by Assignee to perfect, record, or enforce the rights granted under this Agreement.

**4.    Governing Law**

This Agreement shall be governed by and construed in accordance with the laws of the State of Colorado, without regard to its conflict of laws principles.

**5.    Entire Agreement**

This Agreement constitutes the entire understanding between the parties and supersedes all prior agreements or understandings, whether oral or written, relating to the subject matter hereof.

**6.    Exclusion of Pending Litigation**

Notwithstanding anything to the contrary herein, this Agreement does not assign or transfer any rights, claims, or causes of action that are the subject of any pending litigation filed by or on behalf of Assignor as of the Effective Date, including but not limited to *Cordova v. Huneault*, Case No. 25-cv-04685 and *Cordova v. John Doe*, Case No. 25-cv-05207 pending in the United States District Court for the Northern District of California. All such pending legal claims shall remain the sole property of Assignor, and Assignee shall have no ownership interest, control, or responsibility with respect to those matters unless and until a separate written agreement is executed by both parties.

**IN WITNESS WHEREOF**, the parties have executed this Agreement as of the Effective Date.

**ASSIGNOR:**



Christopher J. Cordova

**ASSIGNEE:**

Executive Lens LLC

By: _____

Christopher J. Cordova
Member

EXHIBIT E - Page 3 of 3

### SECOND AMENDED COPYRIGHT ASSIGNMENT AGREEMENT

This Second Amended Copyright Assignment Agreement ("Second Amended Agreement") is entered into as of March 19, 2026 (the "Execution Date"), by and between Christopher J. Cordova, an individual ("Assignor"), and Executive Lens LLC, a limited liability company organized under the laws of Colorado ("Assignee"), and is made effective as of July 15, 2025 (the "Effective Date"). This Second Amended Agreement is intended to clarify, confirm, and memorialize the parties' original intent as of the Effective Date, and shall be deemed effective as of that date.

WHEREAS, Assignor and Assignee entered into that certain Copyright Assignment Agreement dated July 15, 2025 (the "Original Agreement"); and

WHEREAS, Assignor and Assignee thereafter entered into that certain First Amended Copyright Assignment Agreement dated July 30, 2025 (the "First Amended Agreement"); and

WHEREAS, the Original Agreement and the First Amended Agreement are collectively referred to herein as the "Prior Agreements"; and

WHEREAS, the parties desire to further clarify and confirm their intent with respect to the scope of the Prior Agreements and the exclusion of claims relating to pending litigation;

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

### 1.    Incorporation of Prior Agreements

The Prior Agreements are hereby incorporated by reference and shall remain in full force and effect, except as expressly modified by this Second Amended Agreement.

In the event of any conflict between this Second Amended Agreement and the Prior Agreements, the terms of this Second Amended Agreement shall control.

### 2.    Clarification of Assignment Scope

The parties confirm that, as set forth in the Prior Agreements, Assignor assigns to Assignee all right, title, and interest in and to copyrights in Videos created or published after July 15, 2025, together with all rights associated therewith, including enforcement rights and claims arising from such Videos.

### 3.    Clarification of Exclusion of Pending Litigation

Notwithstanding anything to the contrary in the Prior Agreements, the parties expressly agree as follows:

EXHIBIT F - Page 1 of 3

**(a)    Retained Claims**

Assignor expressly retains, and has at all times retained, all rights, claims, and causes of action, whether known or unknown, existing or later-discovered, accrued or unaccrued, asserted or unasserted, arising out of or relating to the facts, transactions, or occurrences, or alleged conduct that are the subject of: *Cordova v. Huneault*, Case No. 25-cv-04685 (N.D. Cal.); and *Cordova v. John Doe*, Case No. 25-cv-05207 (N.D. Cal.), including, without limitation, claims under 17 U.S.C. §§ 501, 512(f), and 1201.

**(b)    Scope of Exclusion**

The exclusion of pending litigation claims includes all claims arising from the operative facts of such actions, regardless of whether such claims were specifically identified or formally asserted as of July 15, 2025, including any amendments to the pleadings in such actions.

**(c)    No Transfer of Such Claims**

For the avoidance of doubt, no claims described in this Section were transferred to Assignee under the Original Agreement or the First Amended Agreement, and all such claims have at all times remained the sole and exclusive property of Assignor.

**4.    Ratification**

Except as expressly clarified and modified herein, the Prior Agreements are hereby ratified and confirmed in all respects.

**5.    Governing Law**

This Agreement shall be governed by and construed in accordance with the laws of the State of Colorado, without regard to its conflict of laws principles.

**6.    Entire Agreement**

This Second Amended Agreement, together with the Prior Agreements as incorporated herein, constitutes the entire understanding of the parties with respect to the subject matter hereof. In the event of any conflict, this Second Amended Agreement shall control.

**IN WITNESS WHEREOF**, the parties have executed this Agreement as of the Execution Date.

**ASSIGNOR:**



_____

Christopher J. Cordova

EXHIBIT F - Page 2 of 3

**ASSIGNEE:**

Executive Lens LLC

By:

Christopher J. Cordova
Member