RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
Address for Service:
99 Wall St., Suite 3727
New York, NY 10005
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>         Plaintiff,<br><br>    vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,<br><br>         Defendants. | Case No. 25-cv-04685-VKD<br><br>**HON. VIRGINIA K. DEMARCHI**<br><br>**PLAINTIFF'S ADMINISTRATIVE REQUEST FOR REMOTE APPEARANCE PURSUANT TO CIVIL LOCAL RULE 7-11**<br><br>**HEARING:**<br>Date: April 14, 2026<br>Time: 10:00 a.m.<br>Place: 280 South 1st St.<br>Courtroom 2 (5th Floor)<br>San Jose, CA 95113 |

PLAINTIFF'S   ADMINISTRATIVE   REQUEST   FOR
REMOTE APPEARANCE

Pursuant to Local Rule 7-11, Plaintiff Christopher J. Cordova ("Plaintiff") requests permission for his counsel, Randall S. Newman, Esq. to appear via Zoom at the hearing on Defendants' Motion for Dismissal for *forum non conveniens*, or alternatively posting of a bond pursuant to California Code of Civil Procedure 1030 (ECF No. 91) currently scheduled for April 14, 2026 at 10:00 a.m. This request is made on the following grounds:

1.    Plaintiff's counsel is not located in or near this District and is thousands of miles from San Jose, California.

2.    Requiring in-person attendance would impose unnecessary travel burden and expense, particularly where the hearing concerns purely legal issues that can be effectively addressed through remote appearance.

3.    Allowing remote appearance will promote efficiency without prejudicing Defendants in any way.

4.    Plaintiff's counsel conferred with Defendants' counsel regarding a joint request for remote appearance. Defendants' counsel declined to join in a stipulation.

5.    Accordingly, Plaintiff requests leave for counsel to appear remotely via Zoom at the April 14, 2026 hearing.

Dated: March 25, 2026

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
Address for Service:
99 Wall Street, Suite 3727
New York, NY 10005
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Christopher J. Cordova*

2

**PLAINTIFF'S ADMINISTRATIVE REQUEST FOR REMOTE APPEARANCE**