Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666; F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendants Jonathan Hudon-Huneault,*
*Nneka Ohiri, and 14693663 Canada Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN HUDON-HUNEAULT,<br>NNEKA OHIRI, 14693663 CANADA INC.,<br><br>Defendants. | Case Number: 5:25-cv-04685-VKD<br><br>**DECLARATION OF SIMON LIN ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S ADMINISTRATIVE MOTION FOR APPEARANCE BY ZOOM (DKT. NO: 101)**<br><br>**Judge:** Magistrate Judge Virginia K. Demarchi<br>**Complaint Filed**: June 3, 2025<br>**Trial Date**: February 1-2, 2027 (Bench Trial)<br><br>**Hearing**: April 14, 2026<br>**Time:** 10:00 a.m.<br>**Location:** Courtroom 2 – 5th Floor, 280 South 1st Street, San Jose, CA 95113 |

I, Simon Lin, do hereby declare as follows:

1.     I am an attorney at law and counsel of record for the Defendants Jonathan Hudon-Huneault, Nneka Ohiri, 14693663 Canada Inc. (the "**Defendant(s)**"). I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I make this Declaration in support of Defendants' Opposition to Plaintiff's Administrative Motion for Appearance by Zoom. I have personal knowledge of the facts

Declaration of Simon Lin ISO Defendants' Opposition to Administrative Motion; Page 1/2

set forth in this Declaration, gained in my capacity as counsel for Defendants, and, if called as a witness, could and would testify competently to such facts under oath.

2.        Attached to this declaration as **Exhibit A.** is the Plaintiff's email on March 11, 2026 at 2:08 a.m. PST sent to the undersigned raising issues with Defendants' document production from March 5, 2026.

3.        Attached to this declaration as **Exhibit B.** is the Plaintiff's email on March 11, 2026 at 2:36 a.m. PST sent to the Courtroom Deputy inquiring about setting a status conference.

4.        Attached to this declaration as **Exhibit C.** is a response from the Courtroom Deputy noting that requests for court action cannot be made via email.

5.        Attached to this declaration as **Exhibit D.** is the Plaintiff's email on March 11, 2026 at 10:33 a.m. PST alleging that Defendants have deleted materials and demanding a status conference before the Court.

6.        Attached to this declaration as **Exhibit E.** is news article showing that the law firm Wolf Haldenstein Adler Freeman & Herz has extended its 95-year tenancy at the 9th and 10th floor or 270 Madison Avenue to at least 2030. The article also mentions that Wolf Haldenstein Adler Freeman & Herz has an office in San Diego.

7.        Attached to this declaration as **Exhibit F.** is a printout from Wolf Haldenstein Adler Freeman & Herz's website showing its address in San Diego.

8.         Attached to this declaration as **Exhibit G.** is a printout from Bloomberg, printed on March 27, 2026, showing that Mr. Randall Newman is a partner of Wolf Haldenstein Adler Freeman & Herz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of March 2026.

*Simon Lin*
_____

Simon Lin

# EXHIBIT A

Case 5:25-cv-04685-VKD   Document 104-1   Filed 03/30/26   Page 4 of 22



Simon Lin <simonlin@evolinklaw.com>

---

## Case 5:25-cv-04685-VKD Cordova v. Huneault - Defendants' Production

**rsn@randallnewman.net** <rsn@randallnewman.net>                Wed, Mar 11, 2026 at 2:08 AM
To: Simon Lin <simonlin@evolinklaw.com>

Simon,

I reviewed the recent document production from your client. Based on my review, the production appears to consist of fewer than 300 pages and does not include any video files.

When Mr. Vondran was counsel, he indicated that your clients' had bates numbered more than 1,000 pages of documents along with numerous videos that were ready to be produced. Given that representation, the materials I received appear incomplete.

Please let me know:

1. Whether additional document productions are forthcoming;

2. Whether your client intends to produce any video files or other audiovisual materials responsive to Plaintiff's discovery requests; and

3. If so, when we can expect those materials.

If the production we received represents your client's complete production, please confirm that as well.

