RANDALL S. NEWMAN (SBN 190547)
Attorney at Law
270 Madison Ave., 10th Floor
New York, NY 10016
212.797.3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
 *Christopher J. Cordova*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>      Plaintiff,<br><br>     vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,<br><br>      Defendants. | Case No. 25-cv-04685-VKD<br><br>**HON. VIRGINIA K. DEMARCHI**<br><br>**PLAINTIFF'S NOTICE OF CLARIFICATION REGARDING COUNSEL'S STATUS, OFFICE, AND LOCATION**<br><br>**HEARING:**<br>Date: April 14, 2026<br>Time: 10:00 a.m.<br>Place: 280 South 1st St.<br>Courtroom 2 (5th Floor)<br>San Jose, CA 95113 |

**PLAINTIFF'S NOTICE OF CLARIFICATION REGARDING COUNSEL'S STATUS, OFFICE, AND LOCATION**

Plaintiff, through counsel, respectfully submits this Notice solely to correct factual inaccuracies contained in Defendants' Opposition to Plaintiff's Administrative Motion for Appearance by Zoom (ECF No. 104). Plaintiff respectfully acknowledges that Civil Local Rule 7-11 does not contemplate the filing of a reply. However, Defendants' Opposition (ECF No. 104) contains multiple factual assertions regarding Plaintiff's counsel that are demonstrably incorrect. Accordingly, Plaintiff submits this limited Notice of Clarification solely to correct the record and to ensure that the Court's consideration of the Administrative Motion is based on accurate factual information. This submission is not intended to present additional argument, but solely to address factual inaccuracies.

Defendants' Opposition asserts that Plaintiff's counsel is a partner in the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("WHAFH") and suggests that counsel is located in New York and has access to WHAFH's offices in San Diego, California. Those assertions are incorrect and do not reflect counsel's current status.

Plaintiff's counsel: (1) Is not a partner or otherwise employed by WHAFH and has not been employed by that firm since April 2020; (2) Does not have access to any WHAFH office in San Diego, California; (3) Does not control or work out of any office in San Diego, California; and (4) Maintains an office at 270 Madison Avenue, 10th Floor in New York, New York which is rented office space and is not indicative of any affiliation with WHAFH.

Defendants' assertions regarding Plaintiff's counsel's affiliation with WHAFH are based on outdated or incorrect third-party information.

Counsel is not located in New York. Although counsel maintains an office in New York, he does not reside there. Counsel resides in Florida and spends substantial portions of the year in Southeast Asia. Counsel is presently located in Bangkok, Thailand, where he remains for extended periods. As a result, attending an in-person hearing would require international travel. Counsel is not available to appear in person on April 14, 2026.

Defendants' Opposition references the anticipated presentation of audiovisual material. Plaintiff clarifies that his request is limited to permitting Plaintiff's counsel to

**PLAINTIFF'S NOTICE OF CLARIFICATION REGARDING COUNSEL'S STATUS, OFFICE, AND LOCATION**

appear remotely and does not affect Defendants' ability to appear in person.

Plaintiff submits this Notice solely to ensure that the Court considers the administrative motion based on an accurate factual record. Plaintiff respectfully requests that the Court grant the administrative motion and permit counsel to appear remotely at the April 14, 2026 hearing.

Dated: March 31, 2026

/s/ Randall S. Newman
Randall S. Newman, Esq. (SBN 190547)
270 Madison Ave., 10th Floor
New York, NY 10016
(212) 797-3735
rsn@randallnewman.net

*Attorney for Plaintiff,*
*Christopher J. Cordova*

**PLAINTIFF'S NOTICE OF CLARIFICATION REGARDING COUNSEL'S STATUS, OFFICE, AND LOCATION**