Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666; F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendants Jonathan Hudon-Huneault,*
*Nneka Ohiri, and 14693663 Canada Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,<br><br>Defendants. | Case Number: 5:25-cv-04685-VKD<br><br>**SUPPLEMENTAL DECLARATION OF SIMON LIN IN REPLY TO PLAINTIFF'S OPPOSITION (ECF No. 100)**<br><br>**Judge:** Magistrate Judge Virginia K. Demarchi<br>**Complaint Filed**: June 3, 2025<br>**Trial Date**: February 1-2, 2027 (Bench Trial) |

I, Simon Lin, do hereby declare as follows:

1.     I am an attorney at law and counsel of record for the Defendants JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC. (the "**Defendant(s)**"). I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I make this Supplemental Declaration in in reply to Plaintiff's opposition of Defendants' Motion For Dismissal for *Forum Non Conveniens* or Alternatively Posting Of A Bond Pursuant to California Code of Civil Procedure 1030. I have personal knowledge of the facts set forth in this Declaration, gained in my capacity

SUPPLEMENTAL DECLARATION OF SIMON LIN IN REPLY TO PLAINTIFF'S OPPOSITION (ECF No. 100); Page 1/3

as counsel for Defendants, and, if called as a witness, could and would testify competently to such facts under oath.

2.      Attached to this declaration as **Exhibit A.** is the YouTube help page titled "*Copyright on YouTube*" printed from https://support.google.com/youtube/answer/2797466?hl=en#zippy=%2Cwhere-can-i-find-more-information-on-copyright-outside-the-us%2Chow-do-i-know-if-conte.      On this page, YouTube indicated that:

*Fair use*

*In the United States, fair use legally permits the use of copyrighted content without the copyright owner's permission if it's for specific purposes. Common examples include works of commentary, criticism, research, teaching, or news reporting. <u>Different countries/regions have different rules about when it's okay to use copyrighted content</u> without the copyright owner's permission. Learn more about <u>fair use on YouTube</u>.*

[emphasis added]

3.      Attached to this declaration as **Exhibit B.** is titled "*Fair use on YouTube*" printed from https://support.google.com/youtube/answer/9783148?sjid=4562806203492732898-NC#zippy=%2Clive-outside-the-us. On this page, YouTube indicated that:

**Live outside the US?**

*While rules about copyright exceptions are often similar around the world, they can differ. <u>Different countries and regions may have different rules</u> about when it's allowed to use copyrighted content without the copyright owner's permission.*

*For example, in the EU, the use must fit into specific categories, such as quotation, criticism, review, caricature, parody, and pastiche. Other countries/regions have a concept called fair dealing that may work differently.*

[emphasis added]

SUPPLEMENTAL DECLARATION OF SIMON LIN IN REPLY TO PLAINTIFF'S OPPOSITION (ECF No. 100); Page 2/3

4.        Attached to this declaration as **Exhibit C.** is a letter that the Plaintiff, Christopher Cordova, wrote to Judge Hegarty of the U.S. District Court for Colorado on or about March 3, 2026 in the Plaintiff's criminal case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of March 2026.

_____

Simon Lin

SUPPLEMENTAL DECLARATION OF SIMON LIN IN REPLY TO PLAINTIFF'S OPPOSITION (ECF No. 100); Page 3/3

# EXHIBIT A

# Copyright on YouTube

Think of copyright like the right to copy. Under copyright law, when someone creates original work – like a YouTube video – usually that means they automatically own the copyright to it. Copyright owners have the legal right to use and distribute the content and they decide who else can, too.

To be eligible for copyright protection, a work needs to be creative and fixed in a physical medium. Intangible things like ideas, facts, and processes aren't subject to copyright.



**Copyright Permissions - Copyright c**
YouTube Creators

Watch on

Subscribe to the YouTube Creators channel ⧉ for the latest news, updates, and tips.

