Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666; F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendants Jonathan Hudon-Huneault,*
*Nneka Ohiri, and 14693663 Canada Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>      Plaintiff,<br><br>    vs.<br><br>JONATHAN HUDON-HUNEAULT,<br>NNEKA OHIRI, 14693663 CANADA INC.,<br><br>      Defendants. | Case Number: 5:25-cv-04685-VKD<br><br>**SUPPLEMENTAL DECLARATION OF JONATHAN HUDON-HUNEAULT IN REPLY TO PLAINTIFF'S OPPOSITION (ECF No. 100)**<br><br>**Judge:** Magistrate Judge Virginia K. Demarchi<br>**Complaint Filed**: June 3, 2025<br>**Trial Date**: February 1-2, 2027 (Bench Trial) |

I, Jonathan Huneault, do hereby declare as follows:

1.    I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath. I am providing this Declaration on behalf of 14693663 CANADA INC. and also my spouse Nneka Ohiri.

2.    Attached to this declaration as **Exhibit A.** is an email my former attorney, Mr. Vondran, sent to Plaintiff's attorney on November 20, 2025, and Mr. Newman's reply acknowledging he had watched that video. The YouTube video link that Mr. Vondran sent to Mr. Newman was a 2-hour long video where the Plaintiff participated in my channel and provided his consent for us to use his works. The excerpt attached to paragraph 10 of my March 10, 2026 declaration is from this 2-hour long video.

SUPPLEMENTAL DECLARATION OF JONATHAN HUDON-HUNEAULT IN REPLY TO  PLAINTIFF'S OPPOSITION (ECF No. 100); Page 1/2

Doc ID: 3dfe20646a8fa522a1539462e7982b401dfb8c33

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31st day of March 2026.

*Jonathan Hudon-Huneault*

_____

Jonathan Hudon-Huneault

SUPPLEMENTAL DECLARATION OF JONATHAN HUDON-HUNEAULT IN REPLY TO PLAINTIFF'S OPPOSITION (ECF No. 100); Page 2/2

Doc ID: 3dfe20646a8fa522a1539462e7982b401dfb8c33

# EXHIBIT A

Doc ID: 3dfe20646a8fa522a1539462e7982b401dfb8c33

 

Frauditor Troll <frauditortroll@gmail.com>

## FW: Copyright consent...
2 messages

# Attorney-Client Privilege

**From:** rsn@randallnewman.net <rsn@randallnewman.net>
**Date:** Thursday, November 20, 2025 at 5:07 PM
**To:** Steve Vondran <steve@vondranlegal.com>, Marine Grosclaude <Marine@vondranlegal.com>
**Subject:** RE: Copyright consent...

Steve,

I took a brief look at the timestamps you identified in the video. Its contents don't concern me, and it has no impact on the case.

Please don't forget to schedule the hearing date on your motion to dismiss due 11/24, so that I have the 21 days to respond under the stipulation and order we entered.

We'll proceed as planned.

Randall

---

**From:** Steve Vondran <steve@vondranlegal.com>
**Sent:** Thursday, November 20, 2025 6:22 PM
**To:** Randall S. Newman <rsn@randallnewman.net>; Marine Grosclaude <Marine@vondranlegal.com>
**Subject:** Copyright consent...

Hey Randall,

My client sent me this video he shot with in 2022 with your client.

https://www.youtube.com/watch?v=8Il3NvVsnc8

The video was taken after DMCA was aware that my client was using his clips.

In the video, they reviewed multiple clips from your client's channel and commented on them.

Your client stated he would not sue my client. He also stated that he had no problem with what my client was doing (**consent, waiver, estoppel**), referring to using DMA videos as they had "different audiences" (Factor four of the fair use test). Factor one parody. Factor two "factual video" not creative.

Are you sure your client wants to pursue this case?

Doc ID: 3dfe20646a8fa522a1539462e7982b401dfb8c33

Happy to discuss.

Steve

Attorney-Client Privilege

Doc ID: 3dfe20646a8fa522a1539462e7982b401dfb8c33