Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666
F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendants Jonathan Hudon-Huneault,*
*Nneka Ohiri, and 14693663 Canada Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHRISTOPHER J. CORDOVA, | Case Number: 5:25-cv-04685-VKD |
| Plaintiff, | |
| vs. | **REQUEST FOR JUDICIAL NOTICE** |
| JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC., | **Judge:** Magistrate Judge Virginia K. Demarchi |
| Defendants. | **Complaint Filed**: June 3, 2025 |
| | **Trial Date**: February 1-2, 2027 (Bench Trial) |
| | **Hearing on Motion**: April 14, 2026 |

REQUEST FOR JUDICIAL NOTICE; Case Number: 5:25-cv-04685-VKD

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that pursuant to Federal Rule of Evidence 201(b), Defendants Jonathan Hudon-Huneault, Nneka Ohiri, and 14693663 Canada Inc. respectfully requests that the Court take judicial notice of Exhibit C to the Supplemental Declaration of Simon Lin in support of its concurrently filed reply.

## DISCUSSION

A court may take judicial notice of matters that fall into any of three categories: (1) matters that are generally known within the trial court's territorial jurisdiction, (2) matters that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned, and (3) matters that are not subject to reasonable dispute. See Fed. R. Evid. 201(b).

Exhibit C of the Declaration of Simon Lin is a letter signed by the Plaintiff Christopher Cordova and filed in his criminal case in the U.S. District Court for Colorado. The letter is in the court docket and is a matter of public record that is not subject to reasonable dispute.

## CONCLUSION

For the foregoing reasons, Defendants respectfully requests that the Court consider Exhibit C of the concurrently filed Supplemental Declaration of Simon Lin in its adjudication of Defendants' Motion for Dismissal based on *forum non conveniens* or alternatively security for costs.

Respectfully submitted,

Date: March 30, 2026           By: _____
                               Simon Lin – State Bar No. 313661

1

REQUEST FOR JUDICIAL NOTICE; Case Number: 5:25-cv-04685-VKD