Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666
F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendants Jonathan Hudon-Huneault,*
*Nneka Ohiri, and 14693663 Canada Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN HUDON-HUNEAULT,<br>NNEKA OHIRI, 14693663 CANADA INC.,<br><br>Defendants. | Case Number: 5:25-cv-04685-VKD<br><br>**NOTICE OF PENDING SETTLEMENT; STIPULATION AND [PROPOSED] ORDER**<br><br>**Judge:** Magistrate Judge Virginia K. DeMarchi<br>**Complaint Filed**: June 3, 2025<br>**Trial Date**: February 1-2, 2027 (Bench Trial) |

NOTICE OF PENDING SETTLEMENT; STIPULATION AND [PROPOSED] ORDER; Case Number: 5:25-cv-04685-VKD

## NOTICE OF PENDING SETTLEMENT

**TO THE CLERK OF THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

Plaintiff Christopher J. Cordova. ("**Cordova**") and Defendants Jonathan Hudon-Huneault, Nneka Ohiri, and 14693663 Canada Inc. (collectively "**Defendants**") have reached a settlement in principle and are in the process of preparing and executing a written settlement agreement resolving all disputes in the above captioned action, including the Complaint, Counterclaim, and Plaintiff's claim for attorney's fees for the anti-SLAPP motion. Once the written settlement agreement is finalized, the parties will seek dismissal of the Complaint and Counterclaim with prejudice.

## STIPULATION RE: PENDING DISMISSAL

In order to settle the instant action Plaintiff and Defendants make the following stipulation:

1. Plaintiff and Defendants agree that the following deadlines and dates in this action are continued, pending the settlement:

    a. Plaintiff's deadline of April 22, 2026 to file a motion to establish entitlement and quantum for attorney's fees for the anti-SLAPP motion;

    b. Defendants' deadline of April 22, 2026 to file an amended Counterclaim;

    c. any pending or anticipated discovery disputes not yet submitted to the Court;

    d. the settlement conference scheduled for July 22, 2026;

    e. the trial scheduled for February 1-2, 2027; and

    f. fact and expert discovery cut-off dates.

2. In light of the settlement in principle, the parties respectfully submit that the Court's ruling on the following pending matters may be deferred:

    a. Defendants' motion for *forum non conveniens* or alternatively security for costs (ECF No. 91); and

    b. Plaintiff's discovery dispute (ECF No. 105).

3. Plaintiff and Defendants stipulate that should either party file a notice with the court indicating that a settlement is no longer pending, the deadlines in 1(a) and 1(b) above

1

NOTICE OF PENDING SETTLEMENT; STIPULATION AND [PROPOSED] ORDER; Case Number: 5:25-cv-04685-VKD

would be due ten (10) days after filing that notice and all other dates and deadlines would be reset at a Further Case Management Conference.

4. Plaintiff and Defendants agree to cooperate to prepare, sign and make effective any stipulation and/or filing that may be necessary to effectuate the stipulations stated in this document.

5. As between the parties, this stipulation shall be effective upon execution, subject to the Court's authority over the case schedule and docket.

6. Plaintiff and Defendants jointly request that this Court remove from its calendar all dates currently pending in the instant action. Further, Plaintiff and Defendants request that this Court set a status conference or Order to Show Cause Re: Dismissal hearing approximately 45 days from the filing of this notice, via Zoom.

Respectfully submitted,

Dated: April 19, 2026

/s/ Simon Lin_____
 Simon Lin – State Bar No. 313661
 4388 Still Creek Drive, Suite 237
 Burnaby, British Columbia, Canada V5C 6C6
 T : 604-620-2666
 F : 778-805-9830
 E : simonlin@evolinklaw.com

 *Attorney for Defendants Jonathan Hudon-Huneault,*
 *Nneka Ohiri, and 14693663 Canada Inc.*

Dated:  April 19, 2026

/s/ Randall Newman_____
 Randall S. Newman, Esq. (SBN 190547)
 270 Madison Ave., 10th Floor
 New York, NY 10016
 (212) 797-3735
 rsn@randallnewman.net

 *Attorney for Plaintiff,*
 *Christopher J. Cordova*

2

NOTICE OF PENDING SETTLEMENT; STIPULATION AND [PROPOSED] ORDER; Case Number: 5:25-cv-04685-VKD

**<u>ORDER</u>**

Upon consideration of the Stipulation Re: Pending Dismissal, and good cause appearing therefor, it is hereby ordered as follows:

1.    All currently pending dates and deadlines in this action are vacated, including but not limited to:

    a.    Plaintiff's April 22, 2026 deadline to file a motion regarding entitlement and quantum for attorney's fees relating to the anti-SLAPP motion;

    b.    Defendants' April 22, 2026 deadline to file an amended Counterclaim;

    c.    All pending or anticipated discovery disputes not yet submitted to the Court;

    d.    The settlement conference scheduled for July 22, 2026;

    e.    The trial scheduled for February 1-2, 2027; and

    f.    The fact and expert discovery cut-off dates.

2.    The Court defers ruling on:

    a.    Defendants' motion for *forum non conveniens* or alternatively security for costs (ECF No. 91); and

    b.    Plaintiff's discovery dispute (ECF No. 105).

3.    If either party files a notice indicating that settlement is no longer pending, Plaintiff's deadline to file a motion regarding entitlement and quantum for attorney's fees relating to the anti-SLAPP motion, and Defendants' deadline to file an amended Counterclaim, shall be due ten (10) days after the filing of such notice. All remaining dates and deadlines shall be reset at a Further Case Management Conference.

4.    The Court sets a status conference/Order to Show Cause Re: Dismissal for _____ at _____ via Zoom.

5.    A joint status report shall be filed no later than _____.

IT IS SO ORDERED.

Dated: _____    _____

                                VIRGINIA K. DEMARCHI
                                Magistrate Judge

NOTICE OF PENDING SETTLEMENT; STIPULATION AND [PROPOSED] ORDER; Case Number: 5:25-cv-04685-VKD