UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER J. CORDOVA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN HUNEAULT, et al.,<br><br>Defendants. | Case No.  25-cv-04685-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT; CONTINUING DEADLINES**<br><br>Re: Dkt. No. 116 |

The parties advise that they have reached a settlement in principle.  Dkt. No. 116.  The Court continues defendants' deadline to file an amended counterclaim to **June 8, 2026**.  All other pretrial and trial dates remain as set in the Case Management Order.  *See* Dkt. No. 41. The Court has not set a deadline for plaintiff to file a motion for attorneys' fees, so there is no deadline to extend.

On or before **June 4, 2026**, the parties shall file a stipulated dismissal of the entire action pursuant to Rule 41.  *See* Fed. R. Civ. P. 41.  If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **June 16, 2026 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Rule 41(a).  In advance of the show cause hearing, the parties shall file a statement no later than **June 9, 2026** advising as to (1) the status of their efforts to resolve the matter; and (2) how much additional time, if any, is requested to file a dismissal.  The parties' status report shall not disclose the substance of any settlement discussions.  If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

The Court hereby terminates the parties' March 30, 2026 discovery dispute letter, without prejudice.  Dkt. No. 105.

**IT IS SO ORDERED.**

Dated: April 20, 2026

Virginia K. DeMarchi
United States Magistrate Judge