# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER J. CORDOVA,

      Plaintiff,

    vs.

JONATHAN HUDON-HUNEAULT, NNEKA OHIRI, 14693663 CANADA INC.,

      Defendants.

Case No. 25-cv-04685-VKD

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(a)(ii)**

1

**STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff Christopher J. Cordova ("Plaintiff") and Defendants Jonathan Hudon-Huneault, an individual; Nneka Ohiri, an individual; and 14693663 Canada Inc., ("Defendants"), hereby stipulate and agree as follows:

1.    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this action against Defendants are hereby voluntarily DISMISSED WITH PREJUDICE.

2.    Each party shall bear its own attorneys' fees and costs, except as otherwise expressly provided in the Settlement Agreement executed by the Parties.

3.    The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between Plaintiff and Defendants.

Dated: May 19, 2026

s/ Randall S. Newman
Randall S. Newman, Esq. (190547)
270 Madison Ave., 10th Floor
New York, NY 10016
(212) 797-3735
rsn@randallnewman.net
*Attorney for Plaintiff,*
*Christopher J. Cordova*

Dated: May 19, 2026

s/ Simon Lin
Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666
F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Defendants Jonathan Hudon-Huneault,*
*Nneka Ohiri, and 14693663 Canada Inc.*

2
**STIPULATION OF VOLUNTARY DISMISSAL**