Best regards,

Randall S. Newman

[Quoted text hidden]

# EXHIBIT B

Case 5:25-cv-04685-VKD    Document 104-1    Filed 03/30/26    Page 6 of 22



Simon Lin <simonlin@evolinklaw.com>

---

## Cordova v. Huneault - 25-cv-04685-VKD - Procedure for Requesting Status Conference

---

**rsn@randallnewman.net** <rsn@randallnewman.net>                    Wed, Mar 11, 2026 at 2:36 AM
To: CRD VKD <VKDCRD@cand.uscourts.gov>
Cc: Simon Lin <simonlin@evolinklaw.com>

Dear Mr. Chilton,

Counsel for Plaintiff writes with a brief procedural question.

In light of discovery issues that have arisen in this matter, the parties and the Court may benefit from a short status conference with Judge DeMarchi to obtain the Court's guidance on how to proceed. At this time, Plaintiff is not seeking any specific order or relief, but rather the Court's input regarding the appropriate next steps. Counsel expects the issues could be addressed in a brief conference and that doing so may avoid unnecessary motion practice and conserve judicial resources.

Could you please advise how the Court prefers that such a request be made? For example, should the request be made through a brief administrative motion, a joint letter, or another filing on the docket? Alternatively, please let us know if this email is sufficient for the Court to consider setting a status conference.

Thank you for your guidance.

Best regards,

Randall S. Newman
Counsel for Plaintiff

# EXHIBIT C

Case 5:25-cv-04685-VKD   Document 104-1   Filed 03/30/26   Page 8 of 22



Simon Lin <simonlin@evolinklaw.com>

## Cordova v. Huneault - 25-cv-04685-VKD - Procedure for Requesting Status Conference

**CRD VKD** <VKDCRD@cand.uscourts.gov>        Wed, Mar 11, 2026 at 9:12 AM
To: "rsn@randallnewman.net" <rsn@randallnewman.net>
Cc: Simon Lin <simonlin@evolinklaw.com>

Good morning, Counsel,

Requests for court action may not be made by email. Please refer to the Civil Local Rules and Judge DeMarchi's Standing Order for Civil Cases regarding the appropriate procedures for administrative requests and discovery disputes.

Thank you,



**Steven Chilton**

Courtroom Deputy

to Honorable Virginia K. DeMarchi

United States District Court

Northern District of California

https://cand.uscourts.gov

steven_chilton@cand.uscourts.gov

---

**From:** rsn@randallnewman.net <rsn@randallnewman.net>
**Sent:** Wednesday, March 11, 2026 2:36 AM
**To:** CRD VKD <VKDCRD@cand.uscourts.gov>
**Cc:** 'Simon Lin' <simonlin@evolinklaw.com>
**Subject:** Cordova v. Huneault - 25-cv-04685-VKD - Procedure for Requesting Status Conference

 **CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.**

# EXHIBIT D



**Simon Lin <simonlin@evolinklaw.com>**

## Cordova v Huneault - Status Conference

**Randall S. Newman** <rsn@randallnewman.net>          Wed, Mar 11, 2026 at 10:33 AM
To: Simon Lin <simonlin@evolinklaw.com>

Simon,

Given the issues that have arisen regarding the deletion of materials and the parties' inability to reach agreement on how discovery should proceed, I am considering requesting a brief status conference with Judge DeMarchi to obtain the Court's guidance on the appropriate next steps.

Please let me know if Defendants would join in such a request. If not, I may file a short administrative motion requesting a status conference so the Court can advise the parties.

Thanks,

Randall

# EXHIBIT E

Advertisement

NEW YORK



# Law firm extends 95–year tenancy at ABS Partners' 270 Madison Avenue

 

 Sign in    Subscribe

Wolf Haldenstein • 270 Madison Avenue • ABS Partners

Advertisement



*270 Madison Avenue and Gregg Schenker of ABS*

**By Christian Bautista**

*MAY 4, 2018, 3:35 PM PDT*

Law firm Wolf Haldenstein Adler Freeman & Herz has extended its 95-year tenancy at 270 Madison Avenue.

Wolf Haldenstein, which handles securities, labor, consumer and antitrust cases, signed a 12-year, 33,000 square foot lease renewal, according to landlord ABS Partners. The company's offices are located on the ninth and 10th floors of the 19-story property.