## Options for safely using copyrighted content

- Using content in a way that qualifies as a copyright exception, like fair use, fair dealing, or public domain
- Getting permission to use someone else's content
- Using content according to the terms of a Creative Commons license
- For music, sourcing from the YouTube Audio Library or Creator Music

>  None of the above options guarantee avoiding copyright issues on YouTube, like a copyright strike or Content ID claim. If you're unsure, you may want to get legal advice before you upload.

## Copyright concepts to know

### Fair use

In the United States, fair use legally permits the use of copyrighted content without the copyright owner's permission if it's for specific purposes. Common examples include works of commentary, criticism, research, teaching, or news reporting. Different countries/regions have different rules about when it's okay to use copyrighted content without the copyright owner's permission. Learn more about fair use on YouTube.

### Public domain

Public domain refers to content not protected by copyright because the copyright has expired or the content wasn't eligible for copyright protection. For example, works created by U.S. government agencies are automatically in the public domain.

Rules vary by country/region, but generally copyright lasts for the life of the author plus 50-70 years. After that, the content is in the public domain, meaning it's free for everyone to use.



## Derivative work

Derivative works can include fanfiction, translations, spin-offs, adaptations, and similar work that's based on someone else's existing content. The copyright owner of the existing content has the legal right to control how their work is used, including with derivative works. Specific rules can vary by country/region.

## Frequently asked questions (FAQ)

### What type of content is subject to copyright?

Here are some of the most common types of content subject to copyright (this is not an exhaustive list):

- **Audiovisual works**, such as TV shows, movies, and online videos
- **Sound recordings**, such as songs and other musical compositions
- **Written works**, such as articles, books, and sheet music
- **Visual works**, such as paintings, posters, and advertisements
- **Dramatic works**, such as plays and musicals
- **Video games**
- **Computer software**

### Does YouTube decide copyright ownership?

No. Legally, YouTube can't get involved in disputes of copyright ownership.

To comply with copyright law, YouTube's role is to remove content when a valid copyright removal request is submitted. If the uploader submits a valid counter notification after, then we have to forward it to the person who requested the removal (the claimant). After this, it's up to the uploader and the claimant involved to resolve the issue in a court of law.

### Does copyright apply to content made by AI (artificial intelligence)?

Copyright for AI-generated works is a complex and evolving area of law, and different countries/regions are taking different approaches. In general, copyright protects human creations.

For YouTube, if a copyright removal request is submitted for content that appears to be made by AI, we may ask for more details or may not be able to process the request as a copyright issue.

### How do I know if content is in the public domain?

Ultimately, it's your responsibility to verify that a work is in the public domain before you upload it to YouTube. With this said, verifying public domain status can be complicated, since there's no official list of works in the public domain. To help you, there are many useful resources online, such as:

- Cornell University's guide ⧉
- The Public Domain Review ⧉

Keep in mind that these guides, and YouTube, can't guarantee that all the works linked to are free from copyright protection. Also, the above resources are shared for educational purposes only and aren't endorsed by YouTube.

---

Where can I find more information on copyright outside the U.S.?                                        ⌃

The World Intellectual Property Organization (WIPO) has a list  of international intellectual property and copyright offices where you can learn about your area's copyright laws.

For the European Union, the Your Europe website ⧉ has copyright information for each country/territory.

Keep in mind that the above resources are shared for educational purposes only and aren't endorsed by YouTube.

**Recommended for you**

📄  YouTube access restrictions for users under the age of 16…

# Need more help?

Try these next steps:

  **Post to the help community**
Get answers from community members

# EXHIBIT B

# Fair use on YouTube

In US copyright law, fair use allows someone to use copyrighted content under certain conditions without needing permission from the copyright owner. Common examples can include works of commentary, criticism, research, teaching, or news reporting.

Ultimately, courts decide fair use cases according to the facts of each unique case. You'll probably want to get legal advice from an expert before uploading videos that use copyrighted content.