Advertisement





Enter Your Email    **SIGN UP**

The firm first moved into the building when it was first completed in 1923, renting half a floor. The law firm signed its previous lease extension in 2014. That agreement was set to expire next year. Wolf Haldenstein also has offices in Chicago and San Diego.

Wolf Haldenstein's home is a 269,000 square foot building located on the corner of 39th Street and Madison Avenue. ABS recently started renovating the building's lobby with designs from architecture firm Spector Group.

The building is home to law firms Belkin Burden Wenig & Goldman and Katlowitz & Associates. Other tenants in the building include the New York branch of the United Service Organizations and wine retailer Park Avenue Liquor Shop.

Advertisement

**FEATURED**

☐ REAL ESTATE RUNDOWN

☐ BREAKING NEWS

**WEEKLY**

☐ NATIONAL

☐ CHICAGO

VIEW ALL NEWSLETTERS

| Enter Your Email | SIGN UP |
|---|---|

# Recommended For You



**NEW YORK**

### Carlyle expands Midtown footprint with 202K sf across Park Avenue towers



**NEW YORK**

### Bad connection: Dish Wireless stiffs landlords



**CHICAGO**

### Evanston weighs tougher fines for landlords, after tenants clashed with Quadrel



**UNCATEGORIZED**

### Evanston weighs tougher fines for landlords, after tenants clashed with Quadrel



**NEW YORK**

### Snowflake snags 83K sf at BXP's 7 Times Square

Advertisement

-63%



**NEW YORK**

## Enforcement lags as broker fee complaints mount under FARE Act



**NEW YORK**

## New twist in saga of "unfixable" East Village SRO



**NEW YORK**

## TRD PolicyPro: Lawmakers pitch housing court fix, eviction law tweaks



**NEW YORK**

## Latham & Watkins expands at 1285 Sixth Avenue



**PHILADELPHIA**

## Philly nears expansion of "good cause" legislation

Advertisement



THE REAL DEAL    ›

MARKETS    ›

SECTIONS    ›

PRODUCTS & SERVICES    ›

LEGAL    ›

All rights reserved © 2026 The Real Deal is a registered Trademark of Korangy Publishing Inc.

450 West 31st Street, New York, NY 10001 Phone: 212-260-1332



# EXHIBIT F

Case 5:25-cv-04685-VKD    Document 104-1    Filed 03/30/26    Page 19 of 22

# WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

## EXEMPLARY LEGAL SERVICE SINCE 1888

NEW YORK     SAN DIEGO     CHICAGO     NASHVILLE

# Contact Us

Get extraordinary representation now. Join a storied list of clients who benefit from our century-old heritage of integrity, excellence, and results.



## San Diego

Symphony Towers
750 B Street, Suite 1820
San Diego, California 92101
(619) 239-4599

## Class Action Inquiries

Gregory Stone
(212) 545-4774

## General Press Inquiries

Mark C. Rifkin
(212) 545-4600

**Name** *

> Your name

**Email** *

> your@email.com

**Phone** *

> 123-456-7890

**State** *

> Choose a state...

**Zip Code** *

> 00000

**Practice Areas** *

> Select a practice area...

**Message** *

CAPTCHA

I'm not a robot

reCAPTCHA
Privacy - Terms

Submit

# EXHIBIT G

Case 5:25-cv-04685-VKD    Document 104-1    Filed 03/30/26    Page 22 of 22



≡ **Bloomberg**                                                        Subscribe    👤

**Quick Links**    Stocks    Currencies    Commodities    Rates & Bonds    Sectors    Watchlist

RECENTLY VIEWED COMPANIES

| APPLE INC | NVIDIA CORP | META PLATFORMS-A | MICROSOFT CORP | ALPHABET INC-A | TESLA INC |
|---|---|---|---|---|---|
| 248.80 | 167.52 | 525.72 | 356.77 | 274.34 | 361.83 |
| ▼ -4.09 | ▼ -3.72 | ▼ -21.82 | ▼ -9.20 | ▼ -6.58 | ▼ -10.28 |



# Randall S Newman

Partner, Wolf Haldenstein Adler Freeman & Herz LLP



**Bloomberg**

Terms of Service    Manage Cookies    Trademarks    Privacy Policy

Careers    Made in NYC    Advertise    Ad Choices ▷    Help

©2026 Bloomberg L.P. All Rights Reserved.