**Fair Use - Copyright on YouTube**
YouTube Creators

Watch on

Subscribe to the YouTube Creators channel ☑ for the latest news, updates, and tips.

## Four factors of fair use

In the US, when courts decide fair use cases, a judge will consider how the four factors of fair use apply to each unique case. The four factors of fair use are:

1. **Purpose and character of the use:** Nonprofit education uses are more likely to be considered fair use than commercial uses. Adding new expression or meaning to the original material is more likely to be considered fair use than merely copying the original.
2. **Nature of the copyrighted work:** Using material from primarily factual works is more likely to be considered fair use than using purely fictional works.
3. **Amount and substantiality of the portion used:** Borrowing small bits of material from an original work is more likely to be considered fair use than borrowing large portions. But, if what's borrowed is considered the "heart" of the work, sometimes even a small sampling may not be considered fair use.
4. **Effect of the use upon the potential market:** Uses that harm the copyright holder's ability to profit from their original work are less likely to be fair uses. Courts have sometimes made an exception under this factor in cases involving parodies.

## Am I protected by fair use if I...

Give credit to the copyright owner?    ⌄

Include a disclaimer in my video?    ⌄

Say I'm using the content for "entertainment" or "non-profit" purposes?    ⌄

Add my original material to someone else's copyrighted content?    ⌄

**Live outside the US?** ∧

> While rules about copyright exceptions are often similar around the world, they can differ. Different countries and regions may have different rules about when it's allowed to use copyrighted content without the copyright owner's permission.
>
> For example, in the EU, the use must fit into specific categories, such as quotation, criticism, review, caricature, parody, and pastiche. Other countries/regions have a concept called fair dealing that may work differently.
>
>  Keep in mind that we consider local rules when we review copyright removal requests. You can view the YouTube Copyright Transparency Report ⧉ for more info on how we process copyright removal requests, including how often we request additional info from copyright holders who claim a video doesn't qualify for a copyright exception.

## Frequently asked questions (FAQ)

How does Content ID work with fair use? ⌄

What is YouTube's fair use protection initiative? ⌄

**Recommended for you**

 YouTube access restrictions for users under the age of 16…

## Need more help?
Try these next steps:

 **Post to the help community**
Get answers from community members

# EXHIBIT C

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2b MAR -3 AM 9: 51

Dear Judge Michael E. Hegarty,

I respectfully submit this letter to request early termination of my probation. I understand and accept responsibility for my actions that resulted in this case, and I have made every effort to demonstrate full compliance and accountability throughout the duration of my probation.

From the very first day of supervision, I have taken my obligations seriously. I promptly paid my entire fine of $3,000 in full on the first day of probation. I have remained continuously self-employed and financially stable since that time, fulfilling the requirement of maintaining employment. I have not had any violations, reprimands, or disciplinary actions during my supervision, and I have complied with every term imposed by both the Court and my probation officer.

I have done everything possible to use this period to better myself and to reaffirm my commitment to being a law-abiding and productive member of the community. I recognize that even a petty offense carries weight, and I have treated this experience as an opportunity to show the Court that I have learned from it.

I have also kept in mind everything that led to this situation and used it as a chance to educate myself further about the law. Through this process, I have gained a much clearer understanding of what constitutes a public forum and what does not. This experience has ultimately helped me grow as an activist, because I am now more informed about where the public has the right to record and where those rights have lawful limits. I truly believe this knowledge will help me continue my work in a more responsible and legally informed manner.

Given my complete compliance, payment of fines, ongoing employment, and positive supervision record, I respectfully ask the Court to consider granting early termination of my probation. I believe I have met all of the intended goals of probation, rehabilitation, accountability, and demonstrated responsibility, and I hope to move forward as a contributing member of society without further supervision.

Thank you for your time and consideration. I am sincerely grateful for the opportunity to have fulfilled the conditions of my probation and to request this relief before the Court.

Sincerely,
Christopher Cordova